```
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
ALI MOGHADDAS (Cal. Bar No. 305654)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2400
     Facsimile: (213) 894-5269
     E-mail:   scott.paetty@usdoj.gov
               ali.moghaddas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
JAN 31 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: IB DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 2:23-cr-00047-JFW |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF ALI MOGHADDAS |
| v. | |
| THOMAS VINCENT GIRARDI and CHRISTOPHER KAZUO KAMON, | **(UNDER SEAL)** |
| Defendants. | |

The government hereby applies <u>ex parte</u> for an order that the indictment and any related documents in the above-titled case (except any arrest warrants for the charged defendants) be kept under seal until 10:00 AM (PST) on February 1, 2023.

//

//

//

//

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Assistant United States Attorney Ali Moghaddas.

Dated: January 31, 2023          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

/s/ Ali Moghaddas
SCOTT PAETTY
ALI MOGHADDAS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF ALI MOGHADDAS**

I, Ali Moghaddas, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. Together with Assistant United States Attorney Scott Paetty, I represent the government in the prosecution of <u>United States v. Thomas Vincent Girardi et al.</u>, the indictment in which is being presented to a federal grand jury in the Central District of California on January 31, 2023.

2. Defendant Thomas V. Girardi has not been taken into custody on the charges contained in the indictment and has not been informed that he is being named as a defendant in the indictment to be presented to the grand jury on January 31, 2023. Defendant Christopher K. Kamon is already detained on a related matter. <u>See</u> <u>United States v. Kamon</u>, CR 23-00024-JLS (C.D. Cal.).

3. The undersigned is informed that the United States Attorney's Office for the Northern District of Illinois (the "NDIL USAO") intends to present a criminal indictment to a grand jury on February 1, 2023. The undersigned is further informed that at least defendants Thomas V. Girardi and Christopher K. Kamon will be named in that criminal indictment.

4. Given the extensive media coverage surrounding this matter, and to prevent any disruption to the NDIL USAO's presentment of its criminal indictment to the grand jury on February 1, 2023, the government requests that the indictment and sealed documents in this case (except any arrest warrants) be sealed and remain so until 10:00 AM (PST) on February 1, 2023. The undersigned is informed that the NDIL USAO's presentation to the grand jury will be complete by that

1 | time, and any criminal indictment thereafter returned, will be
2 | publicly filed.
3 |     5.   I declare under penalty of perjury under the laws of the
4 | United States of America that the foregoing is true and correct and
5 | that this declaration is executed at Los Angeles, California, on
6 | January 31, 2023.

_____
ALI MOGHADDAS