```
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
ALI MOGHADDAS (Cal. Bar No. 305654)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2400
     Facsimile: (213) 894-5269
     E-mail:    scott.paetty@usdoj.gov
                ali.moghaddas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
JAN 31 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___IB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 2:23-cr-00047-JFW |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER SEALING INDICTMENT AND RELATED DOCUMENTS |
| v. | **(UNDER SEAL)** |
| THOMAS VINCENT GIRARDI and CHRISTOPHER KAZUO KAMON, | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except any arrest warrants), the government's sealing application, and this order shall be kept under seal until 10:00 AM (PST) on February 1, 2023. The Clerk is directed to unseal the indictment and any related

//

//

1

1 | documents at 10:00 AM (PST) on February 1, 2023, without further
2 | order of this Court.

3
4 | 1/31/2023
    DATE

                                HONORABLE ALEXANDER F. MACKINNON
                                UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be filed on the clerk's public docket.

_____          _____
DATE                                 HONORABLE ALEXANDER F. MACKINNON
                                     UNITED STATES MAGISTRATE JUDGE