F I L E D
CLERK, U.S. DISTRICT COURT

1/31/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VAV___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>THOMAS VINCENT GIRARDI and<br>CHRISTOPHER KAZUO KAMON,<br><br>DEFENDANTS | CASE NUMBER<br><br>CR  2:23-cr-00047-JFW |
| | **NOTICE TO COURT OF<br>RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to:

<u>United States v. Christopher Kazuo Kamon</u>, Case No. CR 23-00024-JLS, which:

✓    was previously assigned to the Honorable Josephine L. Staton;

___    has not been previously assigned.

The above-entitled cases may be related for the following reasons:

✓    the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

✓    the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: January 31, 2023

*Ali Moghaddas*
ALI MOGHADDAS
Assistant United States Attorney