Summons (Rev. 03/18)

# UNITED STATES DISTRICT COURT

FOR THE

CENTRAL DISTRICT OF CALIFORNIA

**FILED**
CLERK, U.S. DISTRICT COURT
2/1/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____VAV_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>THOMAS VINCENT GIRARDI )<br>)<br>)<br>_____ ) | Case No.<br>2:23-cr-00047-JFW -1<br><br>**SUMMONS TO APPEAR** |

**TO:** Thomas Vincent Girardi
c/o Evan Jenness
777 South Figueroa Street
Suite 3800
Los Angeles, California 90017

You are hereby summoned to appear before the United States District Court for the Central District of California at the **Roybal Federal Building, 255 East Temple Street, Los Angeles, in Courtroom 880 on the 8th Floor**, before the **Honorable Karen L. Stevenson** in the city of Los Angeles on the **6th day of February, 2023 at 1:00 p.m.** to answer to an Indictment (attached hereto) charging you with wire fraud, in violation of 18 U.S.C. § 1343.

SEE ATTACHED.

Dated: January 31, 2023

CLERK U.S. DISTRICT COURT

cc: Evan Jenness

By ___V. Velasco___
Deputy Clerk

//

# RETURN

This summon was received by me at __Los Angeles, California_____ on _February 1, 2023_____.

_____

_on_     behalf     _of,_
THOMAS VINCENT GIRARDI
Defendant

Note:   IF YOU HAVE NOT RETAINED AN ATTORNEY, PLEASE CONTACT THE FEDERAL PUBLIC DEFENDER'S OFFICE AT (213) 894-2854.