CRAIG A. HARBAUGH (Bar. No. 194309)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:23-cr-00047-JFW-1 |
| v. | |
| THOMAS VINCENT GIRARDI | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

1. Ex Parte Application to File Under Seal (Under Seal Document)
2. [Proposed] Order to File Under Seal (Under Seal Document)
3. Under Seal Document

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

February 3, 2023
Date

/s/ Craig A. Harbaugh
Attorney Name

THOMAS VINCENT GIRARDI
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)          **NOTICE OF MANUAL FILING OR LODGING**