Georgina E. Wakefield
Deputy Federal Public Defender (Bar No. 282094)
321 E. 2nd St.
Los Angeles, CA 90012
213-894-4795; georgina_wakefield@fd.org

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br>v.<br><br>THOMAS GIRARDI<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:23-CR-00047-JFW<br><br>NOTICE OF MANUAL FILING<br>OR LODGING |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

1. EX PARTE APPLICATION TO FILE DOCUMENTS IN CAMERA; DECLARATION OF COUNSEL
IN CAMERA
2. [PROPOSED] ORDER TO FILE DOCUMENTS IN CAMERA
IN CAMERA
3. FINANCIAL AFFIDAVIT IN SUPPORT OF EX PARTE APPLICATION FOR APPOINTMENT OF COUNSEL
IN CAMERA

**Reason:**
☐ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

February 3, 2023
Date

/s/ Georgina E. Wakefield
Attorney Name
THOMAS GIRARDI
Party Represented

Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)        **NOTICE OF MANUAL FILING OR LODGING**