## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:23-cr-00047 JFW |
| v. | |
| Thomas Vincent Girardi | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Criminal Cases) |
| DEFENDANT(S). | |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

February 3, 2023
Date

JOSEPHINE L. STATON
United States District Judge

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

_____

_____

_____

Date

United States District Judge

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:23-cr-00024 JLS  and the present case:

[x] A. Arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

[ ] B. Involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

### Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials  JLS  after the case number in place of the initials of the prior judge, so that the case number will read  2:23-cr-00047 JLS . This is very important because documents are routed to the assigned judge by means of these initials.

cc: [ ] PSALA  [ ] PSAED  [ ] USMLA  [ ] USMSA  [ ] USMED  [ ] Previous Judge  [ ] Statistics Clerk

CR-59 (03/21)   **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Criminal Cases)**