LODGED

2023 FEB -3 PM 3:41

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CAL.
LOS ANGELES
BY: ___CD___

FILED
CLERK, U.S. DISTRICT COURT
FEB - 6 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GEORGINA E. WAKEFIELD (Bar No. 282094)
Deputy Federal Public Defender
(E-Mail: Georgina_Wakefield@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4795
Facsimile: (213) 894-0081

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS GIRARDI,<br><br>Defendant. | Case No. 2:23-CR-00047-JFW<br><br>[PROPOSED] ORDER APPOINTING THE OFFICE OF THE FEDERAL PUBLIC DEFENDER AS COUNSEL |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Office of the Federal Public Defender is appointed to represent Thomas Girardi.

DATED: Feb. 6, 2023          _____
                              HONORABLE
                              United States Magistrate Judge

Presented by:

_____
GEORGINA E. WAKEFIELD
Deputy Federal Public Defender

2