Craig A. Harbaugh (Bar. No. 194309)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
E-Mail: Craig_Harbaugh@fd.org
Telephone: (213) 894-4740

FILED
CLERK, U.S. DISTRICT COURT

FEB - 6 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:23-cr-00047-JLS-1 |
| v. | |
| THOMAS VINCENT GIRARDI | DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |
| DEFENDANT. | |

I, Robert Girardi_____, declare that
*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☐ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☑ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __6__ day of __FEB__, 20__23__
at _____
*(City and State)*

_____ Conservator for
*Signature of Defendant/Material Witness* THOMAS GIRARDI

If the declarant is not an English speaker, include the following:
I, _____, am fluent in written and spoken English and _____
languages. I accurately translated this form from English into _____
to declarant _____ on this date.

Date: _____    _____
                                *Interpreter*

CR-37 (05/15)            DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS