

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF, | 2:23-CR-00047-JLS-1 |
| v. | |
| Thomas Vincent Girardi | AFFIDAVIT OF THIRD-PARTY CUSTODIAN |
| DEFENDANT/MATERIAL WITNESS, | |

Having been ordered by the Court on **February 6, 2023** to take third-party custody of **Thomas Vincent Girardi**, I, **Robert Girardi** agree to (a) supervise the defendant/material witness, (b) use every effort to assure the defendant's/material witness' appearance at all court proceedings, and (c) notify Pretrial Services immediately if the defendant/material witness violates a condition of release or is no longer in the custodian's custody. I understand that if I fail to discharge my obligations under this agreement I may be held in contempt of court.

_____
Signature of Third-Party Custodian (Person or Organization)

**Brother**
Relationship to Defendant/Material Witness

_____
Address (only if the above is an organization)

_____
City and State only

_____
Telephone Number

Date: **2-6-23**

CR-31 (03/15)                     AFFIDAVIT OF THIRD-PARTY CUSTODIAN