**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES - ARRAIGNMENT**

Case Number: 2:23-CR-00047    Recorder: CS 02/06/2023    Date: 02/06/2023

Present: The Honorable Karen L. Stevenson, U.S. Magistrate Judge

Court Clerk: Gay Roberson          Assistant U.S. Attorney: Scott Paetty

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 1) THOMAS VINCENT GIRARDI BOND-PRESENT | 1) CRAIG HARBAUGH DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is given a copy of the Indictment and acknowledges having been read or having received a copy of the Indictment and waives the reading thereof.

The Court enters a plea of not guilty on behalf of the defendant to all counts in the Indictment.

This case is assigned to the calendar of District Judge Josephine L. Staton.
Counsel are ordered to contact the clerk regarding the setting of dates.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 03
Initials of Deputy Clerk: GR by TRB