CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GEORGINA E. WAKEFIELD (Bar No. 282094)
Deputy Federal Public Defender
(E-Mail: Georgina_Wakefield@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4795
Facsimile: (213) 894-0081

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:23-CR-00047-JLS-1 |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

PLEASE TAKE NOTICE that Deputy Federal Public Defender Georgina Wakefield, hereby gives notice that she has been assigned to represent Defendant Thomas Girardi in this matter.

Please make all necessary changes to the Court's case management/electronic filing system to ensure that Deputy Federal Public Defender Georgina Wakefield receives all e-mails relating to filings in this case.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: February 13, 2023      By: */s/ Georgina Wakefield*
　　　　　　　　　　　　　　　　GEORGINA WAKEFIELD
　　　　　　　　　　　　　　　　Deputy Federal Public Defender