# TRANSCRIPT ORDER FORM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Christelle Solinap | 2a. Contact Phone Number: (213) 894-5060 | 3a. Contact E-mail Address: Christelle_Solinap@fd.org |
| 1b. Attorney Name (if different): Craig A. Harbaugh | 2b. Attorney Phone Number: (213) 894-4740 | 3b. Attorney E-mail Address: Craig_Harbaugh@fd.org |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Craig A. Harbaugh, DFPD (Bar No. 194309)
Office of the Federal Public Defender
321 E. 2nd Street
Los Angeles, California 90012

5. Name & Role of Party Represented: Thomas Vincent Girardi
6. Case Name: USA v. Thomas Vincent Girardi
7a. District Court Case Number: 2:23-cr-00047-JLS-1
7b. Appeals Court Case Number: 

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:
- [ ] DIGITALLY RECORDED
- [x] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Marea Woolrich

9. THIS TRANSCRIPT ORDER IS FOR:  [ ] Appeal  [x] Non-Appeal    [x] Criminal  [ ] Civil    [ ] CJA  [ ] USA  [x] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| HEARING DATE | Minute Order Docket# | JUDGE (name) | PROCEEDING TYPE / PORTION | FORMAT | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|
| 12/19/2022 | 144 | DMG | Competency Hearing | PDF (email), CM/ECF ACCESS (web) | (checked) | ORDINARY (30-day) |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**We are requesting a partial transcript from another case:**
The testimony of Dr. Diana Goldstein in the Competency Hearing [Dkt. 144] in USA v. Catalino Esteban Valiente Alonzo (2:18-cr-00059-DMG-1).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: February 15, 2023     Signature: /s/ Craig A. Harbaugh

G-120 (06/18)