AO 436
(Rev. 04/13)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# AUDIO RECORDING ORDER

*Read Instructions.*

| | | | |
|---|---|---|---|
| 1. NAME<br>Charles Koppelman | 2. PHONE NUMBER<br>(510) 390-2747 | 3. EMAIL ADDRESS<br>koppelm@weil.com | |
| 4. MAILING ADDRESS<br>2419 Jefferson Ave. | 5. CITY<br>Berkeley | 6. STATE<br>CA | 7. ZIP CODE<br>94703 |
| 8. CASE NUMBER<br>2:23-cr-00047 | 9. CASE NAME<br>USA v. Thomas V. Girardi | DATES OF PROCEEDINGS<br>10. FROM 2/6/2023 | 11. TO 2/6/2023 |
| 12. PRESIDING JUDGE<br>Karen L. Stevenson | | LOCATION OF PROCEEDINGS<br>13. CITY Los Angeles | 14. STATE CA |

**PAID** MAR 1 2023 CLERK, U.S. DISTRICT COURT COURT 4612

### 15. ORDER FOR

- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER *(Specify)*

### 16. AUDIO RECORDING REQUESTED *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY *(Specify Witness)* | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING *(Specify)* | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER *(Specify)*<br>Arraignment | 2/6/23 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**PAID** MAR 1 2023 CLERK, U.S. DISTRICT COURT COURT 4612

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| [ ] DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| [ ] RECORDABLE COMPACT DISC - CD | | |
| [x] ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | 1 | |
| | ESTIMATE TOTAL | 32 ~~0.00~~ |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE<br>Charles Koppelman | 19. DATE<br>2/10/2023 |
|---|---|

| PROCESSED BY | | | PHONE NUMBER | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   ORDER RECEIPT   ORDER COPY

002166