CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CRAIG A. HARBAUGH (Bar. No. 194309)
(E-Mail: Craig_Harbaugh@fd.org)
GEORGINA WAKEFIELD (Bar. No. 282094)
(E-Mail: georgina_wakefield@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
THOMAS VINCENT GIRARDI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS VINCENT GIRARDI,<br><br>　　　　Defendant. | Case No. 2:23-cr-00047-JLS-1<br><br>*EX PARTE* APPLICATION FOR ORDER FOR MENTAL COMPETENCY EVALUATION; DECLARATION OF COUNSEL |

Mr. Girardi Thomas Vincent Girardi, by and through his counsel of record, Deputy Federal Public Defenders Georgina Wakefield and Craig Harbaugh, applies *ex parte* for an order for a mental competency evaluation. Despite multiple good faith meet and confer sessions, the parties have a few disputes that they cannot resolve. Accordingly, the defense submits the instant application and proposed order.

/ / /

/ / /

/ / /

/ / /

The parties propose the following briefing schedule to resolve the instant application:

| | |
|---|---|
| Defense's Ex Parte Application for Order for Mental Competency Evaluation | March 13, 2023 |
| Government's Opposition | March 17, 2023 |
| Defense's Reply | March 20, 2023. |

                                      Respectfully submitted,

                                      CUAUHTEMOC ORTEGA
                                      Federal Public Defender

DATED: March 13, 2023          By  */s/ Craig A. Harbaugh*
                                              CRAIG A. HARBAUGH
                                              Deputy Federal Public Defender
                                              Attorney for THOMAS VINCENT GIRARDI

**DECLARATION OF COUNSEL**

I, Craig A. Harbaugh, declare:

1. The Office of the Federal Public Defender represents Mr. Girardi in the above styled matter. On January 31, 2023, Mr. Girardi was indicted with five counts of wire fraud, in violation of 18 U.S.C. § 1343. On February 6, 2023, Mr. Girardi made his initial appearance before the Honorable Karen L. Stevenson, United States Magistrate Judge.

2. On February 3, 2023, the Office of the Federal Public Defender filed an *ex parte* application for determination of competency pursuant to 18 U.S.C. § 4241(a), requesting that the Court order an examination pursuant to § 4241(b). (Dkt. 19.)

3. On February 6, 2023, Judge Stevenson ordered the parties to meet and confer regarding the examination, briefing and subsequent hearing regarding Mr. Girardi's competency. (Dkt. 20.) Judge Stevenson's order further required the parties to submit a stipulation and proposed order related to the competency determination for this Court's review. (*Id.*)

4. Beginning on February 13, 2023 through March 10, 2023, the parties engaged in multiple exchanges, including telephonic conferences and email communications, in an effort to reach a stipulation regarding Mr. Girardi's competency evaluation. While the parties have achieved substantial agreement, the parties are unable to settle regarding the following paragraphs: (1) Para. 4(b)(iii); (2) Para. 4(b)(iv); and (3) Para. 5. The defense submits that all provisions are necessary and appropriate. First, with regard to Paragraph 4(b)(iii), the defense maintains that personality testing does not assess the limited issue of determining whether an individual is competent to proceed to trial. Second, with regard to Paragraph 4(b)(iv), given Mr. Girardi's advance age and well documented diagnosis of dementia, the time restriction is necessary to ensure the examination is conducted in a humane and reliable manner. Finally, regarding Paragraph 5, this provision simply reaffirms Mr. Girardi's Fifth Amendment right against compelled self-incrimination and limits subsequent use

of his statements in any further proceedings.

5. Given the pending dispute, and the need for prompt resolution of the matter, the parties propose the following briefing and hearing schedule:

| | |
|---|---|
| Defense's Ex Parte Application for Order for Mental Competency Evaluation | March 13, 2023 |
| Government's Opposition | March 17, 2023 |
| Defense's Reply | March 20, 2023. |

I declare that the foregoing is true and correct to the best of my knowledge.

DATED: March 13, 2023            /s/ Craig A. Harbaugh            .
                                 CRAIG A. HARBAUGH

4