CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
J. ALEJANDRO BARRIENTOS (Bar No. 346676)
Deputy Federal Public Defender
(E-Mail: alejandro_barrientos@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-7568
Facsimile: (213) 894-0081

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS VINCENT GIRARDI,<br><br>　　　　　　Defendant. | Case No. 2:23-CR-00047-JLS-1<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that Deputy Federal Public Defender J. Alejandro Barrientos, hereby gives notice that he has been assigned to represent Defendant Thomas Girardi in this matter.

//
//
//
//
//
//
//
//

Please make all necessary changes to the Court's case management/electronic filing system to ensure that Deputy Federal Public Defender J. Alejandro Barrientos receives all e-mails relating to filings in this case.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: March 17, 2023          By  /s/ J. Alejandro Barrientos
                                J. ALEJANDRO BARRIENTOS
                                Deputy Federal Public Defender