CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CRAIG A. HARBAUGH (Bar. No. 194309)
(E-Mail: Craig_Harbaugh@fd.org)
GEORGINA WAKEFIELD (Bar. No. 282094)
(E-Mail: georgina_wakefield@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
THOMAS VINCENT GIRARDI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS VINCENT GIRARDI,<br><br>Defendant. | Case No. 2:23-cr-00047-JLS-1<br><br>**[PROPOSED] ORDER CONTINUING MENTAL COMPETENCY EVALUATION DEADLINES** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the deadlines previously set for the mental competency evaluation of Mr. Girardi are re-set as follows:

Each expert's report shall be filed with the Court under seal, with copies provided to counsel for defendant and for the government no later than June 2, 2023.

Defendant's motion regarding competency shall be filed by June 23, 2023, the government's opposition, if any, shall be filed by July 14, 2023, and any reply shall be filed by July 21, 2023.

//

1   The date of the competency hearing shall remain scheduled for August 3, 2023,
2 or as soon thereafter as the Court is available.

4   DATED:        By _____
              HON. JOSEPHINE L. STATON
              United States District Judge

7 Presented by:

 /s/ *Georgina Wakefield*
9 GEORGINA WAKEFIELD
Deputy Federal Public Defender