UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>THOMAS VINCENT GIRARDI,<br><br>           Defendant. | Case No. 2:23-cr-00047-JLS-1<br><br>**ORDER CONTINUING MENTAL COMPETENCY EVALUATION DEADLINES** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the deadlines previously set for the mental competency evaluation of Mr. Girardi are re-set as follows:

Each expert's report shall be filed with the Court under seal, with copies provided to counsel for defendant and for the government no later than June 2, 2023.

Defendant's motion regarding competency shall be filed by June 23, 2023, the government's opposition, if any, shall be filed by July 14, 2023, and any reply shall be filed by July 21, 2023.

The date of the competency hearing shall remain scheduled for August 3, 2023, or as soon thereafter as the Court is available.

**IT IS SO ORDERED.**

DATED:  May 23, 2023

JOSEPHINE L. STATON
_____
HON. JOSEPHINE L. STATON
United States District Judge