CRAIG A. HARBAUGH (Bar. No. 194309)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
craig_harbaugh@fd.org | (213) 894-4740

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA PLAINTIFF(S) v. THOMAS VINCENT GIRARDI DEFENDANT(S). | CASE NUMBER: 2:23-cr-00047-JLS-1 NOTICE OF MANUAL FILING OR LODGING |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

1. Ex Parte Application to File Under Seal (Under Seal Document)
2. [Proposed] Order to File Under Seal (Under Seal Document)
3. Under Seal Documents

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

June 5, 2023
Date

/s/ Craig A. Harbaugh
Attorney Name
THOMAS VINCENT GIRARDI
Party Represented

Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING