CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CRAIG A. HARBAUGH (Bar. No. 194309)
(E-Mail: Craig_Harbaugh@fd.org)
GEORGINA WAKEFIELD (Bar. No. 282094)
(E-Mail: georgina_wakefield@fd.org)
J. ALEJANDRO BARRIENTOS (Bar No. 346676)
(E-Mail: Alejandro_Barrientos@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
THOMAS VINCENT GIRARDI

FILED
CLERK, U.S. DISTRICT COURT
June 5, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____VRV_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br> v. <br><br> THOMAS VINCENT GIRARDI, <br><br>  Defendant. | Case No. 2:23-cr-00047-JLS-1 <br><br> **UNOPPOSED *EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF COUNSEL** |

CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CRAIG A. HARBAUGH (Bar. No. 194309)
(E-Mail: Craig_Harbaugh@fd.org)
GEORGINA WAKEFIELD (Bar. No. 282094)
(E-Mail: georgina_wakefield@fd.org)
J. ALEJANDRO BARRIENTOS (Bar No. 346676)
(E-Mail: Alejandro_Barrientos@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
THOMAS VINCENT GIRARDI

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS VINCENT GIRARDI,<br><br>    Defendant. | Case No. 2:23-cr-00047-JLS-1<br><br>**UNOPPOSED *EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF COUNSEL** |

Thomas Vincent Girardi, by and through the undersigned, applies to this Court for an order that the following pleadings, lodged herewith, be filed under seal:

1. "Unopposed Ex Parte Application to File Documents Under Seal; Memorandum of Points and Authorities; Declaration of Counsel";
2. "[Proposed] Order Filing Documents Under Seal;
3. "Defendant Girardi's Expert Reports"

2

This application is based upon the attached memorandum of points an authorities and the declaration of counsel.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: June 5, 2023

By  */s/ Craig A. Harbaugh*
CRAIG A. HARBAUGH
Deputy Federal Public Defender
Attorney for THOMAS VINCENT GIRARDI

3

**MEMORANDUM OF POINTS AND AUTHORITIES**

This Court is empowered to seal documents under appropriate circumstances. *See United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987); Central District of California Local Rule 79-5.1. Pursuant to the positions of both the Government and the Mr. Girardi,[1] and the Court's Order for Mental Competency Evaluation dated March 22, 2023, the parties' expert reports should be filed under seal. Accordingly, the defense seeks to protect the privacy of the information contained in the reports and limit disclosure to the Court and opposing counsel.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: June 5, 2023

By  */s/ Craig A. Harbaugh*
CRAIG A. HARBAUGH
Deputy Federal Public Defender
Attorney for THOMAS VINCENT GIRARDI

---

[1] Although the Government opposed two aspects of Mr. Girardi's proposed order, both parties were in agreement that the reports should be filed under seal. *See* Government's Response to Defendant Thomas Girardi's *Ex Parte* Application for Order for Mental Competency Evaluation [Dkt. 46].

4

**DECLARATION OF COUNSEL**

I, Craig A. Harbaugh, hereby state and declare as follows:

1. I serve as a Deputy Federal Public Defender for the Office of the Federal Public Defender in the Central District of California.

2. Pursuant to the Court's Order for Mental Competency Evaluation dated March 22, 2023, the reports regarding competency shall be filed under seal.

3. The Government, in its responsive pleading to the defense's request for order for competency order, did not oppose the requirement that directed expert reports to be filed under seal.  *See* Government's Response to Defendant Thomas Girardi's *Ex Parte* Application for Order for Mental Competency Evaluation [Dkt. 46].

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: June 2, 2023             By  */s/ Craig A. Harbaugh*
                                CRAIG A. HARBAUGH
                                Deputy Federal Public Defender
                                Attorney for THOMAS VINCENT GIRARDI

**PROOF OF SERVICE**

I, **Christelle Solinap**, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **UNOPPOSED *EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF COUNSEL [UNDER SEAL]** on the following individual(s) by:

[ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows:

[ ] Placing same in an envelope for hand delivery addressed as follows:

[ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows:

[ ] Faxing same via facsimile machine addressed as follows:

[X] Via e-mail:

**Ali Moghaddas**
**Assistant United States Attorney**
**ali.moghaddas@usdoj.gov**
**312 N. Spring Street, 12th Floor**
**Los Angeles, California 90012**

**Scott Paetty**
**Assistant United States Attorney**
**scott.paetty@usdoj.gov**
**312 N. Spring Street, 11th Floor**
**Los Angeles, California 90012**

This proof of service is executed at Los Angeles, California, on **June 5, 2023**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*/s/ Christelle Solinap*             .
**LEGAL ASSISTANT**

6