# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS VINCENT GIRARDI, <br><br> Defendant. | Case No. 2:23-cr-00047-JLS-1 <br><br> **ORDER FILING DOCUMENTS** *UNDER SEAL* |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Defendant Girardi's Expert Reports lodged concurrently with Defendant's Application, shall be filed under seal. However, Defendant has shown no good cause for filing either the Application or this Order under seal, and the clerk is ordered to file publicly the Application and this Order.

DATED: June 5, 2023

HON. JOSEPHINE L. STATON
United States District Judge

1