E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
ALI MOGHADDAS (Cal. Bar No. 305654)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6527/1786
    Facsimile: (213) 894-6269
    E-mail:   scott.paetty/ali.moghaddas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-47-JLS |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF SCOTT PAETTY |
| v. | |
| THOMAS VINCENT GIRARDI, Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Scott Paetty and Ali Moghaddas, hereby applies ex parte for an order that Dr. Diana Goldstein's Expert Report Re Competency of Defendant Thomas V. Girardi, be filed under seal.

//

//

//

This ex parte application is based upon the attached declaration of Scott Paetty.

Dated: June 5, 2023          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


          /s/
SCOTT PAETTY
ALI MOGHADDAS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF SCOTT PAETTY**

I, Scott Paetty, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys representing the government in this case.

2. On June 5, 2023 at 4:46 p.m., pursuant to the Court's Order For Mental Competency Evaluation (the "Order"), the government received a redacted copy of Dr. Diana Goldstein's Expert Report Re Competency of Defendant Thomas V. Girardi from defense counsel. (See ECF 54 ¶ 4(b)(iii).) I quickly scanned the report and noticed that defense counsel has made significant redactions to the report. At the time of this filing, the government has not had an opportunity to thoroughly review defendant's proposed redactions and, therefore, reserves the right to request in camera review of any disputed redactions. (See id.)

3. Pursuant to the Order, the government requests leave to file its Expert Report Re Competency of Defendant Thomas V. Girardi under seal. (ECF 54 ¶ 4(e).)

4. Should the Court deny this application, the government requests that its expert report be returned to the government, without filing of the document on the clerk's public docket.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on June 5, 2023.

_____
SCOTT PAETTY