E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
ALI MOGHADDAS (Cal. Bar No. 305654)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6527/1786
    Facsimile: (213) 894-6269
    E-mail:    scott.paetty/ali.moghaddas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-47-JLS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING DOCUMENT |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

    The government's _ex parte_ application for sealed filing is GRANTED.  The document sought to be filed under seal shall be

//

filed under seal.  The government may produce the underlying document as permitted or required by applicable law.

_____     _____
DATE                            HONORABLE JOSEPHINE L. STATON
                                UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal.  The underlying document shall be returned to the government, without filing of the document on the clerk's public docket.

_____     _____
DATE                                HONORABLE JOSEPHINE L. STATON
                                    UNITED STATES DISTRICT JUDGE

Presented by:

/s/
_____
SCOTT PAETTY
Assistant United States Attorney