UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>THOMAS VINCENT GIRARDI,<br>          Defendant. | No. CR 23-47-JLS<br><br>ORDER SEALING DOCUMENT |

For good cause shown, IT IS HEREBY ORDERED THAT:

    The government's *ex parte* application for sealed filing is GRANTED.  Dr. Diana Goldstein's Expert Report Re Competency of Defendant Thomas V. Girardi shall be filed under seal.  The government may produce the underlying document as permitted or required by applicable law.

June 6, 2023
DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE