E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
ALI MOGHADDAS (Cal. Bar No. 305654)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6527/1786
     Facsimile: (213) 894-6269
     E-mail:    scott.paetty/ali.moghaddas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-47-JLS-1 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING GOVERNMENT'S *EX PARTE* APPLICATION FOR ACCESS TO THE UNREDACTED EXPERT REPORT OF DR. DIANA GOLDSTEIN |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

The Court has read and considered the government's ex parte application for access to the unredacted expert report of Dr. Diana Goldstein (Dkt. 65), along with any opposition, and all relevant pleadings and documents on file with this Court. The Court hereby finds that the application, which this Court incorporates by reference into this Order, demonstrates sufficient law and facts that support the government's request.

//

//

THEREFORE, FOR GOOD CAUSE SHOWN, it is hereby ORDERED that the government shall have access to the full, unredacted expert report of Dr. Diana Goldstein as of the date of this Order.

IT IS SO ORDERED.

DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE