UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 23-00047-JLS |
| Date | June 13, 2023 |
| Present: The Honorable | Josephine L. Staton, United States District Judge |
| Interpreter | Not Applicable |

| V.R. Vallery | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Thomas Vincent Girardi | NOT | | X | Craig Harbaugh, DFPD | NOT | | |
| | | | | Georgina Wakefield, DFPD | NOT | | |
| | | | | J. A. Barrientos, DFPD | NOT | | |

**Proceedings:   (IN CHAMBERS) ORDER**

Defendant's opposition to the government's ex parte application for access to the unredacted expert report of Dr. Diana Goldstein is due no later than 5 p.m. Friday, June 16, 2023. Any reply by the government is due no later than 5 p.m. Wednesday, June 21, 2023. Unless the Court orders a hearing, the matter will be taken under submission.

Initials of Deputy Clerk  vrv