CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CRAIG A. HARBAUGH (Bar. No. 194309)
(E-Mail: Craig_Harbaugh@fd.org)
GEORGINA WAKEFIELD (Bar. No. 282094)
(E-Mail: georgina_wakefield@fd.org)
J. ALEJANDRO BARRIENTOS (Bar. No. 346676)
(E-Mail: Alejandro_Barrientos@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
THOMAS VINCENT GIRARDI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>THOMAS VINCENT GIRARDI,<br><br>  Defendant. | Case No. 2:23-cr-00047-JLS-1<br><br>**UNOPPOSED EX PARTE APPLICATION TO CONTINUE MENTAL COMPETENCY EVALUATION DEADLINES** |

Thomas Vincent Girardi, through his counsel of record, Deputy Federal Public Defenders Craig A. Harbaugh, Georgina Wakefield, and J. Alejandro Barrientos, files his unopposed ex parte application to continue mental competency evaluation deadlines. This application is based on the attached declaration of counsel.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: June 23, 2023      By  /s/ Craig A. Harbaugh
                             CRAIG A. HARBAUGH
                             Deputy Federal Public Defender

## DECLARATION OF CRAIG A. HARBAUGH

I, Craig A. Harbaugh, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court.

2. On May 23, 2023, this Court entered an order for a mental competency evaluation. (Dkt. 56.) The order re-set the following deadlines:

   a. Defendant's motion regarding competency shall be filed by June 23, 2023, the government's opposition, if any, shall be filed by July 14, 2023, and any reply shall be filed by July 21, 2023. The motion will be heard after the competency hearing, which will occur on August 3, 2023, or as soon thereafter as the Court is available.

3. On June 19, 2023, this Court on its own motion, continued the competency hearing from August 3, 2023 to August 23, 2023 at 8:30 a.m.

4. Accordingly, the following new schedule is proposed:

   a. Defendant's motion regarding competency shall be filed by July 5, 2023, the government's opposition, if any, shall be filed by August 2, 2023, and any reply shall be filed by August 9, 2023. The date of the competency hearing shall remain scheduled for August 23, 2023, or as soon thereafter as the Court is available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 23, 2023, at Los Angeles, California.

                                     /s/ Craig A. Harbaugh            .
                                     CRAIG A. HARBAUGH