CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CRAIG A. HARBAUGH (Bar. No. 194309)
(E-Mail: Craig_Harbaugh@fd.org)
GEORGINA WAKEFIELD (Bar. No. 282094)
(E-Mail: georgina_wakefield@fd.org)
J. ALEJANDRO BARRIENTOS (Bar. No. 346676)
(E-Mail: Alejandro_Barrientos@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
THOMAS VINCENT GIRARDI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS VINCENT GIRARDI,<br><br>    Defendant. | Case No. 2:23-cr-00047-JLS-1<br><br>**[PROPOSED] ORDER CONTINUING MENTAL COMPETENCY EVALUATION DEADLINES** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the deadlines previously set for the mental competency evaluation of Mr. Girardi are re-set as follows:

/ /

/ /

/ /

Defendant's motion regarding competency shall be filed by July 5, 2023, the government's opposition, if any, shall be filed by August 2, 2023, and any reply shall be filed by August 9, 2023.

The date of the competency hearing shall remain scheduled for August 23, 2023, or as soon thereafter as the Court is available.

IT IS SO ORDERED.

DATED:                                    By _____
                                          HON. JOSEPHINE L. STATON
                                          United States District Judge

Presented by:

 /s/ *Craig A. Harbaugh*
CRAIG A. HARBAUGH
Deputy Federal Public Defender