E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
ALI MOGHADDAS (Cal. Bar No. 305654)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2400
     Facsimile: (213) 894-6269
     E-mail:    scott.paetty@usdoj.gov
                ali.moghaddas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-47-JLS-1 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING GOVERNMENT'S MOTION TO EXCLUDE EXPERT TESTIMONY OF KATE CORRIGAN PURSUANT TO FEDERAL RULES OF EVIDENCE 401, 402, 403, AND 702 |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

   The Court has read and considered the government's motion to exclude the expert testimony of attorney Kate Corrigan (Dkt. 71), along with any opposition, and all relevant pleadings and documents on file with this Court.  The Court hereby finds that the motion, which this Court incorporates by reference into this Order, demonstrates sufficient law and facts that support the government's motion.

   THEREFORE, FOR GOOD CAUSE SHOWN, it is hereby ORDERED that the proffered opinions and expert testimony of attorney Kate Corrigan are

excluded from the competency proceedings in this matter pursuant to Federal Rules of Evidence 401, 402, 403, and 702.

IT IS SO ORDERED.

_____        _____
 DATE                                   HONORABLE JOSEPHINE L. STATON
                                        UNITED STATES DISTRICT JUDGE