NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-47-JLS-1 |
|---|---|
| Plaintiff, | ORDER GRANTING **IN PART** GOVERNMENT'S *EX PARTE* APPLICATION |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

1	The Court has read and considered the government's ex parte
2  application for access to the unredacted expert report of Dr. Diana
3  Goldstein (Dkt. 65), along with the opposition (Dkt. 67), reply (Dkt.
4  69), and all relevant pleadings and documents on file with this
5  Court, including the sealed, redacted report of Dr. Goldstein.  The
6  Court hereby finds that the application, which this Court
7  incorporates by reference into this Order, demonstrates sufficient
8  law and facts that support the government's alternate request that
9  the Court review the unredacted report *in camera*.  (*See* Dkt. 65 at 4
10 n.1.)
11	THEREFORE, it is hereby ORDERED the unredacted version of
12 Dr. Goldstein's report be lodged with the Court for the Court's
13 review and for filing by the Clerk *in camera*.  After review, the
14 Court shall issue such further orders as it deems appropriate.
15	IT IS SO ORDERED.

June 23, 2023

DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE