# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00047-JLS-1 |
| Plaintiff, | **ORDER CONTINUING MENTAL COMPETENCY EVALUATION DEADLINES** |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the deadlines previously set for the mental competency evaluation of Mr. Girardi are re-set as follows:

Defendant's motion regarding competency shall be filed by July 5, 2023, the government's opposition, if any, shall be filed by August 2, 2023, and any reply shall be filed by August 9, 2023.

The date of the competency hearing shall remain scheduled for August 23, 2023, or as soon thereafter as the Court is available.

IT IS SO ORDERED.

DATED: July 3, 2023          By _____
HON. JOSEPHINE L. STATON
United States District Judge