CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CRAIG A. HARBAUGH (Bar. No. 194309)
(E-Mail: Craig_Harbaugh@fd.org)
GEORGINA WAKEFIELD (Bar. No. 282094)
(E-Mail: georgina_wakefield@fd.org)
J. ALEJANDRO BARRIENTOS (Bar No. 346676)
(E-Mail: Alejandro_Barrientos@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
THOMAS VINCENT GIRARDI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00047-JLS-1 |
| Plaintiff, | **[PROPOSED] ORDER FILING DOCUMENTS *UNDER SEAL*** |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

//

//

//

//

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the following documents, lodged herewith, shall be filed under seal:

1.  "Defendant's Motion for Order Finding Incompetency"

DATED:                    , 2023          _____
                                          HON. JOSEPHINE L. STATON
                                          United States District Judge

*OR*

NO GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant's application to file under seal is DENIED. The following documents, lodged herewith, shall be returned to the Office of the Federal Public Defender:

1.  "Defendant's Motion for Order Finding Incompetency"

DATED:                    , 2023          _____
                                          HON. JOSEPHINE L. STATON
                                          United States District Judge

Presented by:


_____
CRAIG A. HARBAUGH
Deputy Federal Public Defender