CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CRAIG A. HARBAUGH (Bar. No. 194309)
(E-Mail: Craig_Harbaugh@fd.org)
GEORGINA WAKEFIELD (Bar. No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
J. ALEJANDRO BARRIENTOS (Bar. No. 346676)
(E-Mail: Alejandro_Barrientos@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
THOMAS VINCENT GIRARDI

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS VINCENT GIRARDI, <br><br> Defendant. | Case No. 2:23-cr-00047-JLS-1 <br><br> **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO FILE OVERSIZED MOTION FOR A FINDING OF INCOMPETENCY; DECLARATION OF COUNSEL** |

//
//
//
//

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the filing of the oversized and contemporaneously filed Motion for a Finding of Incompetency is granted.

DATED: _____   By _____
HON. JOSEPHINE L. STATON
United States District Judge

Presented by:

 /s/ *Craig A. Harbaugh*
CRAIG A. HARBAUGH
Deputy Federal Public Defender