CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CRAIG A. HARBAUGH (Bar. No. 194309)
(E-Mail: Craig_Harbaugh@fd.org)
GEORGINA WAKEFIELD (Bar. No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
J. ALEJANDRO BARRIENTOS (Bar. No. 346676)
(E-Mail: Alejandro_Barrientos@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
THOMAS VINCENT GIRARDI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00047-JLS-1 |
| Plaintiff, | **ORDER GRANTING EX PARTE APPLICATION TO FILE OVERSIZED MOTION FOR A FINDING OF INCOMPETENCY** |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

//
//
//
//

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the filing of the oversized and contemporaneously filed Motion for a Finding of Incompetency is granted.

DATED: July 7, 2023        By _____
                                    HON. JOSEPHINE L. STATON
                                    United States District Judge

Presented by:

 /s/ *Craig A. Harbaugh*
CRAIG A. HARBAUGH
Deputy Federal Public Defender