# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS VINCENT GIRARDI,<br><br>    Defendant. | Case No. 2:23-cr-00047-JLS-1<br><br>**ORDER RE BRIEFING SCHEDULE** |

    The Court has reviewed Defendant's Ex Parte Application for Order to file Documents under seal (Doc. 77). The Declaration of counsel indicates the Government opposes the request to file the documents under seal. (Harbaugh Decl. ¶ 3.) The Government is directed to file its opposition brief no later than Wednesday, July 12, 2023. A reply brief, if any, shall be filed no later than Friday, July 14, 2023.

    DATED: July 10, 2023

                                                                        HON. JOSEPHINE L. STATON<br>                                                                        United States District Judge