E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
ALI MOGHADDAS (Cal. Bar No. 305654)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6527/1786
     Facsimile: (213) 894-6269
     E-mail:    scott.paetty/ali.moghaddas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 23-47-JLS-1 |
| Plaintiff, | GOVERNMENT'S RESPONSE TO DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER TO FILE DOCUMENTS UNDER SEAL (DKT. 77); EXHIBIT |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Scott Paetty and Ali Moghaddas, pursuant to the Court's Order Re Briefing Schedule (Dkt. 82), hereby files its response to defendant's ex parte application for order to file documents under seal (Dkt. 77).

//

//

//

This response is based upon the attached memorandum of points and authorities, Exhibit A attached hereto, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: July 12, 2023                    Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


  /s/
_____
SCOTT PAETTY
ALI MOGHADDAS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant Thomas Vincent Girardi filed the entirety of his Motion for Order Finding Incompetency under seal. Prior to filing, defendant sought the position of the government on its sealing application, to which the government responded that without the benefit of reviewing the brief first, it could not say whether sealing the entirety of the brief was appropriate. (See Exhibit A attached hereto.) Now having reviewed defendant's brief, the government believes that filing the entirety of the brief under seal is inappropriate and unnecessary. Many of the conclusions and observations in the brief have already appeared in the press and public filings, including defendant's own filings that directly quote from sealed expert reports. (See, e.g., Dkt. 74 (citing expert reports stating that defendant may have mild cognitive impairment or moderate dementia).) Thus, the government does not believe that such information contained in defendant's motion overcomes the strong presumption of public access to court records. Nixon v. Warner Comm., Inc., 435 U.S. 589, 597 (1978) (establishing a strong presumption that criminal and civil actions should be conducted publicly); Foltz v. State Farm Mut. Auto. Ins. Co., 331 F.3d 1122, 1135 (9th Cir. 2003) (same). Moreover, the upcoming competency hearing, which will be accessible to the public, will include testimony from the parties' medical experts regarding their detailed findings and conclusions, and the basis for them.

In any event, to the extent the brief references information not already contained in the public record, the government believes those portions -- as opposed to the full brief -- should be redacted. Of course, defendant must still demonstrate with specificity a

compelling reason for such redaction.  <u>See</u> <u>Foltz</u>, 331 F.3d at 1135 (requiring compelling reasons for redaction supported by specific factual findings).

# EXHIBIT A

| | |
|---|---|
| **From:** | Paetty, Scott (USACAC) |
| **To:** | Alejandro Barrientos; Moghaddas, Ali (USACAC) |
| **Cc:** | Craig Harbaugh; Georgina Wakefield |
| **Subject:** | RE: Girardi--Competency Motion |
| **Date:** | Wednesday, July 5, 2023 11:45:35 AM |

Alejandro,

No objection to the ex parte nature of the application or to filing an oversize brief.  Regarding your sealing request, since we haven't seen your filing, we cannot say whether some portions of your brief contain statements or conclusions that have already been noted in public filings and therefore need not be sealed.  To the extent the brief cites evidence from the expert reports or other sensitive medical information, we have no objection to sealing those portions.

Best regards,


Scott Paetty
T: 213.894.6527 | F: 213.894.6269 | scott.paetty@usdoj.gov

**From:** Alejandro Barrientos <Alejandro_Barrientos@fd.org>
**Sent:** Wednesday, July 5, 2023 9:33 AM
**To:** Paetty, Scott (USACAC) <spaetty@usa.doj.gov>; Moghaddas, Ali (USACAC) <AMoghaddas@usa.doj.gov>
**Cc:** Craig Harbaugh <Craig_Harbaugh@fd.org>; Georgina Wakefield <Georgina_Wakefield@fd.org>
**Subject:** [EXTERNAL] Girardi--Competency Motion

Scott and Ali,

We are going to apply ex parte to file the competency motion/brief under seal and to permit the filing of an oversized brief, given the extensive medical/other personal information that the various experts considered and that the expert reports are already under seal.  Any opposition to the ex parte nature of the applications or the applications themselves?

Thanks,
Alejandro


### J. Alejandro Barrientos
**Deputy Federal Public Defender**
**Office of the Federal Public Defender**
**Central District of California**

321 E 2nd Street | Los Angeles, CA 90012 | fpdcdca.org
**O:** 213.894.7568 | **F:** 213.894.0081

CONFIDENTIALITY NOTE:
This email, and any attachment(s) accompanying it, contain(s) confidential and privileged information from the Office of the Federal Public Defender.  The information therein is intended only for the use of the individual(s)

and/or entity(ies) named in this e-mail.  If you are not the intended recipient, be aware that any disclosure of this information is prohibited.  If you have received this e-mail in error, please notify me immediately by reply e-mail.