```
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
ALI MOGHADDAS (Cal. Bar No. 305654)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2400
     Facsimile: (213) 894-0141
     E-mail:    scott.paetty@usdoj.gov
                ali.moghaddas@usdoj.gov
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 23-00047-JLS-1 |
|---|---|
| Plaintiff, | *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF ALI MOGHADDAS |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Ali Moghaddas and Scott Paetty, hereby applies ex parte for an order permitting the government to file the rebuttal expert report of Dr. Ryan Darby under seal. This ex parte application is based upon the attached declaration of Ali Moghaddas.

//

//

```
 1
 2   Dated: July 17, 2023              Respectfully submitted,
 3                                     E. MARTIN ESTRADA
                                       United States Attorney
 4
                                       MACK E. JENKINS
 5                                     Assistant United States Attorney
                                       Chief, Criminal Division
 6
                                              /s/
 7                                     _____
                                       SCOTT PAETTY
 8                                     ALI MOGHADDAS
                                       Assistant United States Attorneys
 9
                                       Attorneys for Plaintiff
10                                     UNITED STATES OF AMERICA
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

**DECLARATION OF ALI MOGHADDAS**

I, Ali Moghaddas, hereby state and declare as follows:

1. I am an Assistant United States Attorney ("AUSA") for the Central District of California. Together with AUSA Scott Paetty, I represent the government in <u>United States v. Thomas Vincent Girardi, et al.</u>, Case No. 23-CR-00047-JLS. I make this declaration in support of the government's application for order sealing document.

2. The government requests leave to file under seal the rebuttal expert report of Dr. Ryan Darby. Pursuant to the Court's Order for Mental Competency Evaluation dated March 22, 2023 (Dkt. 54 at 3), and Order Continuing Mental Competency Evaluation Deadlines dated May 23, 2023 (Dkt. 56 at 2), each expert's report shall be filed with the Court under seal. Accordingly, the government respectfully requests the attached rebuttal expert report be filed under seal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

　　　　　　　　　　　　　　　　　　*/s/ Ali Moghaddas*
　　　　　　　　　　　　　　　　　　ALI MOGHADDAS