E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
ALI MOGHADDAS (Cal. Bar No. 305654)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2400
    Facsimile: (213) 894-0141
    E-mail:  scott.paetty@usdoj.gov
             ali.moghaddas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-00047-JLS-1 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING DOCUMENT |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

    For good cause shown, IT IS HEREBY ORDERED THAT:

    The Government's Ex Parte Application for Order Sealing Document is GRANTED. The rebuttal expert report of Dr. Ryan Darby shall be filed under seal.

_____       _____
DATE                                     HONORABLE JOSEPHINE L. STATON
                                            UNITED STATES DISTRICT JUDGE