UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-00047-JLS-1 |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENT |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The Government's Ex Parte Application for Order Sealing Document [86] is GRANTED. The rebuttal expert report of Dr. Ryan Darby shall be filed under seal.

July 27, 2023

DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE