UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | 2:19CR00165JLS - 1 |
| Date | July 21, 2023 |

Present: The Honorable   Josephine L. Staton, United States District Judge

Interpreter   Not Applicable

| Catherine Jeang for V.R. Vallery | April Lassiter-Benson | Ali Moghaddas / Ranee Katzenstein |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Thomas Vincent Girardi (Waiver of Appearance [87] filed 7/20/23) | Not | | X | Craig Harbaugh, DFPD | X | | X |
| | | | | Georgina Wakefield, DFPD | X | | X |
| | | | | J. Alejandro Barrientos, DFPD | X | | X |

Proceedings:   **GOVERNMENT'S MOTION TO EXCLUDE EXPERT TESTIMONY OF KATE CORRIGAN PURSUANT TO FEDERAL RULES OF EVIDENCE 401, 402, 403, AND 702 [71]**

    The matter is called and counsel state their appearances. The court and counsel confer.  The Court sets a hearing on August 23, 2023, at 8:30 a.m.  Defendant shall file an opposition on or before August 2, 2023 and the government shall file a reply on or before August 9, 2023. Parties are further ordered to exchange witness lists before the August 23, 2023 hearing.

| | 00 : 31 |
|---|---|
| Initials of Deputy Clerk | CMJ |