E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
ALI MOGHADDAS (Cal. Bar No. 305654)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6527/1786
    Facsimile: (213) 894-6269
    E-mail:    scott.paetty/ali.moghaddas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-47-JLS-1 |
|---|---|
| Plaintiff, | UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR ORDER FINDING INCOMPETENCY; DECLARATION OF SCOTT PAETTY |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Scott Paetty and Ali Moghaddas, hereby applies ex parte for an order that the government's brief regarding competency of defendant Thomas Vincent Girardi and the exhibits attached thereto, be filed under seal. The government makes this application pursuant to defense counsel's request that the government file its opposition under seal pending the Court's ruling on whether such filings may be sealed entirely, or, as the government proposes, filed publicly with appropriate portions, if any, redacted.

(See Dkt. Nos. 77, 83, 84.)

    This ex parte application is based upon the attached declaration of Scott Paetty.

Dated: August 2, 2023        Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

       /s/
SCOTT PAETTY
ALI MOGHADDAS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF SCOTT PAETTY**

I, Scott Paetty, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys representing the government in this case.

2. On July 5, 2023, defense counsel filed an ex parte application to seal defendant Thomas Vincent Girardi's Motion for an Order Finding Incompetency. (Dkt. 77.) While acknowledging the need to keep certain portions of the filings related to defendant's competency under seal, the government filed an opposition to defendant's request to seal the entirety of his motion citing, among other things, the strong presumption of public access to court records. (See Dkt. 83.) Defendant subsequently filed a reply to his ex parte application. (Dkt. 84.) The Court has not yet ruled on the matter.

3. The government maintains the position that certain portions of the competency filings, such as conclusions and observations that have already appeared in the press or public filings, or otherwise do not contain sensitive and private medical information, can be filed publicly. Sensitive materials warranting protection can be redacted in the publicly filed briefing.

4. The parties met and conferred via email prior to the filing of the government's opposition to defendant's motion. Based on defense counsel's request that the government file its opposition under seal pending the Court's ruling on the foregoing issue, the government agreed.

    5.    If the Court subsequently orders that a redacted version of the opposition be filed publicly, the government will file a redacted version forthwith.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on August 2, 2023.

*/s/ Scott Paetty*