1   E. MARTIN ESTRADA
    United States Attorney
2   MACK E. JENKINS
    Assistant United States Attorney
3   Chief, Criminal Division
    SCOTT PAETTY (Cal. Bar No. 274719)
4   Assistant United States Attorney
    Deputy Chief, Major Frauds Section
5   ALI MOGHADDAS (Cal. Bar No. 305654)
    Assistant United States Attorney
6   Major Frauds Section
         1100 United States Courthouse
7        312 North Spring Street
         Los Angeles, California 90012
8        Telephone: (213) 894-6527/1786
         Facsimile: (213) 894-6269
9        E-mail:    scott.paetty/ali.moghaddas@usdoj.gov

10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA

12                    UNITED STATES DISTRICT COURT

13            FOR THE CENTRAL DISTRICT OF CALIFORNIA

14  UNITED STATES OF AMERICA,           No. CR 23-47-JLS-1

15         Plaintiff,                   [PROPOSED] ORDER SEALING DOCUMENT

16              v.

17  THOMAS VINCENT GIRARDI,

18         Defendant.

19
    For good cause shown, IT IS HEREBY ORDERED THAT:
20
        The government's ex parte application for sealed filing is
21
    GRANTED.  The government's opposition to defendant Thomas Vincent
22
    Girardi's motion for order finding incompetency and accompanying
23
    exhibits shall be filed under seal.  The government may produce the
24
    underlying documents as permitted or required by applicable law.
25

26

27
     _____        _____
     DATE                               HONORABLE JOSEPHINE L. STATON
28                                       UNITED STATES DISTRICT JUDGE

1  **IN CASE OF DENIAL:**

2      The government's application for sealed filing is DENIED. The

3  underlying document and exhibits shall be returned to the government,

4  without filing of the document on the clerk's public docket.

5

6

7  _____          _____
   DATE                                  HONORABLE JOSEPHINE L. STATON
                                         UNITED STATES DISTRICT JUDGE
8
   Presented by:
9
    /s/
   _____
10 SCOTT PAETTY
   Assistant United States Attorney
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2