E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
ALI MOGHADDAS, 312 N. Spring St., 1100

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 23-CR-00047-JLS-1 |
| v. | |
| THOMAS VINCENT GIRARDI | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged: **(List Documents)**

Government's Opposition to Defendant Thomas Vincent Girardi's Motion for Order Finding Incompetency
Exhibits 1-28

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

August 2, 2023                          /s/ Ali Moghaddas
Date                                    Attorney Name
                                        UNITED STATES OF AMERICA
                                        Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                **NOTICE OF MANUAL FILING OR LODGING**