CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CRAIG A. HARBAUGH (Bar. No. 194309)
(E-Mail: Craig_Harbaugh@fd.org)
GEORGINA WAKEFIELD (Bar. No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
J. ALEJANDRO BARRIENTOS (Bar. No. 346676)
(E-Mail: Alejandro_Barrientos@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-7568
Facsimile: (213) 894-0081

Attorneys for Defendant
THOMAS VINCENT GIRARDI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00047-JLS-1 |
| Plaintiff, | **[PROPOSED] ORDER CONTINUING COMPETENCY HEARING** |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, Mr. Thomas V. Girardi's application to continue his competency hearing to a future date is GRANTED. The hearing shall be removed from the Court's calendar for August 23, 2023. The parties shall confer and propose new consecutive hearing dates as soon as possible.

DATED: _____, 2023

_____
HON. JOSEPHINE L. STATON
United States District Judge

1  OR

3        GOOD CAUSE NOT HAVING BEEN SHOWN, Mr. Thomas V. Girardi's
4  application to continue his competency hearing to a future date is DENIED.

6  DATED: _____, 2023

                                        HON. JOSEPHINE L. STATON
                                        United States District Judge

9  Presented by:

10  */s/ J. Alejandro Barrientos*
    J. Alejandro Barrientos
11  Deputy Federal Public Defender