# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS VINCENT GIRARDI,<br><br>    Defendant. | Case No. 2:23-cr-00047-JLS-1<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO FILE OVERSIZED REPLY IN SUPPORT OF MOTION FOR ORDER OF INCOMPETENCY** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the filing of the oversized and contemporaneously filed Reply in Support of Motion for Order of Incompetency is granted.

DATED: August 10, 2023

_____
HON. JOSEPHINE L. STATON
United States District Judge