UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 23-0047-JLS | Date | August 23, 2023 |
|---|---|---|---|

| Present: The Honorable | Josephine L. Staton, United States District Judge |
|---|---|
| Interpreter | Not Applicable |

| Gabby Garcia | April Lassiter-Benson | Ali Moghaddas; Scott Paetty |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Thomas Vincent Girardi | X | | X | Craig Harbaugh, DFPD | X | X | |
| | | | | J. Alejandro Barrientos, DFPD | X | X | |

**Proceedings:    DEFENDANT'S MOTION FOR ORDER FINDING INCOMPETENCY [106]**

The matter is called and counsel state their appearances.   An evidentiary hearing is held. Witness called, sworn and testified.   Exhibits identified and admitted into evidence. The court and counsel confer.   Counsel shall confer regarding date for further testimony and contact the Courtroom Deputy with the proposed date.

6 : 32

Initials of Deputy Clerk  gga