AO 436 (Rev. 04/13)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# AUDIO RECORDING ORDER

*Read Instructions.*

| | |
|---|---|
| 1. NAME: Kate Holland | 2. PHONE NUMBER: (214) 620-4172 |
| | 3. EMAIL ADDRESS: kate.k.holland@ab |
| 4. MAILING ADDRESS: 7 W 66th St, 5th Floor (kate.k.holland@abc.com) | 5. CITY: New York |
| | 6. STATE: NY |
| | 7. ZIP CODE: 10023 |
| 8. CASE NUMBER: 2:23-cr-00047-JLS | 9. CASE NAME: USA v Girardi |
| | DATES OF PROCEEDINGS |
| | 10. FROM: 1/31/2023 |
| | 11. TO: 8/23/2023 |
| 12. PRESIDING JUDGE: Joesphine Staton | LOCATION OF PROCEEDINGS |
| | 13. CITY: Los Angeles |
| | 14. STATE: California |

**15. ORDER FOR**

- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER *(Specify)*

**16. AUDIO RECORDING REQUESTED** *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING *(Specify)* | 8/23/2023 (competency heari~~ |
| ☐ CLOSING ARGUMENT (Defendant) | | | 2/6/2023 (indictment) |
| ☐ OPINION OF COURT | | | ~~2/24/2023 (status hearing)~~ |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER *(Specify)* | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | | |
| | ESTIMATE TOTAL | 0.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE: Kate Holland *(signed)* | 19. DATE: 8/22/2023 |
|---|---|

| PROCESSED BY | | | PHONE NUMBER | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

PAID AUG 2 5 2023 Clerk, US District Court COURT 4612

DISTRIBUTION:   COURT COPY   ORDER RECEIPT   ORDER COPY

003767