# Exhibit 5

February 25, 2021

To: Dr. Nathan Lavid

I have known Tom Girardi since 1998. Tom has been a client and very close friend. I have worked on many trials with Tom and have been his photographer as well.

In the last 3 years I have observed a significant decline in his cognitive well-being. In 2017, Tom was in a single vehicle car accident.  He sustained a broken leg, collar bone and ribs which he appears to have healed from.  Additionally, Tom was knocked unconscious for hours and diagnosed with a concussion.  Since the event, his cognitive acuity began to deteriorate noticeably and more recently that decline has accelerated.

Tom does not recall even very recent events, is unable to accurately follow or understand legal or related proceedings, and he certainly does not have the capacity to practice law.

Here are some recent observations:

- Tom thinks his former law firm, Girardi*Keese  remains open and he is going to work every day
  He asks Isabell, his housekeeper, to take him to the office
  Calls Jesse, his longtime driver, to pick him up to take him to the office
  I have to frequently remind Tom he can't go the office as it is permanently closed
- He believes the Firm is still operating and for now the staff is working from home - I have frequently reminded Tom, that he can't go the office as it is permanently closed
- He tells me he has active cases and when asked which ones or what's involved, he cannot articulate any of the facts
- Tom believes that he talks regularly with Shirleen Fujimoto( longtime assistant) and indicates  he meets with her every Monday and Thursday – when I know they have not spoken since she retired last December
- When asked who types his letters, he says Shirleen
- Tom conveys he is in touch with Chris Kamon GK (bookkeeper for many years) – when actually Kamon has disappeared and Tom has not spoken with him in months, as far as I know
- Tom repetitively calls people to ask the same question he has already asked many times
- He does not remember conversations he has already had – when I visit Tom his memory of recent occurrences is sketchy at best
- He has trouble with recent places he has been or people he has met
- He is often confused about what day of the week it is

- He goes over the same thing – it's exhausting
- Tom does not recognize people he has known for a long time when he is shown a photo
- Tom constantly engages in confabulating – filling in his obvious memory gaps with stories that are inconsistent with reality
- Tom left a medical appointment and tried to walk home when a driver (Isabell) is waiting for him – didn't think to call her – she ended up tracking him down a half mile away
- The Jonathan Club has been closed for dining *throughout the pandemic* - No matter how many times I tell him this, the next time I see him, he articulates that it is open. So I call the JC on speakerphone, they confirm they are closed and he hears it, but does not register with him.
- Tom is disoriented as to reality and often times confused  - I took Tom to his doctor, and she told him he did very good (that day) – he turned that into he is in great shape
- In summary Tom is rapidly losing his mental capacity to function

My observations are confirmed by others close to him that I have spoken to and have visited with.

Please feel free to call me if you have any questions or need clarification.

Rick Kraemer
