# Exhibit 38

# MEMORANDUM

Federal Public Defender
Central District of California

**To:** Girardi Team

**CC:** Thomas Girardi File

**From:** Natalie Degrati, Investigator

**Date:** 5/25/2023

**Case Name & FY #:** Thomas V. Girardi, FY 23-00687

**Re:** Interview of ▓▓▓ Munoz

**Other Identifying Information:** ▓▓▓ Munoz is the Reminiscence Coordinator (Program Coordinator) of the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, where Thomas Girardi resides.

**Date of Interview:** 04/20/2023

---

Alejandro Barrientos and I interviewed ▓▓▓a Munoz in her closed office, which is on the third floor, and in the middle of the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. The third floor is a secured area so that residents of the Memory Care program cannot wander off without supervision. The elevator will only stop on the third floor with an employee code, and the elevator can only be summoned from the third floor if an employee inputs the code.

Ms. Munoz expressed an understanding that Mr. Barrientos and I are a part of Mr. Thomas Girardi's defense team, and freely shared her observations of Mr. Girardi throughout the interview. This memorandum is based on the observations Ms. Munoz shared with us during the interview.

Ms. Munoz has been the Program Coordinator since Mr. Girardi moved in in June of 2022. Before Mr. Girardi moved into ▓▓▓▓, Mr. Girardi lived at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and Ms. Munoz went to ▓▓▓▓▓▓▓ to meet with Tanya McAlpin and Mr. Girardi to prepare for Mr. Girardi's transition to ▓▓▓▓.

Shortly thereafter, Mr. Girardi moved in to the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Initially, Mr. Girardi had his own room. Mostly, Mr. Girardi has kept to himself throughout his time there. He does not speak with or interact with other residents unless they approach him, and even then, the conversation is brief though cordial.

At ▓▓▓▓ all of Mr. Girardi's needs are cared for. Staff prepares all of his meals, clean his room, dispense medication, and provide prompts and reminders of daily living skills.

Ms. Munoz has noticed a drastic decline in Mr. Girardi's selfcare compared to when he first moved in. When he first arrived at ▓▓▓▓, he changed his clothes on a regular basis, though

lately he has been wearing the same clothes. Usually, with a prompt, Mr. Girardi can dress himself, though lately he often insists on wearing the same clothes he wore the day before. For example, Mr. Girardi had been wearing the same purple sweater since the previous week. At night, staff will put Mr. Girardi's dirty clothes in the hamper to be washed or cleaned, and in the morning, Mr. Girardi will often pull out the dirty clothes from the hamper and wear them again. Mr. Girardi's bathroom has become more messy and dirty lately. He recently began using a towel to clean himself after bowel movements, which creates a mess.

Throughout his time at ▊ Mr. Girardi has spent nearly every day sitting at one of the tables and writing either on loose papers or legal pads. Mr. Girardi says he is working on his cases. When he first moved in, Mr. Girardi spent more time making calls on his personal cell phone than he does now. Ms. Munoz and other ▊ staff make sure not to disturb Mr. Girardi's paperwork or move his cell phone, as he gets upset if he feels that his legal work has been disturbed. Ms. Munoz feels Mr. Girardi is in a cycle where every day he mimics a lawyer representing clients even though he is no longer an attorney and is living at ▊.

On occasional mornings, especially recently, Mr. Girardi asks Ms. Munoz or other staff to call his car to take him to his law office. In those instances, Ms. Munoz and/or other staff have told Mr. Girardi that they have called his driver and the driver is on his way, even though no call has been made. On the occasions Mr. Girardi asks again, staff repeats that the driver is on the way. Mr. Girardi has never pointed out to Ms. Munoz that his driver never arrived.

Tanya McAlpin comes to see Mr. Girardi a few times a week since he moved in about a year ago. Ms. Munoz can tell by Mr. Girardi's confused facial expression that he does not always recognize Ms. McAlpin when she visits, and he does not acknowledge knowing her. Still, because Ms. McAlpin treats Mr. Girardi as if she knows him and he knows her, he goes along with what she says.

Sometime after moving in, ▊ had to give Mr. Girardi a roommate. This was very upsetting to him, and Mr. Girardi did not want another person in the room with him. ▊ staff called Ms. Munoz to inform her of the situation, and she told them to call Ms. McAlpin. Ms. McAlpin came to ▊ the following day and told Mr. Girardi that the may they were putting in his room was a judge who needed a place to stay. After that, Mr. Girardi did not have any more problems with sharing his room with the man. Still, Mr. Girardi does not really talk to him.

In March, ▊ had a party on their first floor, and Ms. Munoz took Mr. Girardi downstairs to chaperone him so he could enjoy himself. Mr. Girardi kept to himself the entire time, but smiled a lot and had a good time.

Mr. Girardi comes to Ms. Munoz's office and asks Ms. Munoz for paper almost every day, sometimes more than once per day. In the last couple of weeks, Mr. Girardi has been asking Ms. Munoz several times a day about seeing the barber.

During the interview, Mr. Girardi wandered into the office four times, once to ask for paper, and three times to ask if the barber had left for the day. The office is centrally located in the main common area of the memory ward and has multiple windows. Each time he came into the office during the interview, Mr. Girardi showed no signs of recognizing Alejandro and me, despite

having met us in person on multiple occasions prior to that date. Indeed, Alejandro had met with Mr. Girardi approximately 30 minutes earlier. Mr. Girardi did not say anything to Alejandro and nothing in his facial expression appeared to indicate that he recalled their meeting earlier. He simply came in and asked a version of the same question each time, and waited expectantly for the answer, as if he had not just asked and received an answer a few minutes prior. Mr. Girardi never acknowledged having just heard the same answer, nor did he apologize for asking the same question again. Relatedly, Ms. Munoz indicated that it is not clear whether Mr. Girardi recognizes her when she is not in the office. Ms. Munoz believes that Mr. Girardi knows to ask her for things because she is in the central office.