UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CR 23-0047-JLS-1 | Date | September 12, 2023 |

Present: The Honorable Josephine L. Staton, United States District Judge

Interpreter: Not Applicable

| Gabby Garcia | Maria Bustillos | Ali Moghaddas; Scott Paetty |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Thomas Vincent Girardi | X | | X | Craig Harbaugh, DFPD | X | X | |
| | | | | J. Alejandro Barrientos, DFPD | X | X | |

**Proceedings:   DEFENDANT'S MOTION FOR ORDER FINDING INCOMPETENCY [106]**

The matter is called and counsel state their appearances. An evidentiary hearing is held. Witness called, sworn and testified. Exhibits identified and admitted into evidence. The court and counsel confer. The hearing is continued to September 13, 2023 at 8:30 a.m.

6 : 37

Initials of Deputy Clerk   gga