UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CR 23-0047-JLS-1 | Date | September 13, 2023 |
| Present: The Honorable | Josephine L. Staton, United States District Judge | | |
| Interpreter | Not Applicable | | |

| Gabby Garcia | Maria Bustillos | Ali Moghaddas; Scott Paetty |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Thomas Vincent Girardi | X | | X | Craig Harbaugh, DFPD | X | X | |
| | | | | J. Alejandro Barrientos, DFPD | X | X | |

**Proceedings:   DEFENDANT'S MOTION FOR ORDER FINDING INCOMPETENCY [106]**

The matter is called and counsel state their appearances.  An evidentiary hearing is held.  Witness called, sworn and testified.  Exhibits identified and admitted into evidence. The court and counsel confer.

As stated on the record, the Court sets the following briefing schedule:  The government shall file their brief 30 days from the receipt of final transcripts.  The opposition shall be filed 3 weeks after opening briefs, and any reply shall be filed 2 weeks after the opposition.  Upon filing of the briefing, the motion is taken under submission.

5 : 47

Initials of Deputy Clerk   gga