CRAIG A. HARBAUGH (Bar. No. 194309)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
craig_harbaugh@fd.org | (213) 894-4740

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:23-cr-00047-JLS-1 |
| v. | |
| THOMAS VINCENT GIRARDI | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

Under Seal Exhibits - Videos

**Reason:**

☑ Under Seal

☐ In Camera

☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

September 20, 2023                    /s/ Craig A. Harbaugh
_____              _____
Date                                 Attorney Name

                                      THOMAS VINCENT GIRARDI
                                     _____
                                      Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*