# Exhibit 263

## *MC Assessment & Service Plan - Oakmont Management Group - V 2

| | | |
|---|---|---|
| **Resident:** Girardi, Thomas (200531) | **Effective Date:** 08/15/2023 12:16 | **Location:** REM 325 A |
| **Initial Move in:** 06/29/2022 | **Move in:** 06/29/2022 | **Date of Birth:** 06/03/1939 |
| **Score:** 169 | **Category:** Level 2 | **Physician:** Pachorek, Joseph |

### A. Functional Capabilities

\* Need is excluded from care fee calculation \*\* Some tasks are excluded from the calculation

1. Grooming
   - a. No assistance required with personal grooming. Can groom independently.
   - b. Requires daily wake-up service. No assistance required with personal grooming. Can groom independently.
   - c. Requires reminders to perform grooming tasks (i.e. shaving, washing face and hands, combing hair, oral care). Can groom independently.
   - ● d. Requires assistance with set up of grooming materials. Can groom independently.
   - e. Requires stand-by assistance with set up and performance of grooming tasks due to physical and/or cognitive impairment.
   - f. Requires hands on assistance with all grooming and hygiene tasks.

SP1. Service Plan: Grooming
- ☑ **Focus:** Grooming
- ☐ **Goal:** Will maintain independence in grooming.
- ☐ **Intervention:** No assistance required with personal grooming. Can groom independently.
- ☑ **Goal:** Will be able to meet grooming needs with assistance.
- ☐ **Intervention:** Requires daily wake-up service. No assistance required with personal grooming. Can groom independently.
- ☐ **Intervention:** Requires reminders to perform grooming tasks (i.e. shaving, washing face and hands, combing hair, oral care). Can groom independently.
- ☑ **Intervention:** Requires assistance with set up of grooming materials. Can groom independently
- ☐ **Intervention:** Requires stand-by assistance with set up and performance of grooming tasks due to physical and/or cognitive impairment
- ☐ **Intervention:** Requires hands on assistance with all grooming and hygiene tasks.

2. Bathing
   - a. No assistance required with showering/bathing. Can shower/bathe independently.
   - b. Requires reminders to shower/bathe. Can shower/bathe independently.
   - c. Requires assistance with set up of showering/bathing materials. Can shower/bathe independently.
   - ● d. Requires stand-by assistance for all showering/bathing needs (1-2x/week).
   - e. Requires hands-on assistance for all showering/bathing needs (1-2x/week).
   - f. Requires stand-by assistance for all showering/bathing needs (3-4x/week).
   - g. Requires stand-by assistance for all showering/bathing needs (5-6x/week).
   - h. Requires stand-by assistance for all showering/bathing needs daily.
   - i. Requires hands on assistance for all showering/bathing needs (3-4x/week).
   - j. Requires hands on assistance and an additional caregiver for all showering/bathing needs (1- 2x/week).
   - k. Requires hands on assistance for all showering/bathing needs (5-6x/week).
   - l. Requires hands on assistance for all showering/bathing needs daily.
   - m. Requires total assistance and/or an additional caregiver for all showering/bathing needs (3- 4x/week).
   - n. Requires total assistance and/or an additional caregiver for all showering/bathing needs (5- 6x/week).
   - o. Requires total assistance and/or an additional caregiver for all showering/bathing needs daily.

SP2. Service Plan: Bathing
- ☑ **Focus:** Bathing
- ☐ **Goal:** Will maintain independence in bathing.
- ☐ **Intervention:** No assistance required with showering/bathing. Can shower/bathe independently.
- ☑ **Goal:** Will be able to meet bathing needs with assistance.
- ☐ **Intervention:** Requires reminders to shower/bathe. Can shower/bathe independently.
- ☐ **Intervention:** Requires assistance with set up of showering/bathing materials. Can shower/bathe independently.

| *MC Assessment & Service Plan - Oakmont Management Group - V 2 |
|---|
| Resident: Girardi, Thomas (200531) |

☑ **Intervention:** Requires stand-by assistance for all showering/bathing needs (1-2x/week).
☐ **Intervention:** Requires hands on assistance and an additional caregiver for all showering/bathing needs (1- 2x/week).

☐ **Intervention:** Requires stand-by assistance for all showering/bathing needs (3-4x/week).
☐ **Intervention:** Requires stand-by assistance for all showering/bathing needs (5-6x/week).
☐ **Intervention:** Requires stand-by assistance for all showering/bathing needs daily.
☐ **Intervention:** Requires hands on assistance for all showering/bathing needs (3-4x/week).
☐ **Intervention:** Requires hands-on assistance for all showering/bathing needs (1-2x/week).
☐ **Intervention:** Requires hands on assistance for all showering/bathing needs (5-6x/week).
☐ **Intervention:** Requires hands on assistance for all showering/bathing needs daily.
☐ **Intervention:** Requires total assistance and/or an additional caregiver for all showering/bathing needs (3- 4x/week).

☐ **Intervention:** Requires total assistance and/or an additional caregiver for all showering/bathing needs (5- 6x/week).

☐ **Intervention:** Requires total assistance and/or an additional caregiver for all showering/bathing needs daily.

3. Dressing
   ○ a. No assistance required with dressing needs.
   ○ b. Requires occasional assistance with buttons, zippers, etc.
   ● c. Requires reminders for changing clothes.
   ○ d. Requires set up and/or assistance with clothes selection 1x/day.
   ○ e. Requires set up and/or assistance with clothes selection 2x/day.
   ○ f. Requires stand-by assistance with dressing and undressing and assistance with clothes selection 2x/day.
   ○ g. Requires hands on assistance with dressing and undressing and assistance with clothes selection 2x/day.
   ○ h. Requires total assistance with dressing and undressing and assistance with clothes selection 2x/day.

SP3. Service Plan: Dressing
   ☑ **Focus:** Dressing
   ☐ **Goal:** Will maintain independence in dressing.
   ☐ **Intervention:** No assistance required with dressing needs.
   ☑ **Goal:** Will be able to meet dressing needs with assistance.
   ☐ **Intervention:** Requires occasional assistance with buttons, zippers, etc.
   ☑ **Intervention:** Requires reminders for changing clothes.
   ☐ **Intervention:** Requires set up and/or assistance with clothes selection 1x/day.
   ☐ **Intervention:** Requires set up and/or assistance with clothes selection 2x/day.
   ☐ **Intervention:** Requires stand-by assistance with dressing and undressing and assistance with clothes selection 2x/day.

   ☐ **Intervention:** Requires hands on assistance with dressing and undressing and assistance with clothes selection 2x/day.

   ☐ **Intervention:** Requires total assistance with dressing and undressing and assistance with clothes selection 2x/day.

4. Denture Care
   ● a. Resident does not wear dentures or can self manage care of dentures.
   ○ b. Requires reminders to clean and/or store dentures in appropriate container.
   ○ c. Requires stand-by assistance with cleaning and/or storing dentures in appropriate container.
   ○ d. Requires hands on assistance with cleaning and/or storing dentures in appropriate container.

SP4. Service Plan: Denture Care
   ☑ **Focus:** Denture Care
   ☑ **Goal:** Will maintain independence in denture care.
   ☑ **Intervention:** Resident does not wear dentures or can self manage care of dentures.
   ☐ **Goal:** Will be able to meet denture care needs with assistance.
   ☐ **Intervention:** Requires reminders to clean and/or store dentures in appropriate container.
   ☐ **Intervention:** Requires stand-by assistance with cleaning and/or storing dentures in appropriate container.

