E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
ALI MOGHADDAS (Cal. Bar No. 305654)
Assistant United States Attorney
Corporate & Securities Fraud Strike Force
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6527/1786
     Facsimile: (213) 894-6269
     E-mail:    scott.paetty/ali.moghaddas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,　　Plaintiff,　　　　v.　THOMAS VINCENT GIRARDI,　　Defendant. | No. CR 23-47-JLS-1　GOVERNMENT'S STATUS REPORT RE: DEFENDANT THOMAS VINCENT GIRARDI |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Scott Paetty and Ali Moghaddas, hereby files its status report regarding defendant THOMAS VINCENT GIRARDI pursuant to the Court's Order setting a status conference for January 10, 2024. (Dkt. 149.)

//

## I. CHARGES AND PROCEDURAL HISTORY

Defendant Girardi and co-defendant Christopher Kamon are charged with five counts of wire fraud, in violation of 18 U.S.C. § 1343, related to the misappropriation of client funds from trust accounts at the former law firm, Girardi Keese.  (See Dkt. 1.)  Defendant Girardi made his initial appearance and was arraigned on February 6, 2023.  (Dkt. 34.)  Soon thereafter, defendant filed an ex parte application for a competency evaluation.  (Dkt. 43.)  On January 5, 2024, following extensive briefing and a three-day competency hearing, the Court found defendant presently competent to stand trial.  (Dkt. 150.)

The Court previously set a trial date for defendant Kamon on March 12, 2024.  (Dkt. 138.)  A trial date has not been set for defendant Girardi.

## II. STATUS OF DISCOVERY

The government has already produced substantially all of the discovery in this matter.[1]  The first tranche was produced in February 2023, followed by a second production in April 2023, and two final competency-related productions in August 2023.  The government's first production from February 2023 is approximately 5,000 pages and includes witness interview reports, defendant's correspondence and voicemails with victims and co-conspirators, and other count-specific documents.  The bulk of the remaining discovery, which the defense has had since at least April 2023, consists of, among other things, voluminous third party subpoena productions from the State Bar, bankruptcy trustee, and nearly a dozen banks, many of

---

[1] A small number of remaining interview reports will be produced before the scheduled status conference.

which relate to Girardi Keese business in general rather than the specific victims alleged in the indictment.

With these productions, the government has already produced substantially all discovery under Rule 16 of Federal Rules of Criminal Procedure that is within its possession, custody, and control. While the government will continue to meet its discovery obligations in advance of trial, it does not anticipate further voluminous productions in this matter. The government is not aware of any discovery disputes at this time.

### III. THE COURT SHOULD ORDER A MARCH 2024 TRIAL DATE, OR A DATE SOON THEREAFTER IN APRIL 2024

The government respectfully requests the Court set a trial date for defendant Girardi on March 12, 2024, which is defendant Kamon's current trial date, or a date soon thereafter in April 2024. No further delay is warranted in this matter that has already been prolonged due to the competency proceedings which were initiated at defendant Girardi's request. Defendant Girardi will have possessed all discovery in this matter for nearly a year by then and, as outlined below, the government anticipates that its case-in-chief will take approximately four to five days.

At its core, this was a straightforward fraud scheme: defendant and his law firm settled cases for clients and upon receipt of the settlement funds he misappropriated the money. The indictment alleges five executions of this scheme and the government's trial evidence will focus on these specific executions. The Court has already heard and seen examples of the government's evidence in connection with the competency proceedings. For example, the government will introduce defendant's "lulling" letters that he sent

3

to his victims and voicemails that he left them long after their money had already been misappropriated.

The defense is already familiar with the indictment and the evidence regarding the victims alleged therein, see Dkt. 106 at 27 (discussing the extent of counsel's review of the allegations in the indictment along with the relevant discovery with defendant Girardi).[2] In order to facilitate the defense's ability to prepare for the requested trial date, the government is willing to provide defendant Girardi with its witness and exhibit lists well in advance of trial. The government will also provide its summary charts, to the extent it uses them, in advance of trial.

While the government believes a trial date in March or April 2024 is reasonable, especially in light of the foregoing concessions, defendant's proposed trial date in February 2025 is untenable. The government opposes such a lengthy delay and is concerned that any significant delay of trial will inevitably lead to renewed assertions of incompetence, potentially necessitating further litigation. Such a risk is particularly acute in a case like this where the defense has alleged that defendant suffers from an irreversible, progressive disorder. Accordingly, given the government's intent to present a narrow and streamlined trial, and in the interest of judicial economy and efficiency, the government proposes that the Court set trial for March 12, 2024, or a date soon thereafter in April 2024.

---

[2] On January 3, 2024, the parties met and conferred on defendant Girardi's trial date. On that call, the government inquired whether Mr. Harbaugh was leaving the Office of the Federal Public Defender, which he refused to answer, claiming only that a decision had not yet been made. Defendant's status report confirms Mr. Harbaugh's imminent departure and his intended replacements. (Dkt. 154 at 7.)

4

**IV. CONCLUSION**

For the foregoing reasons, the government respectfully requests the Court set a trial date for defendant Girardi in March or April 2024.

Dated: January 8, 2024                    Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


           /s/
SCOTT PAETTY
ALI MOGHADDAS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

5