# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00047-JLS-1 |
| Plaintiff, | **ORDER** |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

GOOD CAUSE having been showing, Thomas Girardi's Ex Parte Application for an Order Issuing Subpoena Duces Tecum shall be filed in camera.

DATED: February 11, 2024

_____
Hon. Josephine L. Staton
United States District Judge