# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00047-JLS-1 |
| Plaintiff, | **ORDER** |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the subpoena attached to Thomas Girardi's <u>Ex</u> <u>Parte</u> Application for an Order Issuing Subpoena Duces Tecum shall issue.  IT IS FURTHER ORDERED, under Federal Rule of Evidence 502(d), the production of documents under that subpoena shall not, by itself, constitute a waiver of attorney-client, work-product, or any other privilege.  IT IS FURTHER ORDERED that the documents received by Girardi's defense team under that subpoena shall be used only for purposes of defending this criminal case.  Should the parties have future disputes about compliance with the subpoena, the trustee's failure to file a "prompt" motion to quash the subpoena shall not preclude her from raising those disputes with the Court.

DATED:  February 12, 2024

_____
Hon. Josephine L. Staton
United States District Judge