UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES - GENERAL

| Case No. | LACR 23-00047-JLS | Date | February 23, 2024 |
|---|---|---|---|

Present: The Honorable **JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Interpreter: None

| Charles A. Rojas | Marea Woolrich | Scott Peatty, Ali Mogheddas |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1.) Thomas Vincent Girardi | Not Present | | | Charles Snyder, DFPD | | | |
| 2.) Christopher K. Kamon | | | | Sam Cross, DFPD | X | X | |

**PROCEEDINGS:** DISCOVERY CONFERENCE

The matter is called and counsel state their appearances. The Court and counsel confer.

The hearing was held, and the parties confirmed there are no current discovery disputes for resolution by the Court. Government counsel to prepare a general statement as to their position related to any Rule 17 subpoenas requested by the defense.

_____ : 28

Initials of Deputy Clerk  cr