# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS VINCENT GIRARDI,<br><br>Defendant. | Case No. 2:23-cr-00047-JLS-1<br><br>**ORDER DENYING IN PART *EX PARTE* APPLICATION TO SET BRIEFING SCHEDULE ON CHRISTOPHER KAMON'S MOTION TO EXCLUDE EVIDENCE OF OTHER ACTS** |

Before the Court is Defendant Thomas Girardi's *ex parte* application to continue the hearing and set a briefing schedule on Christopher Kamon's Motion to Preclude Other Acts Evidence (Docket No. 189).  The Court generally does not find good cause to delay any hearing on the Motion, but slightly modifies the briefing schedule as follows:

| | |
|---|---|
| Opposition | June 3, 2024 |
| Reply | June 10, 2024 |

DATED:  May 28, 2024

Hon. Josephine L. Staton
United States District Judge