**F I L E D**
CLERK, U.S. DISTRICT COURT

05/23/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____cr_____ DEPUTY

# NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>THOMAS VINCENT GIRARDI,<br><br>    Defendant. | No. CR 23-00047-JLS<br><br>ORDER SEALING DOCUMENT |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's _ex parte_ application for order sealing document is GRANTED.  Dr. Helena Chui's expert disclosure shall be filed under seal.  A version of the expert disclosure that redacts only that information that is sensitive medical information that has not otherwise been disclosed on the record shall be filed on the public docket within **10 days** of this Order.

May 23, 2024
DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE