CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHARLES J. SNYDER (Bar No. 287246)
Email: Charles_Snyder@fd.org
SAMUEL CROSS (Bar No. 304718)
Email: Sam_Cross@fd.org
J. ALEJANDRO BARRIENTOS (Bar. No. 346676)
Email: Alejandro_Barrientos@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
THOMAS VINCENT GIRARDI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS VINCENT GIRARDI, <br><br> Defendant. | Case No. 2:23-cr-00047-JLS-1 <br><br> **EX PARTE APPLICATION TO SEAL EXHIBITS 3, 4, AND 6 TO THOMAS GIRARDI'S OPPOSITION TO CHRISTOPHER KAMON'S MOTION TO EXCLUDE OTHER ACTS EVIDENCE** |

Thomas Girardi, through counsel, applies ex parte for an order sealing Exhibits 3, 4, and 6 to his Opposition to Christopher Kamon's Motion to Exclude Other Acts Evidence, which are designated CONFIDENTIAL under the protective order.  Girardi bases this application on the attached declaration, the files and records in this case, and any other information or argument that the Court may consider.

Respectfully submitted,
CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: June 3, 2024             By  /s/ Charles J. Snyder
                                CHARLES J. SNYDER
                                Attorney for Thomas Girardi

## DECLARATION OF CHARLES J. SNYDER

I, Charles J. Snyder, hereby declare as follows:

1.      I am a California-licensed DFPD appointed to represent Thomas Girardi in this matter.  I make this declaration based on personal knowledge and, if called as a witness, would attest to its contents under oath.

2.      As part of Thomas Girardi's Opposition to Christopher Kamon's Motion to Exclude Other Acts Evidence, I am seeking to file three exhibits designated CONFIDENTIAL under the Protective Order.  ¶ 6.p. of that Order requires me to seek sealing for these documents.

3.      On June 3, 2024, I emailed the government and counsel for Kamon and sought their respective positions on this ex parte application.  The government indicated that it did not oppose.  Kamon's counsel did not respond.


        I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed June 3, 2024 at Los Angeles, California.


                              */s/ Charles J. Snyder*
                              Charles J. Snyder

1