# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-47-JLS-1 |
| Plaintiff, | **ORDER** |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

GOOD CAUSE having been shown, Exhibits 3, 4, and 6 to Thomas Girardi's Opposition to Christopher Kamon's Motion to Exclude Other Acts Evidence shall be filed under seal.

DATED: June 5, 2024

_____
Hon. Josephine L. Staton
United States District Judge