FPD-003633

| *MC Assessment & Service Plan - Oakmont Management Group - V 2 |
|---|
| Resident: Girardi, Thomas (200531) |

☐ **Intervention:** Requires hands on assistance with cleaning and/or storing dentures in appropriate container.

5. Eating
   - ☉ a. No assistance required with eating.
   - ○ b. Requires meal-time reminders.
   - ○ c. Needs assistance opening food and condiment containers. May require minor assistance with cutting food and using eating utensils.
   - ○ d. Requires assistance with opening containers, cutting food and staff encouragement/prompting/assistance during meals.
   - ○ e. Has eating difficulties and requires observation/assistance during meals.
   - ○ f. Resists eating and has difficulty in maintaining adequate nutrition. Complete assistance and hands-on feeding required for eating.

SP5. Service Plan: Eating
   - ☑ **Focus:** Eating
   - ☑ **Goal:** Will maintain independence in eating.
   - ☑ **Intervention:** No assistance required with eating.
   - ☐ **Goal:** Will be able to meet eating needs with assistance.
   - ☐ **Intervention:** Requires meal-time reminders
   - ☐ **Intervention:** Needs assistance opening food and condiment containers. May require minor assistance with cutting food and using eating utensils.
   - ☐ **Intervention:** Requires assistance with opening containers, cutting food and staff encouragement/prompting/assistance during meals.
   - ☐ **Intervention:** Has eating difficulties and requires observation/assistance during meals
   - ☐ **Intervention:** Resists eating and has difficulty in maintaining adequate nutrition. Complete assistance and hands-on feeding required for eating.

6. Tray Service
   - ☉ a. Resident does not require or request tray service.
   - ○ b. Resident requires or requests tray service 1x/day.
   - ○ c. Resident requires or requests tray service 2x/day.
   - ○ d. Resident requires or requests tray service 3x/day.

SP6. Service Plan: Tray Service
   - ☑ **Focus:** Tray Service
   - ☑ **Goal:** Will maintain independence in relation to tray service.
   - ☑ **Intervention:** Resident does not require or request tray service.
   - ☐ **Goal:** Will be able to meet tray service needs with assistance.
   - ☐ **Intervention:** Resident requires or requests tray service 1x/day.
   - ☐ **Intervention:** Resident requires or requests tray service 2x/day.
   - ☐ **Intervention:** Resident requires or requests tray service 3x/day.

7. Dietary
   - ☉ a. ** Regular menu; no special diet required.
   - ○ b. Requires special diet, monitoring of supplements.
   - ○ c. Has food allergies.
   - ○ d. Nutritional supplements are needed.

SP7. Service Plan: Dietary
   - ☑ **Focus:** Dietary
   - ☑ **Goal:** Will maintain independence in dietary.
   - ☑ **Intervention:** Regular menu; no special diet required.
   - ☐ **Goal:** Will be able to meet dietary needs with assistance.
   - ☐ **Intervention:** Requires special diet, monitoring of supplements.
   - ☐ **Intervention:** Has food allergies.
   - ☐ **Intervention:** Nutritional supplements are needed.

8. Vision

| *MC Assessment & Service Plan - Oakmont Management Group - V 2 |
|---|
| Resident: Girardi, Thomas (200531) |

- ◉ a. No assistance required for vision needs.
- ○ b. Requires reminders and some assistance with activities and personal tasks such as opening mail, reading, preparing errands.
- ○ c. Requires continual assistance/supervision due to severe visual impairment.

SP8. Service Plan: Vision
- ☑ **Focus:** Vision
- ☑ **Goal:** Will maintain independence in vision needs.
- ☑ **Intervention:** No assistance required for vision needs.
- ☐ **Goal:** Will be able to meet vision needs with assistance.
- ☐ **Intervention:** Requires reminders and some assistance with activities and personal tasks such as opening mail, reading, preparing errands.
- ☐ **Intervention:** Requires continual assistance/supervision due to severe visual impairment.

9. Hearing
- ◉ a. Hears adequately with or without hearing aids.
- ○ b. Hearing impaired, needs assistance with hearing aid care (batteries, adjustments, etc.).
- ○ c. Deaf or severely hearing impaired, needs adaptive equipment and frequent assistance.

SP9. Service Plan: Hearing
- ☑ **Focus:** Hearing
- ☑ **Goal:** Will maintain independence in hearing needs.
- ☑ **Intervention:** Hears adequately with or without hearing aids.
- ☐ **Goal:** Will be able to meet hearing needs with assistance.
- ☐ **Intervention:** Hearing impaired, needs assistance with hearing aid care (batteries, adjustments, etc.).
- ☐ **Intervention:** Deaf or severely hearing impaired, needs adaptive equipment and frequent assistance.

10. Speech
- ◉ a. Communicates well, clear and distinct.
- ○ b. Difficult to understand, requires occasional staff time to communicate.
- ○ c. Severe speech dysfunction, unintelligible or communicates by signs and sounds, needs daily assistance from staff to interpret and communicate.

SP10. Service Plan: Speech
- ☑ **Focus:** Speech
- ☑ **Goal:** Will maintain independence in speech needs.
- ☑ **Intervention:** Communicates well, clear and distinct.
- ☐ **Goal:** Will be able to meet speech needs with assistance.
- ☐ **Intervention:** Difficult to understand, requires occasional staff time to communicate.
- ☐ **Intervention:** Severe speech dysfunction, unintelligible or communicates by signs and sounds, needs daily assistance from staff to interpret and communicate.

11. Medications
- ○ a. Self manages own oral medications and/or does not require medications.
- ○ b. Requires routine medication management with one to four medications, including PRN medications, at routine and non-routine times (up to 3x/day).
- ○ c. Requires routine medication management with one to four medications, including PRN medications, at routine and non-routine times (4x/day).
- ○ d. Requires routine medication management with five to eight medications, including PRN medications, at routine and non-routine times (up to 3x/day).
- ○ e. Requires routine medication management with one to four medications, including PRN medications, at routine and non-routine times (5x/day).
- ◉ f. Requires routine medications with nine or more medications, including PRN medications, at routine and non-routine times (up to 3x/day).
- ○ g. Requires routine medication management with five to eight medications, including PRN medications, at routine and non-routine times (up to 4x/day).
- ○ h. Requires routine medication management with five to eight medications, including PRN medications, at routine and non-

| *MC Assessment & Service Plan - Oakmont Management Group - V 2 |
|---|
| **Resident:** Girardi, Thomas (200531) |

- ○ routine times (5x/day).
- ○ i. Requires routine medication management with nine or more medications, including PRN medications, at routine and non-routine times (4x or more/day).
- ○ j. Requires close supervision and assistance with all oral medications.

SP11. Service Plan: Medications
- ☑ **Focus:** Medications
- ☐ **Goal:** Will maintain independence in medication needs.
- ☐ **Intervention:** Self manages own oral medications and/or does not require medications.
- ☑ **Goal:** Will be able to meet medication needs with assistance.
- ☐ **Intervention:** Requires routine medication management with one to four medications, including PRN medications, at routine and non-routine times (up to 3x/day).
- ☐ **Intervention:** Requires routine medication management with one to four medications, including PRN medications, at routine and nonroutine times (4x/day).
- ☐ **Intervention:** Requires routine medication management with five to eight medications, including PRN medications, at routine and nonroutine times (up to 3x/day).
- ☐ **Intervention:** Requires routine medication management with one to four medications, including PRN medications, at routine and nonroutine times (5x/day).
- ☑ **Intervention:** Requires routine medications with nine or more medications, including PRN medications, at routine and non-routine times (up to 3x/day).
- ☐ **Intervention:** Requires routine medication management with five to eight medications, including PRN medications, at routine and nonroutine times (up to 4x/day).
- ☐ **Intervention:** Requires routine medication management with five to eight medications, including PRN medications, at routine and nonroutine times (5x/day).
- ☐ **Intervention:** Requires routine medication management with nine or more medications, including PRN medications, at routine and nonroutine times (4x or more/day).
- ☐ **Intervention:** Requires close supervision and assistance with all oral medications.

12. Special Medications (Includes inhalers, topicals, drops and patches)
    - ● a. Resident does not receive special medications or self manages own special medications.
    - ○ b. Requires assistance with special medications (drops, inhalers, topicals, etc.) 1-2x/day.
    - ○ c. Requires assistance with special medications (drops, inhalers, topicals, etc.) 3x/day.
    - ○ d. Requires assistance with special medications (drops, inhalers, topicals, etc.) 4x/day.

SP12. Service Plan: Special Medications
- ☑ **Focus:** Special Medication
- ☑ **Goal:** Will maintain independence in special medication needs.
- ☑ **Intervention:** Resident does not receive special medications or self manages own special medications.
- ☐ **Goal:** Will be able to meet special medication needs with assistance.
- ☐ **Intervention:** Requires assistance with special medications (drops, inhalers, topicals, etc.) 1-2x/day.
- ☐ **Intervention:** Requires assistance with special medications (drops, inhalers, topicals, etc.) 3x/day.
- ☐ **Intervention:** Requires assistance with special medications (drops, inhalers, topicals, etc.) 4x/day.

13. Pharmacy
    - ● a. Uses community pharmacy vendor.
    - ○ b. Uses non-community pharmacy vendor. Manages own ordering for all new and refill medications.
    - ○ c. Uses non-community pharmacy vendor. Requires staff to order all new and refill medications.

SP13. Service Plan: Pharmacy
- ☑ **Focus:** Pharmacy
- ☑ **Goal:** Will maintain status with pharmacy needs.
- ☑ **Intervention:** Uses community pharmacy vendor.
- ☑ **Intervention:** Uses non-community pharmacy vendor. Manages own ordering for all new and refill medications.
- ☐ **Intervention:** Uses non-community pharmacy vendor. Requires staff to order all new and refill medications.

14. Toileting

| *MC Assessment & Service Plan - Oakmont Management Group - V 2 |
|---|
| Resident: Girardi, Thomas (200531) |

- ◉ a. Independent in toileting needs.
- ○ b. Occasionally incontinent of bladder or bowel and can self manage, but requires assistance ordering and maintaining supplies.
- ○ c. Requires reminders to toilet.
- ○ d. Requires nightly set-up of bedside commode/urinal and removal/cleaning in morning.
- ○ e. Occasionally incontinent of bladder and/or bowel and requires staff assistance.
- ○ f. Requires assistance to and from the bathroom.
- ○ g. Requires schedule for toileting and assistance to and from the bathroom; needs assistance with incontinence supplies, hygiene, and/or changing linen.
- ○ h. Requires complete assistance with toileting needs and has difficulty maintaining socially acceptable hygiene standards.

SP14. Service Plan: Toileting

- ☑ **Focus:** Toileting
- ☑ **Goal:** Will maintain independence in toileting.
- ☑ **Intervention:** Independent in toileting needs.
- ☐ **Goal:** Will be able to meet toileting needs with assistance.
- ☐ **Intervention:** Occasionally incontinent of bladder or bowel and can self manage, but requires assistance ordering and maintaining supplies.
- ☐ **Intervention:** Requires reminders to toilet.
- ☐ **Intervention:** Requires nightly set-up of bedside commode/urinal and removal/cleaning in morning.
- ☐ **Intervention:** Occasionally incontinent of bladder and/or bowel and requires staff assistance.
- ☐ **Intervention:** Requires assistance to and from the bathroom.
- ☐ **Intervention:** Requires schedule for toileting and assistance to and from the bathroom; needs assistance with incontinence supplies, hygiene, and/or changing linen.
- ☐ **Intervention:** Requires complete assistance with toileting needs and has difficulty maintaining socially acceptable hygiene standards

15. Transfer Ability

- ◉ a. ** Independent transfer to & from bed, chair, laying, sitting, standing. Tolerates distances and sustained activity.
- ○ b. Requires assistance and cueing for transfers.
- ○ c. Requires one person physical assistance with transfers.
- ○ d. Requires two person physical assistance with transfers.

SP15. Service Plan: Transfer Ability

- ☑ **Focus:** Transfer Ability
- ☑ **Goal:** Will maintain independence in transfer ability.
- ☑ **Intervention:** Independent transfer to & from bed, chair, laying, sitting, standing. Tolerates distances and sustained activity.

- ☐ **Goal:** Will be able to meet transfer needs with assistance.
- ☐ **Intervention:** Requires assistance and cueing for transfers.
- ☐ **Intervention:** Requires one person physical assistance with transfers.
- ☐ **Intervention:** Requires two person physical assistance with transfers.

16. Escorting

- ◉ a. Can walk to dining room and all activities within the facility, may need occasional reminders and/or escort.
- ○ b. Requires pushing in a wheelchair to attend meals and activities.
- ○ c. Requires escorting and/or physical assistance to attend meals.
- ○ d. Requires escorting and/or physical assistance to attend meals and daily events.
- ○ e. Resident is slow to ambulate and requires escorting, resting areas and/or physical assistance and/or pushing in wheelchair to attend meals and daily events.

SP16. Service Plan: Escorting

- ☑ **Focus:** Escorting
- ☑ **Goal:** Will maintain current status.
- ☑ **Intervention:** Can walk to dining room and all activities within the facility, may need occasional reminders and/or escort.

| *MC Assessment & Service Plan - Oakmont Management Group - V 2 |
|---|
| Resident: Girardi, Thomas (200531) |

- ☐ **Intervention:** Requires pushing in a wheelchair to attend meals and activities.
- ☐ **Intervention:** Requires escorting and/or physical assistance to attend meals.
- ☐ **Intervention:** Requires escorting and/or physical assistance to attend meals and daily events.
- ☐ **Intervention:** Resident is slow to ambulate and requires escorting, resting areas and/or physical assistance and/or pushing in wheelchair to attend meals and daily events.

17. Compression Hose
    - ● a. Resident does not wear compression hose or independently manages use and care of compression hose.
    - ○ b. Requires assistance with applying and removing compression hose daily.
    - ○ c. Requires assistance with applying and removing compression hose multiple times daily.

SP17. Service Plan: Compression Hose
- ☑ **Focus:** Compressions Hose
- ☑ **Goal:** Will maintain current health status.
- ☑ **Intervention:** Resident does not wear compression hose or independently manages use and care of compression hose.
- ☐ **Intervention:** Requires assistance with applying and removing compression hose daily.
- ☐ **Intervention:** Requires assistance with applying and removing compression hose multiple times daily.

18. Fall Management
    - ● a. Resident has not fallen within the past year.
    - ○ b. Resident is at risk of falling. Requires staff observation to promote safety.
    - ○ c. Resident has fallen within the past year and requires a fall management program.

SP18. Service Plan: Fall Management
- ☑ **Focus:** Fall Management
- ☑ **Goal:** Will maintain current status.
- ☑ **Intervention:** Resident has not fallen within the past year.
- ☐ **Intervention:** Resident is at risk of falling. Requires staff observation to promote safety.
- ☐ **Intervention:** Resident has fallen within the past year and requires a fall management program.

19. Assistive Devices
    - ● a. *Resident does not use an assistive device.
    - ○ b. *Resident uses one assistive device such as a cane, walker, wheelchair, motorized scooter, hospital bed, overlay mattress or a fall mat. (List devices in task.)
    - ○ c. *Resident uses two or more assistive devices such as a device for ambulating (cane, walker, wheelchair, etc.), a hospital bed, an overlay mattress, and/or a fall mat.

SP19. Service Plan: Assistive Devices
- ☑ **Focus:** Assistive Devices
- ☑ **Goal:** Will maintain current status.
- ☑ **Intervention:** Resident does not use an assistive device.
- ☐ **Intervention:** Resident uses one assistive device such as a cane, walker, wheelchair, motorized scooter, hospital bed, overlay mattress or a fall mat. (List devices in task.)
- ☐ **Intervention:** Resident uses two or more assistive devices such as a device for ambulating (cane, walker, wheelchair, etc.), a hospital bed, an overlay mattress, and/or a fall mat.

20. Notes:

B. **Psychosocial Capabilities**

   * Need is excluded from care fee calculation ** Some tasks are excluded from the calculation

1. Socialization/Spiritual
    - ● a. Participates in spiritual/social events of choice without assistance.
    - ○ b. Needs reminders/supervision attending spiritual/social events.
    - ○ c. Needs frequent assistance attending spiritual/social events; short attention span; needs redirection.

SP1. Service Plan: Socialization/Spiritual

| *MC Assessment & Service Plan - Oakmont Management Group - V 2 |
|---|
| **Resident:** Girardi, Thomas (200531) |

- ☑ **Focus:** Socialization/Spiritual
- ☑ **Goal:** Will maintain independence in socialization/spiritual needs.
- ☑ **Intervention:** Participates in spiritual/social events of choice without assistance.
- ☐ **Goal:** Will be able to meet socializataion/spiritual needs with assistance.
- ☐ **Intervention:** Needs reminders/supervision attending spiritual/social events.
- ☐ **Intervention:** Needs frequent assistance attending spiritual/social events; short attention span; needs redirection.

2. Telephone Use
   - ◉ a. No assistance needed to make outgoing or receiving incoming calls.
   - ○ b. Requires assistance with making outgoing calls and/or receiving incoming calls.

SP2. Service Plan: Telephone Use
   - ☑ **Focus:** Telephone Use
   - ☑ **Goal:** Will maintain independence in telephone use.
   - ☑ **Intervention:** No assistance needed to make outgoing or receiving incoming calls.
   - ☐ **Goal:** Will be able to meet telephone use needs with assistance.
   - ☐ **Intervention:** Requires assistance with making outgoing calls and/or receiving incoming calls.

3. Housekeeping
   - ◉ a. Capable of maintaining apartment. Has no need beyond routine weekly housekeeping.
   - ○ b. Requires additional housekeeping 1x/ day. (bed making, empty trash, straighten room) beyond standard services.

SP3. Service Plan: Housekeeping
   - ☑ **Focus:** Housekeeping
   - ☑ **Goal:** Will maintain independence in housekeeping needs.
   - ☑ **Intervention:** Capable of maintaining apartment. Has no need beyond routine weekly housekeeping.
   - ☐ **Goal:** Will be able to meet housekeeping needs with assistance.
   - ☐ **Intervention:** Requires additional housekeeping 1x/ day. (bed making, empty trash, straighten room) beyond standard services.

4. Laundry
   - ◉ a. Receives weekly laundry service and independently manages additional laundry needs.
   - ○ b. Requires additional laundering beyond basic services 1x/week.
   - ○ c. Requires additional laundering beyond basic services 3x/week.
   - ○ d. Requires daily laundry services.

SP4. Service Plan: Laundry
   - ☑ **Focus:** Laundry
   - ☑ **Goal:** Will maintain independence in laundry.
   - ☑ **Intervention:** Receives weekly laundry service and independently manages additional laundry needs.
   - ☐ **Goal:** Will be able to meet laundry needs with assistance.
   - ☐ **Intervention:** Requires additional laundering beyond basic services 1x/week.
   - ☐ **Intervention:** Requires additional laundering beyond basic services 3x/week.
   - ☐ **Intervention:** Requires daily laundry services.

5. Bedtime Services
   - ◉ a. Does not require bedtime services.
   - ○ b. Requires turn down services at night.
   - ○ c. Requires turn down and tuck in services at night.

SP5. Service Plan: Bedtime Services
   - ☑ **Focus:** Bedtime Services
   - ☑ **Goal:** Will maintain independence in bedtime services.
   - ☑ **Intervention:** Does not require bedtime services.
   - ☐ **Goal:** Will be able to meet bedtime services needs with assistance.
   - ☐ **Intervention:** Requires turn down services at night.

**\*MC Assessment & Service Plan - Oakmont Management Group - V 2**

Resident: Girardi, Thomas (200531)

- ☐ **Intervention:** Requires turn down and tuck in services at night.

6. Pet Care
  - ◉ a. Does not have a pet or does not require assistance with pet care.
  - ○ b. Requires assistance with pet care 1x/day.
  - ○ c. Requires assistance with pet care 2x/day.
  - ○ d. Requires assistance with pet care 3x/day.
  - ○ e. Requires assistance with pet care 4x/day.

SP6. Service Plan: Pet Care
  - ☑ **Focus:** Pet Care
  - ☑ **Goal:** Will maintain independence in pet care.
  - ☑ **Intervention:** Does not have a pet or does not require assistance with pet care.
  - ☐ **Goal:** Will be able to meet pet care needs with assistance.
  - ☐ **Intervention:** Requires assistance with pet care 1x/day.
  - ☐ **Intervention:** Requires assistance with pet care 2x/day.
  - ☐ **Intervention:** Requires assistance with pet care 3x/day.
  - ☐ **Intervention:** Requires assistance with pet care 4x/day.

7. Transportation
  - ◉ a. Does not need assistance with scheduling appointments/transportation or family makes all arrangements.
  - ○ b. Requires staff to call and schedule appointments/transportation. Staff does not accompany.

SP7. Service Plan: Transportation
  - ☑ **Focus:** Transportation
  - ☑ **Goal:** Will maintain independence in transportation.
  - ☑ **Intervention:** Does not need assistance with scheduling appointments/transportation or family makes all arrangements.
  - ☐ **Goal:** Will be able to meet transportation needs with assistance.
  - ☐ **Intervention:** Requires staff to call and schedule appointments/transportation. Staff does not accompany.

8. Insurance Claim Forms
  - ◉ a. Resident does not require assistance with completion of insurance claim forms.
  - ○ b. Resident requires assistance with completion of insurance claim forms.

SP8. Service Plan: Insurance Claim Forms
  - ☑ **Focus:** Insurance Claim Forms
  - ☑ **Goal:** Will maintain current status.
  - ☑ **Intervention:** Resident does not require assistance with completion of insurance claim forms.
  - ☐ **Intervention:** Resident requires assistance with completion of insurance claim forms.

9. Smoking
  - ◉ a. Resident does not smoke.
  - ○ b. Resident requires staff observation and assistance for smoking.

SP9. Service Plan: Smoking
  - ☑ **Focus:** Smoking
  - ☑ **Goal:** Resident is not a smoker.
  - ☑ **Intervention:** Resident does not smoke.
  - ☐ **Goal:** Will be able to meet smoking needs with assistance.
  - ☐ **Intervention:** Resident requires staff observation and assistance for smoking.

10. Notes:

C. **Special Medical Needs**

\* Need is excluded from care fee calculation \*\* Some tasks are excluded from the calculation

1. Oxygen

| *MC Assessment & Service Plan - Oakmont Management Group - V 2 |
|---|
| Resident: Girardi, Thomas (200531) |

- ◉ a. Resident does not have oxygen.
- ○ b. Resident has oxygen, but can completely manage own needs.
- ○ c. Resident uses oxygen and requires staff monitoring and assistance of an appropriately skilled professional.

SP1. Service Plan: Oxygen
- ☑ **Focus:** Oxygen
- ☑ **Goal:** Maintains current health status.
- ☑ **Intervention:** Resident does not have oxygen.
- ☐ **Intervention:** Resident has oxygen, but can completely manage own needs.
- ☐ **Intervention:** Resident uses oxygen and requires staff monitoring and assistance of an appropriately skilled professional.

2. Breathing Treatments
- ◉ a. Resident does not require breathing treatments.
- ○ b. Resident requires staff observation and assistance 1 to 2 times per day.
- ○ c. Resident requires staff observation and assistance 3 to 4 times per day.

SP2. Service Plan: Breathing Treatments
- ☑ **Focus:** Breathing Treatments
- ☑ **Goal:** Maintains current health status.
- ☑ **Intervention:** Resident does not require breathing treatments.
- ☐ **Intervention:** Resident requires staff observation and assistance 1 to 2 times per day.
- ☐ **Intervention:** Resident requires staff observation and assistance 3 to 4 times per day.

3. Skin Care
- ◉ a. Resident has no skin breakdown.
- ○ b. Resident has fragile skin and needs occasional skin checks.
- ○ c. Resident has fragile skin and needs skin checks up to 3x/day.
- ○ d. Requires regular assistance from a licensed nurse with managing skin care needs.

SP3. Service Plan: Skin Care
- ☑ **Focus:** Skin Care
- ☑ **Goal:** Maintains current health status.
- ☑ **Intervention:** Resident has no skin breakdown
- ☐ **Intervention:** Resident has fragile skin and needs occasional skin checks.
- ☐ **Intervention:** Resident has fragile skin and needs skin checks up to 3x/day.
- ☐ **Intervention:** Requires regular assistance from a licensed nurse with managing skin care needs.

4. Healing Wounds/Bedsores
- ◉ a. Resident has no healing wounds or pressure injuries.
- ○ b. Requires staff monitoring and assistance with care of healing wound/pressure injuries from licensed nurse.

SP4. Service Plan: Healing Wounds/Bedsores
- ☑ **Focus:** Healing Wounds/Bedsores
- ☑ **Goal:** Maintains current health status.
- ☑ **Intervention:** Resident has no healing wounds or pressure injuries.
- ☐ **Intervention:** Requires staff monitoring and assistance with care of healing wound/pressure injuries from licensed nurse.

5. Indwelling Urinary Catheter
- ◉ a. Resident does not have indwelling catheter.
- ○ b. Resident has indwelling catheter and needs staff monitoring and assistance from a licensed nurse.

SP5. Service Plan: Indwelling Urinary Catheter
- ☑ **Focus:** Indwelling Urinary Catheter
- ☑ **Goal:** Maintains current health status.
- ☑ **Intervention:** Resident does not have indwelling catheter.
- ☐ **Intervention:** Resident has indwelling catheter and needs staff monitoring and assistance from a licensed nurse.

| *MC Assessment & Service Plan - Oakmont Management Group - V 2 |
|---|
| **Resident:** Girardi, Thomas (200531) |

6. Injections (Non-Insulin)
    - ◉ a. Resident does not require injections.
    - ○ b. Resident requires monthly injections by a licensed nurse.
    - ○ c. Resident requires injections by a licensed nurse 1x/week.
    - ○ d. Resident requires injections by a licensed nurse 1x/day.

SP6. Service Plan: Injections (Non-Insulin)
    - ☑ **Focus:** Injections (Non-Insulin)
    - ☑ **Goal:** Maintains current health status.
    - ☑ **Intervention:** Resident does not require injections.
    - ☐ **Intervention:** Resident requires monthly injections by a licensed nurse.
    - ☐ **Intervention:** Resident requires injections by a licensed nurse 1x/week.
    - ☐ **Intervention:** Resident requires injections by a licensed nurse 1x/day.

7. Colostomy/Ileostomy
    - ◉ a. Resident does not have a colostomy or ileostomy.
    - ○ b. Requires staff monitoring and assistance with ostomy bag. (1x/day)
    - ○ c. Requires staff monitoring and assistance with ostomy bag (2x/day).
    - ○ d. Requires staff monitoring and assistance with ostomy bag (3x/day).
    - ○ e. Requires staff monitoring and assistance with ostomy bag (4x/day).

SP7. Service Plan: Colostomy/Ileostomy
    - ☑ **Focus:** Colostomy/Ileostomy
    - ☑ **Goal:** Maintains current health status.
    - ☑ **Intervention:** Resident does not have a colostomy or ileostomy.
    - ☐ **Intervention:** Requires staff monitoring and assistance with ostomy bag. (1x/day)
    - ☐ **Intervention:** Requires staff monitoring and assistance with ostomy bag (2x/day).
    - ☐ **Intervention:** Requires staff monitoring and assistance with ostomy bag (3x/day).
    - ☐ **Intervention:** Requires staff monitoring and assistance with ostomy bag (4x/day).

8. Status Checks
    - ◉ a. Resident does not require status checks.
    - ○ b. Requires status checks each shift due to recent hospitalization, illness, medication change, etc.
    - ○ c. Requires status checks twice each shift due to recent hospitalization, illness, medication change, etc.
    - ○ d. Requires status checks 3-4x each shift due to recent hospitalization, illness, medication change, etc.
    - ○ e. Requires status checks 7-8x each shift due to recent hospitalization, illness, medication change, etc.

SP8. Service Plan: Status Checks
    - ☑ **Focus:** Status Checks
    - ☑ **Goal:** Maintains current health status.
    - ☑ **Intervention:** Resident does not require status checks.
    - ☐ **Intervention:** Requires status checks each shift due to recent hospitalization, illness, medication change, etc.
    - ☐ **Intervention:** Requires status checks twice each shift due to recent hospitalization, illness, medication change,
    - ☐ **Intervention:** Requires status checks 3-4x each shift due to recent hospitalization, illness, medication change, etc.
    - ☐ **Intervention:** Requires status checks 7-8x each shift due to recent hospitalization, illness, medication change, etc.

9. Outside Providers, non-hospice
    - ◉ a. Resident does not require services from an outside provider.
    - ○ b. Requires services from an outside provider with minimal staff assistance and coordination of care by Community nurse.
    - ○ c. Requires services from an outside provider. Requires staff monitoring and frequent coordination of care by the Community nurse.

SP9. Service Plan: Outside Providers, non-hospice
    - ☑ **Focus:** Outside Providers, non-hospice

| *MC Assessment & Service Plan - Oakmont Management Group - V 2 |
|---|
| **Resident:** Girardi, Thomas (200531) |

- ☑ **Goal:** Maintains current health status.
- ☑ **Intervention:** Resident does not require services from an outside provider.
- ☐ **Intervention:** Requires services from an outside provider with minimal staff assistance and coordination of care by Community nurse.
- ☐ **Intervention:** Requires services from an outside provider. Requires staff monitoring and frequent coordination of care by the Community nurse.

10. Lab Work/Specimen Collection
    - ● a. Resident does not require lab work and/or specimen collection to be completed.
    - ○ b. Requires occasional lab work/specimen collections via specimen cup.
    - ○ c. Requires weekly lab work/specimen collection via specimen cup.

SP10. Service Plan: Lab Work/Specimen Collection
   - ☑ **Focus:** Lab Work/Specimen Collection
   - ☑ **Goal:** Maintains current health status.
   - ☑ **Intervention:** Resident does not require lab work and/or specimen collection to be completed.
   - ☐ **Intervention:** Requires occasional lab work/specimen collections via specimen cup.
   - ☐ **Intervention:** Requires weekly lab work/specimen collection via specimen cup.

11. Vital Signs
    - ○ a. Resident does not require vital signs to be monitored.
    - ● b. Requires vital signs to be checked by licensed nurse 1x/month.
    - ○ c. Requires vital signs to be checked by licensed nurse 1x/week.
    - ○ d. Requires vital signs to be checked by licensed nurse 1x/day.

SP11. Service Plan: Vital Signs
   - ☑ **Focus:** Vital Signs
   - ☑ **Goal:** Maintains current health status.
   - ☐ **Intervention:** Resident does not require vital signs to be monitored.
   - ☑ **Intervention:** Requires vital signs to be checked by licensed nurse 1x/month.
   - ☐ **Intervention:** Requires vital signs to be checked by licensed nurse 1x/week.
   - ☐ **Intervention:** Requires vital signs to be checked by licensed nurse 1x/day.

12. Hospice
    - ● a. Resident does not require hospice services.
    - ○ b. Resident requires services from hospice staff. Coordination of care provided by Community nurse.

SP12. Service Plan: Hospice
   - ☑ **Focus:** Hospice
   - ☑ **Goal:** Maintains current health status.
   - ☑ **Intervention:** Resident does not require hospice services.
   - ☐ **Intervention:** Resident requires services from hospice staff. Coordination of care provided by Community nurse.

13. Diabetic Glucose Monitoring
    - ● a. Does not have Diabetes.
    - ○ b. Self manages glucose monitoring or does not require glucose monitoring.
    - ○ c. Resident self-manages glucose monitoring, but requires reminders, assistance storing supplies, and/or delivery of supplies 1-2x/week.
    - ○ d. Resident self-manages glucose monitoring, but requires reminders, assistance storing supplies, and/or delivery of supplies 3-5x/week.
    - ○ e. Resident self-manages glucose monitoring, but requires reminders, assistance storing supplies, and/or delivery of supplies 1x/day.
    - ○ f. Requires fingerstick, glucometer reading, and recording in MAR by a licensed nurse 1-2x/week.
    - ○ g. Resident self-manages glucose monitoring, but requires reminders, assistance storing supplies, and/or delivery of supplies 2x/day.
    - ○ h. Requires fingerstick, glucometer reading, and recording in MAR by a licensed nurse 3-5x/week.
    - ○ i. Resident self-manages glucose monitoring, but requires reminders, assistance storing supplies, and/or delivery of

| *MC Assessment & Service Plan - Oakmont Management Group - V 2 |
|---|
| Resident: Girardi, Thomas (200531) |

- ○ supplies 3x/day.
- ○ j. Requires fingerstick, glucometer reading, and recording in MAR by a licensed nurse 1x/day.
- ○ k. Resident self-manages glucose monitoring, but requires reminders, assistance storing supplies, and/or delivery of supplies 4x/day.
- ○ l. Requires fingerstick, glucometer reading, and recording in MAR by a licensed nurse 2x/day.
- ○ m. Requires fingerstick, glucometer reading, and recording in MAR by a licensed nurse 3x/day.
- ○ n. Requires fingerstick, glucometer reading, and recording in MAR by a licensed nurse 4x/day.

SP13. Service Plan: Diabetic Glucose Monitoring

- ☑ **Focus:** Diabetic Glucose Monitoring
- ☑ **Goal:** Maintains current health status.
- ☑ **Intervention:** Does not have Diabetes.
- ☐ **Intervention:** Self manages glucose monitoring or does not require glucose monitoring.
- ☐ **Intervention:** Resident self-manages glucose monitoring, but requires reminders, assistance storing supplies, and/or delivery of supplies 1-2x/week.
- ☐ **Intervention:** Resident self-manages glucose monitoring, but requires reminders, assistance storing supplies, and/or delivery of supplies 3-5x/week.
- ☐ **Intervention:** Resident self-manages glucose monitoring, but requires reminders, assistance storing supplies, and/or delivery of supplies 1x/day.
- ☐ **Intervention:** Requires fingerstick, glucometer reading, and recording in MAR by a licensed nurse 1-2x/week.
- ☐ **Intervention:** Resident self-manages glucose monitoring, but requires reminders, assistance storing supplies, and/or delivery of supplies 2x/day.
- ☐ **Intervention:** Requires fingerstick, glucometer reading, and recording in MAR by a licensed nurse 3-5x/week
- ☐ **Intervention:** Resident self-manages glucose monitoring, but requires reminders, assistance storing supplies, and/or delivery of supplies 3x/day.
- ☐ **Intervention:** Requires fingerstick, glucometer reading, and recording in MAR by a licensed nurse 1x/day
- ☐ **Intervention:** Resident self-manages glucose monitoring, but requires reminders, assistance storing supplies, and/or delivery of supplies 4x/day.
- ☐ **Intervention:** Requires fingerstick, glucometer reading, and recording in MAR by a licensed nurse 2x/day.
- ☐ **Intervention:** Requires fingerstick, glucometer reading, and recording in MAR by a licensed nurse 3x/day.
- ☐ **Intervention:** Requires fingerstick, glucometer reading, and recording in MAR by a licensed nurse 4x/day.

14. Diabetic Insulin Injections

- ● a. Does not require insulin injections.
- ○ b. Self-manages insulin injections.
- ○ c. Resident self-administers insulin injections, but requires reminders, assistance storing supplies, and/or delivery of supplies 1-2x/week.
- ○ d. Resident self-administers insulin injections, but requires reminders, assistance storing supplies, and/or delivery of supplies 3-5 x/week.
- ○ e. Resident self-administers insulin injections, but requires reminders, assistance storing supplies, and/or delivery of supplies 1x/day.
- ○ f. Resident self-administers insulin injections, but requires reminders, assistance storing supplies, and/or delivery of supplies 2x/day.
- ○ g. Resident self-administers insulin injections, but requires reminders, assistance storing supplies, and/or delivery of supplies 3x/day.
- ○ h. Requires licensed nurse to pre-draw insulin, select injection site and/or to administer injection 1x/day.
- ○ i. Resident self-administers insulin injections, but requires reminders, assistance storing supplies, and/or delivery of supplies 4x/day.
- ○ j. Requires licensed nurse to pre-draw insulin, select injection site and/or to administer injection 2x/day.
- ○ k. Requires licensed nurse to pre-draw insulin, select injection site and/or to administer injection 3x/day.
- ○ l. Resident is on sliding scale insulin regimen and requires licensed nurse to determine insulin dose and administer injections 3x/day.
- ○ m. Resident is on sliding scale insulin regimen and requires licensed nurse to determine insulin dose and administer injections 4x/day.

SP14. Service Plan: Diabetic Insulin Injections

| *MC Assessment & Service Plan - Oakmont Management Group - V 2 |
|---|
| Resident: Girardi, Thomas (200531) |

- ☑ **Focus:** Diabetic Insulin Injections
- ☑ **Goal:** Maintains current health status.
- ☑ **Intervention:** Does not require insulin injections.
- ☐ **Intervention:** Self-manages insulin injections.
- ☐ **Intervention:** Resident self-administers insulin injections, but requires reminders, assistance storing supplies, and/or delivery of supplies 1-2x/week.
- ☐ **Intervention:** Resident self-administers insulin injections, but requires reminders, assistance storing supplies, and/or delivery of supplies 3-5 x/week.
- ☐ **Intervention:** Resident self-administers insulin injections, but requires reminders, assistance storing supplies, and/or delivery of supplies 1x/day.
- ☐ **Intervention:** Resident self-administers insulin injections, but requires reminders, assistance storing supplies, and/or delivery of supplies 2x/day.
- ☐ **Intervention:** Resident self-administers insulin injections, but requires reminders, assistance storing supplies, and/or delivery of supplies 3x/day.
- ☐ **Intervention:** Requires licensed nurse to pre-draw insulin, select injection site and/or to administer injection 1x/day.
- ☐ **Intervention:** Resident self-administers insulin injections, but requires reminders, assistance storing supplies, and/or delivery of supplies 4x/day.
- ☐ **Intervention:** Requires licensed nurse to pre-draw insulin, select injection site and/or to administer injection 2x/day.
- ☐ **Intervention:** Requires licensed nurse to pre-draw insulin, select injection site and/or to administer injection 3x/day
- ☐ **Intervention:** Resident is on sliding scale insulin regimen and requires licensed nurse to determine insulin dose and administer injections 3x/day.
- ☐ **Intervention:** Resident is on sliding scale insulin regimen and requires licensed nurse to determine insulin dose and administer injections 4x/day.

15. Weight Loss/Gain
    - ◌ a. Resident has no weight monitoring needs.
    - ◌ b. Resident requires monitoring of weight gain or loss.

SP15. Service Plan: Weight Loss/Gain
   - ☐ **Focus:** Weight Loss/Gain
   - ☐ **Goal:** Maintains current health status.
   - ☐ **Intervention:** Resident has no weight monitoring needs.
   - ☐ **Intervention:** Resident requires monitoring of weight gain or loss.

16. Notes:

D. **Cognitive Capabilities**

   * Need is excluded from care fee calculation ** Some tasks are excluded from the calculation

   1. Time/Place Orientation
      - ◌ a. * Generally oriented to person, time and place.
      - ◌ b. * Oriented but occasionally forgetful. Some confusion, difficulty in remembering simple details, may need prompting and orienting.
      - ● c. * Obvious impairment of memory, some disorientation and may display anxiety or irritability with memory difficulties. Able to maintain facade of being oriented but memory deficits are seen over time. Requires supervision and prompting.
      - ◌ d. * Severe impairment, no knowledge of recent events, Demonstrates poor judgement and is potentially disruptive and dangerous to self and/or others.

   SP1. Service Plan: Time/Place Orientation
      - ☑ **Focus:** Time/Place Orientation
      - ☑ **Goal:** Maintains current health status.
      - ☐ **Intervention:** Generally oriented to person, time and place.

| *MC Assessment & Service Plan - Oakmont Management Group - V 2 |
|---|
| Resident: Girardi, Thomas (200531) |

- ☐ **Intervention:** Oriented but occasionally forgetful. Some confusion, difficulty in remembering simple details, may need prompting and orienting.
- ☑ **Intervention:** Obvious impairment of memory, some disorientation and may display anxiety or irritability with memory difficulties. Able to maintain facade of being oriented but memory deficits are seen over time. Requires supervision and prompting.
- ☐ **Intervention:** Severe impairment, no knowledge of recent events, Demonstrates poor judgement and is potentially disruptive and dangerous to self and/or others.

2. Notes:

### E. Behaviors

\* Need is excluded from care fee calculation \*\* Some tasks are excluded from the calculation

1. Restless
   - ◉ a. Resident does not have behavior.
   - ○ b. Resident is frequently restless, and/or has repetitive behaviors, verbalizations but minimal staff time is needed.
   - ○ c. Resident is constantly restless and/or has repetitive behaviors, verbalizations and staff time is needed for intervention.

SP1. Service Plan: Restless
   - ☑ **Focus:** Restless
   - ☑ **Goal:** Will improve or maintain behaviors.
   - ☑ **Intervention:** Resident does not have behavior.
   - ☐ **Intervention:** Resident is frequently restless, and/or has repetitive behaviors, verbalizations but minimal staff time is needed.
   - ☐ **Intervention:** Resident is constantly restless and/or has repetitive behaviors, verbalizations and staff time is needed for intervention.

2. Mood and Socialization
   - ○ a. Resident does not have behavior.
   - ◉ b. Resident prefers to be alone choosing not to socialize during meals and returning to apartment during activities. Minimal staff time is required to change this pattern.
   - ○ c. Resident is sad and withdrawn, tearful and/or anxious, worried and/or makes hopeless or despondent comments.

SP2. Service Plan: Mood and Socialization
   - ☑ **Focus:** Mood and Socialization
   - ☑ **Goal:** Will improve or maintain behaviors.
   - ☐ **Intervention:** Resident does not have behavior.
   - ☑ **Intervention:** Resident prefers to be alone choosing not to socialize during meals and returning to apartment during activities. Minimal staff time is required to change this pattern.
   - ☐ **Intervention:** Resident is sad and withdrawn, tearful and/or anxious, worried and/or makes hopeless or despondent comments.

3. Eating and Grabbing Inappropriate Items
   - ◉ a. Resident does not have behavior.
   - ○ b. Resident grabs or eats others' food and/or attempts to eat non edible items.

SP3. Service Plan: Eating and Grabbing Inappropriate Items
   - ☑ **Focus:** Eating and Grabbing Inappropriate Items
   - ☑ **Goal:** Will improve or maintain behaviors.
   - ☑ **Intervention:** Resident does not have behavior.
   - ☐ **Intervention:** Resident grabs or eats others' food and/or attempts to eat non edible items.

4. Refusing ADL Care
   - ○ a. Resident does not have behavior.
   - ◉ b. Resident expresses frustration or reluctance when receiving assistance with ADLs but generally cooperates, minimal staff time is needed.
   - ○ c. Resident reacts aggressively to being touched and/or resists ADL assistance.

| *MC Assessment & Service Plan - Oakmont Management Group - V 2 |
|---|
| Resident: Girardi, Thomas (200531) |

- SP4. Service Plan: Refusing ADL Care
  - ☑ **Focus:** Refusing ADL Care
  - ☑ **Goal:** Will improve or maintain behaviors.
  - ☐ **Intervention:** Resident does not have behavior.
  - ☑ **Intervention:** Resident expresses frustration or reluctance when receiving assistance with ADLs but generally cooperates, minimal staff time is needed.
  - ☐ **Intervention:** Resident reacts aggressively to being touched and/or resists ADL assistance.
- 5. Sexual Behavior
  - ◉ a. Resident does not have behavior.
  - ○ b. Resident makes verbal sexual remarks but minimal staff time is needed.
  - ○ c. Resident engages in unwanted touching of others and/or inappropriate sexual behavior, disrobing in inappropriate places.
- SP5. Service Plan: Sexual Behavior
  - ☑ **Focus:** Sexual Behavior
  - ☑ **Goal:** Will improve or maintain behaviors.
  - ☑ **Intervention:** Resident does not have behavior.
  - ☐ **Intervention:** Resident makes verbal sexual remarks but minimal staff time is needed.
  - ☐ **Intervention:** Resident engages in unwanted touching of others and/or inappropriate sexual behavior, disrobing in inappropriate places.
- 6. Verbally Disruptive
  - ◉ a. Resident does not have behavior.
  - ○ b. Resident occasionally yells out when frustrated but no additional staff time is required.
  - ○ c. Resident is verbally disruptive; yelling, foul language, abusive comments towards others.
- SP6. Service Plan: Verbally Disruptive
  - ☑ **Focus:** Verbally Disruptive
  - ☑ **Goal:** Will improve or maintain behaviors.
  - ☑ **Intervention:** Resident does not have behavior.
  - ☐ **Intervention:** Resident occasionally yells out when frustrated but no additional staff time is required.
  - ☐ **Intervention:** Resident is verbally disruptive; yelling, foul language, abusive comments towards others.
- 7. Suspicious and Accusatory
  - ◉ a. Resident does not have behavior.
  - ○ b. Resident states distrust in others but no additional staff time is required.
  - ○ c. Resident is suspicious or accusatory towards others, repeatedly expresses distrust and refuses assistance due to concerns and fears.
- SP7. Service Plan: Suspicious and Accusatory
  - ☑ **Focus:** Suspicious and Accusatory
  - ☑ **Goal:** Will improve or maintain behaviors.
  - ☑ **Intervention:** Resident does not have behavior.
  - ☐ **Intervention:** Resident states distrust in others but no additional staff time is required.
  - ☐ **Intervention:** Resident is suspicious or accusatory towards others, repeatedly expresses distrust and refuses assistance due to concerns and fears.
- 8. Delusions and Hallucinations
  - ◉ a. Resident does not have behavior.
  - ○ b. Resident experiences pleasant or non-threatening hallucinations or delusions that do not require staff intervention.
  - ○ c. Resident experiences delusions (holding fixed, false beliefs) or hallucinations (sensing things that don't exist).
- SP8. Service Plan: Delusions and Hallucinations
  - ☑ **Focus:** Delusions and Hallucinations
  - ☑ **Goal:** Will improve or maintain behaviors.
  - ☑ **Intervention:** Resident does not have behavior.
  - ☐ **Intervention:** Resident experiences pleasant or non-threatening hallucinations or delusions that do not require

| *MC Assessment & Service Plan - Oakmont Management Group - V 2 |
|---|
| Resident: Girardi, Thomas (200531) |

staff intervention.

- ☐ **Intervention:** Resident experiences delusions (holding fixed, false beliefs) or hallucinations (sensing things that do not exist.)

9. Destructive
    - ⦿ a. Resident does not have behavior.
    - ○ b. Resident gently moves items throughout the common areas such as furniture and skill station objects. But no additional staff time is needed to intervene.
    - ○ c. Resident destroys community property or personal belongings.

SP9. Service Plan: Destructive
- ☑ **Focus:** Destructive
- ☑ **Goal:** Will improve or maintain behaviors.
- ☑ **Intervention:** Resident does not have behavior.
- ☐ **Intervention:** Resident gently moves items throughout the common areas such as furniture and skill station objects. But no additional staff time is needed to intervene.
- ☐ **Intervention:** Resident destroys community property or personal belongings.

10. Disturbed Sleep
    - ⦿ a. Resident does not have behavior.
    - ○ b. Resident wakes up on some nights but is easily redirected back to bed after ADL needs are met therefore no additional staff time is needed.
    - ○ c. Resident is awake and out of bed most of the night. Difficulty or resistance to stay awake and active during the day.

SP10. Service Plan: Disturbed Sleep
- ☑ **Focus:** Disturbed Sleep
- ☑ **Goal:** Will improve or maintain behaviors.
- ☑ **Intervention:** Resident does not have behavior.
- ☐ **Intervention:** Resident wakes up on some nights but is easily redirected back to bed after ADL needs are met therefore no additional staff time is needed.
- ☐ **Intervention:** Resident is awake and out of bed most of the night. Difficulty or resistance to stay awake and active during the day.

11. Combative
    - ⦿ a. Resident does not have behavior.
    - ○ b. Resident has combative episodes (hitting, biting, scratching, throwing things).

SP11. Service Plan: Combative
- ☑ **Focus:** Combative
- ☑ **Goal:** Will improve or maintain behaviors.
- ☑ **Intervention:** Resident does not have behavior.
- ☐ **Intervention:** Resident has combative episodes (hitting, biting, scratching, throwing things).

12. Inappropriate Toileting
    - ⦿ a. Resident does not have behavior.
    - ○ b. Resident smears/throws feces and/or toilets in inappropriate places.

SP12. Service Plan: Inappropriate Toileting
- ☑ **Focus:** Inappropriate Toileting
- ☑ **Goal:** Will improve or maintain behaviors.
- ☑ **Intervention:** Resident does not have behavior.
- ☐ **Intervention:** Resident smears/throws feces and/or toilets in inappropriate places.

13. Wandering
    - ⦿ a. Resident does not have behavior.
    - ○ b. Resident wanders only within the common areas of the secured community therefore no additional staff time is needed.
    - ○ c. Resident wanders into apartments agitating other residents.

SP13. Service Plan: Wandering
- ☑ **Focus:** Wandering

| *MC Assessment & Service Plan - Oakmont Management Group - V 2 |
|---|
| Resident: Girardi, Thomas (200531) |

- ☑ **Goal:** Will improve or maintain behaviors.
- ☑ **Intervention:** Resident does not have behavior.
- ☐ **Intervention:** Resident wanders only within the common areas of the secured community therefore no additional staff time is needed.
- ☐ **Intervention:** Resident wanders into apartments agitating other residents.

14. Exit Seeking
    - ● a. Resident does not have behavior.
    - ○ b. Resident verbalizes desire to leave, may seek out exit doors throughout the day; will peer through door windows or loiter near exit but does not attempt to leave secured area, requiring no additional staff time.
    - ○ c. Resident expresses that he/she wants to leave, seeks out exits and/or leaves though delayed egress doors or windows.

SP14. Service Plan: Exit Seeking
- ☑ **Focus:** Exit Seeking
- ☑ **Goal:** Will improve or maintain behaviors.
- ☑ **Intervention:** Resident does not have behavior.
- ☐ **Intervention:** Resident verbalizes desire to leave, may seek out exit doors throughout the day; will peer through door windows or loiter near exit but does not attempt to leave secured area, requiring no additional staff time.
- ☐ **Intervention:** Resident expresses that he/she wants to leave, seeks out exits and/or leaves though delayed egress doors or windows.

15. Notes:

**SIG.**

1. Resident Signature & Date:
2. Responsible Party Signature & Date:

| Signed By | Signed Date |
|---|---|
| Fernandez, Maureen Camille, RN [e-SIGNED] | 08/16/2023 |