E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
ALI MOGHADDAS (Cal. Bar No. 305654)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2400
     Facsimile: (213) 894-0141
     E-mail:    scott.paetty@usdoj.gov
                ali.moghaddas@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>THOMAS VINCENT GIRARDI,<br><br>            Defendant. | CR No. 23-00047-JLS<br><br>EXHIBIT 1 TO GOVERNMENT'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. HELENA CHUI PURSUANT TO FEDERAL RULES OF EVIDENCE 401, 402, 403, AND 702 (DKT. 188) |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Scott Paetty and Ali Moghaddas, hereby files Dr. Helena Chui's March 10, 2024 disclosure letter, originally sealed and attached to the government's motion to exclude expert testimony (Dkt. 188-1).

    Following the Court's order to file a version that redacts only that information that is sensitive medical information that has not otherwise been disclosed on the record (Dkt. 196), the parties have

met and conferred and agree that the entirety of this exhibit can be filed publicly.

Dated: June 7, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

        /s/
_____
SCOTT PAETTY
ALI MOGHADDAS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# EXHIBIT 1



HELENA CHANG CHUI, M.D.
McCarron Professor and Chair
Department of Neurology

March 10, 2024

J. Alejandro Barrientos, Esq.
Federal Public Defender
Central District of California
321 East 2nd Street
Los Angeles, CA 90012-4202

Re: US v. Thomas Girardi, 2:23-CR-00047-JLS-1

Dear Mr. Barrientos:

I was retained by Criag Harbaugh, Esq. on March 27, 2023, to assist in the above referenced matter. Since April 8, 2021, I have also been Mr. Girardi's treating neurologist. The four questions Mr. Harbaugh asked me to evaluate were: (1) the presence and etiology of Mr. Girardi's dementia; (2) the current severity of the dementia; (3) the progression of Mr. Girardi's dementia and (4) Mr. Girardi's prognosis.

In addition to my own clinic notes and copies of native neuroimaging studies, I have reviewed materials provided to me by the office of the Public Defender, entitled:   1) report of Nathan E. Lavid MD, 2) Report of Deborah E. Budding, PhD, 3) Native Brain Scans, 4) Native Brain Imaging, 5) Brain Scan Frechette, 6) Imaging Specialist, 7) SSA assessment, 8) Native X-rays, 9) Native Huntington Hill Scan, 10) Native Arcadia Imaging Scans, 11) Arcadia Imaging, 12) Belmont Village, 13) Eric S. Frechette M.D., Ph.D., 14) Huntington, 15) Huntington Hill, 16) Joseph J. Pachorek, M.D., FACP, 17) Sunrise, 18) UCLA, 19) USC Keck, 19) Frechette note, 20) Gary London MD, 21) WaveImaging Report; 22) WaveImaging Native Brain Scan, 23) test scores from Dr. Stacey Wood, and 24) Margarita Munoz.

Personal evaluations:

I personally saw Mr. Girardi on 3 occasions: 1) April 8, 2021, 2) November 12, 2021, and 3) April 13, 2023.  The first visit and second visits took place by telemedicine for reasons of patient safety during the COVID-19 pandemic. The third visit (4/13/2023) took place in person at Keck Hospital of USC after the pandemic had abated.

Patient was referred to me by his daughter Jennifer Crane for a second opinion to "help figure out was going on with my dad." She wrote "My dad's medical issues are now a major priority as his financial ruin is in the press and people want justice, and I don't blame them. It's just that he is absolutely clueless to what's going on." Mr. Girardi had been seen recently by neurologist, Eric Frechette, M.D., Ph.D., who initially made a diagnosis of Alzheimer disease, but raised the possibility of a type of frontal lobe dementia after obtaining neuroimaging studies (MRI and FDG PET scan). Jennifer said she hoped I could clarify the diagnosis of Alzheimer disease vs. a type of frontal dementia.

I also received an email dated March 30, 2021 from Kathleen Merikangas PhD (a childhood neighbor and friend of mine), saying that her husband (James Merikangas MD, a neurologist and psychiatrist) had been "contacted more than 5 years ago by Tom's brother Jack, who was in the Girardi law firm, to raise concern about Tom's mental decline; this has been apparent to many people around him for several years. My husband had spoken to Tom's internist a couple years afterwards because his conditions appeared to worsen after a head injury from a car accident." My friend suggested my name to Tom's family and Jennifer made an appointment to see me.

1

University of Southern California
1540 Alcazar Street, Suite 215, Los Angeles, CA 90089-0800 ● Tel: 323-442-7686 1054 ● 323-442-7689



<u>Visit #1</u> The first telemedicine visit took place on 4/8/2021 when the patient and daughter were at Mr. Girardi's home.  He was 81 years old, right-handed, and said "my short-term memory is apparently a little off, but it doesn't affect my work.  I continue to practice law.  I make good decisions.  There is nothing acute.  I am doing better than ever."  At that time, the history of present illness available to me was limited (Daughter Jennifer has been estranged from her father for 14 years and only started seeing him again the past 2 months.  His wife had filed for divorce and did not participate in any of the clinic visits).

Per daughter Jennifer, memory decline was noted at least 5 years ago after an MVA in 2017, in which he fractured his ankle and leg and injured his head.  In a letter written she wrote to me on 3/24/2021 (and which she requested I not share with him), she notes "All day long he sits at his kitchen table and calls old associates non-stop and tries to rally some business.  He tells me his house is paid off – it's not.  He tells me he goes to the office – he doesn't.  He tells me he talks to his secretary – he doesn't." On activities of daily living and behavioral questionnaires, his daughter indicates that he is no longer going to the office, doesn't drive, can make coffee, watches TV, does pushups and plays golf, needs some supervision in dressing and assistance in grooming.  He moves and speaks more slowly.  There are periods of increased suspiciousness and verbal outbursts of anger.

His primary care physician is Joseph Pachorek M.D.  Past medical history is notable for hypertension, gout, and glaucoma.  Current medications include ramipril 5 mg and eyedrops (combigan, travatan, dorzolamide). ROS of system revealed decreased vision in the left eye and fluctuating waist circumference (significant weight loss, which has improved as daughter has entered the picture).  Family history: his father died at age 93 with history of memory decline; a son has been diagnosed with frontal dementia. He has 3 adult children.  SH: He drinks wine daily, denies tobacco use. Education: He graduated from Loyola University and received his law degree from NYU.  Occupation: He founded his own legal firm (Girardi and Keese in 1965), which closed in 2020 and he is no longer practicing.

On mental status examination he scored 0/15 on the Geriatric Depression Scale (GDS) and 18/30 on the Montreal Cognitive Assessment (MOCA).  Notably, he recalled 0/5 words spontaneously, but did respond to cueing (6/15), he generated 15 words beginning with the letter S in 30 seconds, lost his place during serial 7's, and made 2 omissions in drawing a clock. Physical examination: decreased hearing, good arm swing but turns en bloc, and has trouble with tandem walking.  Independent review of outside neuroimaging recently ordered by Dr. Frechette: MRI scan 2/9/2021 showed moderate bilateral temporal, parietal and hippocampal atrophy, minimal white matter change, no infarcts or microbleeds.  Neuroquant: In my initial report, I noted that brain volumes fell below the 5th percentile for age in several brain regions: including the hippocampii, parahippocampii, fusiform, superior temporal gyrus, and paracentral gyri.  FDG PET scan done 3/9/2021 was difficult to read independently; the report noted symmetric hypometabolism within the anterior temporal lobes.

My initial impression was mild to moderate dementia, due to late onset Alzheimer disease with impairments in memory, executive function, and visual spatial function.  I was struck by his lack of insight (anosognosia).  When I reviewed impairments in short term memory on the MoCA and severe atrophy of the hippocampi (< 5th percentile) on MRI, this did not appear to alter Mr. Girardi's insistence that he is still practicing law and doing better than ever.  He was unable to see that impairment of memory could pose a liability to a legal practice.  I started Mr. Girardi on donepezil, requested outside records from Dr. Frechette and outside neuropsychological test results.    (Note: I did not receive the report by Dr. Budding until your office provided them to me in 2023)

<u>Visit #2</u> The second telemedicine visit took place on 11/12/2021 with the patient living at Belmont Village where he had been in assisted living for 4 months.  "He said he is working as a lawyer 12 hours a day, citing the Erin Brockovich case and 30 others of similar magnitude." History was obtained from a staff member, Alice, who says he has a private room, participates in activities and is doing OK.  He is independent in personal care. He keeps notes, writes a lot, is cooperative and sleeps fine.  His daughter visits.

On examination, he was alert and cooperative but had a hard time hearing (made worse by background zoom) and lacked insight.  He scored 23/30 on the Mini-Mental State Exam (MMSE) and 77/100 on the Modified Mini-Mental State Exam (3MS). Due to background noise and decreased hearing, I needed the staff member to repeat my questions to the patient and his answers to me.  My impression was mild dementia due to Alzheimer disease, doing well at Belmont Village, without staff report of behavioral disturbance.  Review of outside laboratory ordered by

University of Southern California
1540 Alcazar Street, Suite 215, Los Angeles, CA 90089-0800 ● Tel:  323-442-7686 1054 ● 323-442-7689



Dr. Frechette in 1/29/2021 show mild increase in creatinine 1.4, RA > 120, TSH was low, but T4 was OK.  I recommended continuing donepezil and ramipril.

<u>Visit #3</u>  The third visit took place in person at Keck Medicine of USC on 4/13/2023, without a collateral informant to report upon the interval history during the past 1.5 years.  Patient said he is still practicing law and is busier than ever (he has been disbarred).  He asked if I am familiar with the Erin Brockovich case, where he served as plaintiff's lawyer. Says he lives in Pasadena (he resided in an assisted living facility in Rancho Palos Verdes at the time of our last telemedicine visit in 11/2021).   Regarding recent geopolitical events in Ukraine he said: "done better, had better insights to ward off things, takeover by the Russians."

On mental status examination he was alert and cooperative.  He scored 0/15 on the GDS and 18/30 on the MoCA alternate version 7.2 (scores similar to those obtained 2 years previously).  He was disoriented to date and place.  He recalled 0/5 words spontaneous (2/15 on cued recall), was unable to find 3 hidden objects.  On a task of phonemic fluency, he gave 13 words beginning with the letter B (with 3 repeats); for category fluency he gave 12 fruits (with 1 non-fruit [carrot] and 1 repeat).   Neurological exam showed severe loss of visual acuity in the left eye, irregular and non-reactive left pupil, pronated position of outstretched right UE without drift, no evidence of rigidity, akinesia, or tremor, symmetric reflexes, absent Babinksi, flexed posture, decreased tandem, but no Romberg sign.

My impression was mild to moderate dementia, affecting short term verbal and visual memory, visual spatial and executive function, lack of insight, and confabulation.  Serial scores on MoCA over 2 years were mostly unchanged.  An outside informant is needed to obtain more details about activities of daily living and behavior.  I thought the pattern of atrophy on MRI and hypometabolism on FDG PET were more consistent with Alzheimer disease, although diagnosis of FTD has been raised in the past.  I recommend beta-amyloid and tau biomarkers, repeat MRI with volumetrics, and apoE genotyping.

- MRI scan with volumentrics was done on 4/17/2023 by Radnet, Los Coyotes, CA: showed progressive atrophy.
- Florbetaben amyloid PET scan was completed on 5/8/2023 at Keck Hospital of USC: Negative for fibrillary β-amyloid
- Apolipoprotein E genotype:  E3/E3

After noting this new information, namely progressive atrophy by MRI scan, negative amyloid PET scan (expected to be positive even in pre-symptomatic stages of AD), and the absence of ApoE 4 allele (a common risk factor for AD), as well extensive additional materials provided by your office, I now turn to addressing your 4 main questions.  The new information confirms the presence of a progressive neurodegenerative condition as the explanation for Mr. Girardi's progressive dementia, though the underlying process is not Alzheimer disease.

**Question #1: Presence and etiology of Mr. Girardi's dementia**

<u>Onset of Dementia Symptoms:</u>  Family and friends of Mr. Girardi noticed changes in Mr. Girardi's memory following an accident in 2017), which became progressively and dramatically worse over the next few years (see 2 interviews and 6 narratives compiled by Dr. Nathan Lavid).  By December, 2020, after experiencing adverse decisions in multiple law suites, the patient's law firm Girardi and Keese filed for bankruptcy and closed.  By 2021, reports of severe loss of short-term memory, inability to learn new information, repetitive behaviors, lack of insight, confabulation, and difficulty recognizing people were substantiated.

Sometime after 11:30 PM on 7/30/2017, Mr. Girardi apparently drove his car off a hairpin curve on the private road leading from his house.  The hospital record says he called his wife around 5:30 AM on 7/31/2017 and was brought by ambulance to Huntington Hospital by 7:30 AM.  At the time of arrival, he was amnesic for the events surrounding the accident and was initially registered as a patient without knowing his name or birthdate.  Neuroimaging studies showed no evidence of intracranial hemorrhage.  X-rays showed fractures of his left ankle, left fibula, and right scapula.  Blood alcohol level was 0.025 gm/dl. By 10:30 AM, he was noted to be alert and

3

University of Southern California
1540 Alcazar Street, Suite 215, Los Angeles, CA 90089-0800 ● Tel:  323-442-7686 1054 ● 323-442-7689



oriented x 4 and was discharged home that afternoon, with plans to undergo orthopedic surgery at Keck Hospital of USC. Two days later, he was able to tell Dr. Brian Lee (neurosurgeon) at USC that he had swerved and driven his car off the road near his house. He was somehow able to extricate himself from the car and received emergency medical services; however, he does not recall what happened. He remained amnestic to the event. The shrinking retrograde amnesia and several hour long persistent anterograde amnesia would suggest that he suffered a moderately severe brain concussion.

However, there is physical evidence that pathological changes in the brain had started even before the accident and have continued to progress. Because cognitive changes after a single concussion are usually non-progressive, other pathological factors besides a traumatic brain injury must be at play. Indeed, MRI and CT scans obtained on July 31, 2017, show significant atrophy of the temporal poles and hippocampii. There are no contusions or intraparenchymal hemorrhages that typically occur with head trauma. There are no corresponding T2 hyperintensities in the underlying white matter to suggest ischemia or viral infection as cause.

Follow-up MRI scans in February 2021 and April 2023, clearly show progressive worsening of the brain atrophy. The history of progressive dementia symptoms and the evidence of progressive atrophy on MRI, are consistent with a progressive neurodegenerative process that was already underway before the car accident on July 30, 2017.



Volumes of individual brain regions from MRIs done in 2021 and 2023 were quantified using a commercial software program (NeuroQuant). The volumes of Mr. Girardi's hippocampii at both time points fall around the **1st percentile** expected for age. The hippocampii located in the medial temporal lobes are essential for encoding new episodic (biographical) memories and learning new semantic information. Atrophy of the hippocampii are associated with impairments in learning and retaining new information. The severity of hippocampal atrophy seen in Mr. Girardi's MRI by 2021 (<1st percentile for age) is extreme and indicates a likely diagnosis of **hippocampal sclerosis of the elderly**.

The left anterior temporal lobe is specialized for naming, language, and semantic knowledge; while the right anterior temporal lobe is more engaged in emotion, personality, and facial recognition. Mr. Girardi's loss of short-term memory and perpetual repetition of the same stories from the past are explained by severe atrophy of his

4



hippocampii. His loss of insight, confabulation, repetitive behaviors (calling clients, writing notes) suggest a frontal lobe component to his memory disorder.

## Thomas Girardi: MRI with Volumetric Analysis
### 02/09/2021 Age 81

| Brain Structure | Volume (cm³) | % of ICV (5%-95% Normative Percentile) | Normative Percentile |
|---|---|---|---|
| Hippocampal Occupancy Score (HOC) | 0.38 | N/A | 1 |
| Hippocampi | 3.89 | 0.29 ( 0.32 - 0.47 ) | 2 |
| Superior Lateral Ventricles | 52.27 | 3.88 ( 2.07 - 5.51 ) | 74 |
| Inferior Lateral Ventricles | 6.54 | 0.49 ( 0.17 - 0.33 ) | 99 |

**AGE AND SEX MATCHED REFERENCE CHARTS**



*The Hippocampal Occupancy Score is defined as ((Left Hippocampal Volume / [Left Hippocampal Volume + Left ILV Volume]) + (Right Hippocampal Volume / [Right Hippocampal Volume + Right ILV Volume])) / 2.0

5

University of Southern California
1540 Alcazar Street, Suite 215, Los Angeles, CA 90089-0800 ● Tel: 323-442-7686 1054 ● 323-442-7689





Neuropsychological testing performed in January 2021 (see 19 page report) by Deborah Budding, PhD noted overall intellectual function within or above the average range for his age, but with multiple areas of cognitive impairment that appear to be significantly impacting his day to day function. He appears largely unaware of his level of impairment. He demonstrates a diffuse pattern of deficits that does not localize to one versus the other side of the brain. His memory storage function appears impaired, and many of his current memory problems appear to relate to attention and working memory. Source memory problems are particularly common among individuals with significant executive function deficits and frontal brain system impairment. His function appears to be deteriorating but the cause of this deterioration is not currently clear. Dr. Budding concluded "While Mr. Girardi might assert that he is capable of effectively assisting his attorney, this is not supported by the data due to: 1) his clearly impaired abilities to encode/absorb information, 2) his trouble understanding and following instruction, 3) his vulnerability to impulsive responding, and 4) his difficulty recalling information provided to him."

Although Mr. Girardi's overall score on the MoCA remained similar between 2021 and 2023 (=18/30), neuropsychological testing done on May 15 and 16th, 2023 by Stacey Wood PhD and compared to testing done in 2021, show progressive decline. Overall WAIS-IV full scale IQ declined from 108 to 98. Working memory declined from 93rd to 87th %ile, processing speed declined from 42nd to 10th %ile, perceptual reasoning declined from 45th to 34th % ile. Vocabulary declined from a scaled score from 13 to 10, verbal letter fluency declined from a scaled score of 10 to 9, and category fluency from a SS of 8 to 6. On the CVLT long delayed free recall declined from SS 4 to 3, and long delayed cued recall from 7 to 4.

Based on Mr. Girardi's educational and occupational functioning, his estimated premorbid IQ would have been expected to be high average to superior. Thus, even in 2021, an overall average IQ of 108 (average) would have been 1- 2 standard deviations below expectations, consistent with the presence of a dementing process.

6



Etiology:  Mr. Girardi has dementia due to a progressive, irreversible neurodegenerative disorder.  I originally thought that the etiology for Mr. Girardi's dementia was Alzheimer disease.  This was based on severe impairment in episodic memory and evidence of severe and progressive atrophy of the hippocampus and anterior temporal lobe.  The recent knowledge that Mr. Girardi's has a negative amyloid PET scan, however, essentially excludes Alzheimer disease as the etiology.





There are several other conditions that can mimic the symptoms of Alzheimer disease, namely severe memory loss with atrophy of the hippocampi and anterior temporal lobes. These include various forms of frontal temporal lobar degeneration (FTLD).  For example, the semantic dementia variant of FTLD is associated with severe atrophy of of the temporal poles as seen in Mr. Girardi's case.  What was previously known as hippocampal sclerosis of the elderly has been recently subsumed under a new acronym **LATE = Limbic predominant Age-related TDP43 Encephalopathy,** which is associated with TDP-43 cytoplasmic inclusions and usually pronounced hippocampal atrophy (Nelson et al., 2019).  FTLD and LATE, like Alzheimer disease, are slowly progressive and currently irreversible.

At the present time, neurodegenerative disorders are associated with the accumulation of misfolded protein, in disordered processes referred to proteinopathies.  Alzheimer disease is characterized by beta-amyloid plaques and phosphorylated neurofibrillary tangles.  Semantic dementia and LATE are most commonly associated with TDP-43 proteins, but sometimes tau.  Reliable biofluid and PET biomarkers are now available for Alzheimer disease, but not for semantic dementia or LATE.  Based on new information currently available, **I believe that LATE is the most likely etiological diagnosis for Mr. Girardi.**  Definitive confirmation at the present time would require immunocytochemical staining of brain tissue obtained at autopsy.

**Question #2: Current severity of the dementia**

Dementia is defined as a decline in function that is severe enough to interfere with everyday occupational and social functioning and occurs in the setting of a clear sensorium.  Severity of dementia is commonly rated using the Clinical Dementia Rating (CDR) scale (Morris et al., 1993) as 1-mild, 2-moderate, 3-severe, 4-profound and 5-terminal.  The CDR rates severity of functional impairment in 6 domains (boxes):  Memory, orientation, judgement & problem solving, community affairs, home and hobbies, and personal activities of daily living.  Each box is scored as 0-

7

University of Southern California
1540 Alcazar Street, Suite 215, Los Angeles, CA 90089-0800 ● Tel:  323-442-7686 1054 ● 323-442-7689



normal, 1-mild, or 2-severely impaired. The CDR can be reported as the sum of the boxes (0-18) or as a global severity score (0-5).

To assess the current severity of Mr. Girardi's dementia, I relied on mental status examination 4/13/2023, neuropsychological testing done May 15 - 16, 2023 (Dr. Wood) and interview of Margarita Munoz on April 20, 2023 by Natalie Degrati, as well as records from the secure memory care facility at Sunrise.

At his USC clinic visit in April, 2023, Mr. Girardi remembered 0 of five words and 0 of three hidden objects. He gave the date as January, 2021 and place as North San Diego County. He is unaware of his memory loss and cognitive impairment, believes he is still practicing law, and is doing as well as ever.

Ms. Munoz has been the Program Coordinator at Sunrise where Mr. Girardi has lived since June 2022. Excerpts from the interview notes: "Mostly, Mr. Girardi keeps to himself. He does not speak or interact with other residents unless they approach him." At a party, he kept to himself the entire time, but smiled a lot and had a good time. Staff prepare all of his meals, clean his room, dispense medications, and provide prompts, and reminders of daily living skills.

He spends nearly every day sitting at one of the tables and writing either on loose papers or legal pads, saying he is working on his cases. When he first moved in, he spent more time making calls on his personal cell phone than he does now. He gets upset if he feels that his legal work has been disturbed. He seemed to have difficulty recognizing people or remembering that he had just met them previously.

Ms. Munoz has noted a drastic decline in Mr. Girardi's self-care. When he first arrived at Sunrise, he changed his clothes on a regular basis, though lately he has been wearing the same clothes. Usually with a prompt, he can dress himself. Mr. Girardi will often pull out the dirty clothes from the hamper and wear them again. He recently began using a towel to clean himself after bowel movements, which creates a mess.

.

8

University of Southern California
1540 Alcazar Street, Suite 215, Los Angeles, CA 90089-0800 ● Tel: 323-442-7686 1054 ● 323-442-7689



## CLINICAL DEMENTIA RATING STAGES

|  | Memory | Orientation | Judgment & Problem Solving | Community Affairs | Home and Hobbies | Personal Care |
|---|---|---|---|---|---|---|
| **None 0** | No memory loss or slight inconsistent forgetfulness. | Fully oriented | Solves everyday problems & handles business & financial affairs well; judgment good in relation to past performance. | Independent function at usual level in job, shopping, volunteer and social groups. | Life at home, hobbies, and intellectual interest well maintained. | Fully capable of self-care. |
| **Questionable Dementia 0.5** | Consistent slight forgetfulness; partial recollection of events; "benign" forgetfulness. | Fully oriented except for slight difficulty with time relationships. | Slight impairment in solving problems, similarities and differences. | Slight impairment in these activities. | Life at home, hobbies, and intellectual interests slightly impaired. | Fully capable of self-care. |
| **Mild Dementia 1** | Moderate memory loss; more marked for recent events; defect interferes with everyday activities. | Moderate difficulty with time relationships; oriented for place at examination; may have geographic disorientation elsewhere. | Moderate difficulty in handling problems, similarities, and differences; social judgment usually maintained. | Unable to function independently at these activities although may still be engaged in some; appears normal to casual inspection. | Mild but definite impairment of function at home; more difficult chores abandoned; more complicated hobbies & interests abandoned. | Needs prompting. |
| **Moderate Dementia 2** | Severe memory loss; only highly learned material retained; new material rapidly lost. | Severe difficulty with time relationships; usually disoriented to time, often to place. | Severely impaired in handling problems, similarities, and differences; social judgment usually impaired. | No pretense of independent function outside home. Appears well enough to be taken to functions outside of family home. | Only simple chores preserved; very restricted interests, poorly sustained. | Requires assistance in dressing, hygiene, keeping of personal effects. |
| **Severe Dementia 3** | Severe memory loss; only fragments remain. | Orientation to person only. | Unable to make judgments or solve problems. | No pretense of independent function outside home. Appears too ill to be taken to functions outside of family home. | No significant function in home. | Requires much help with personal care; frequent incontinence. |
| **Profound Dementia 4** | Even fragments generally are lost; often unable to test memory because of unintelligible or irrelevant speech. | Occasionally responds to own name. | Unable to follow even simple instructions or commands. | Unable to participate meaningfully in any social setting. | Unable to participate meaningfully in any hobby or home activity. | May attempt to dress of feed self, non-ambulatory without assistance. Mostly incontinent. |
| **Terminal Dementia 5** | No meaningful memory function; often uncomprehending or obtunded. | No recognition of self. | Not aware of problems or comprehension of surroundings. | Completely unable to engage in any activity. | Completely unable to engage in any activity. | Needs to be fed; bed-ridden. Incontinent. |

Adapted by USC/ADRC from CP Hughes 1982, Al Heyman 1987, JC Morris 1993

At the present time, Mr. Girardi has severe impairment in memory (2), is disoriented to time and place (2), has significant impairment in problem solving and judgment (2), he no longer drives by himself, and is unable to perform outside activities (2), perform simple home activities and hobbies [hard to evaluate and residential care

9

University of Southern California
1540 Alcazar Street, Suite 215, Los Angeles, CA 90089-0800 ● Tel: 323-442-7686 1054 ● 323-442-7689



facility where these needs are handled by staff] (2), and needs some help with dressing and toileting, [mostly for hygienic reasons] (2).  Sum of the boxes = 12.  **Overall rating of moderate dementia (CDR score = 2).**

**Question #3 Progression of Mr. Girardi's dementia**

It is likely that the underlying neurodegenerative condition began well before the car accident in 2017 and continues to the present and into the future.  The concussion produced a step-wise cognitive decline upon what would otherwise be a slowly progressive course.  Change in cognitive function may have started before the car accident in 2017, took a single stepwise decline due to concussion, and then has remained slowly progressive between 2021 and the present.

Severe loss of short- term memory with confabulation (amnesia) has been the striking early symptoms of Mr. Girardi's progressive dementia.  History and neuropsychological testing reveal significant impairment in executive function (insight and judgement, with obsessive and repetitive behaviors).  Word finding difficulties (aphasia) and trouble recognizing faces (prosopagnosia) have also been noted.   There have been no bizarre changes in personality, although he tends to keep to himself. He remains pleasant and congenial, unless he perceives an interruption in his "legal work."

At the present time, there are no disease modifying treatments for hippocampal sclerosis of the elderly or LATE.  Donepezil was prescribed as a symptomatic medication for the previous diagnosis of Alzheimer disease.  This anticholinesterase inhibitor medication is unlikely to either help or hurt the progression of LATE which is a slowly progressive neurodegenerative condition.  The newly approved immunotherapies for Alzheimer disease were designed to target β-amyloid, which Mr. Girardi does not have.  There are no effective treatments for FTLD or LATE.  Thus, Mr. Girardi's dementia is expected to deteriorate further.

**Question #4:  Mr. Girardi's prognosis**

The trajectory of global cognition associated with neurodegenerative disorders is one of slowly progressive decline, which often accelerates as the disease progresses (Boyle et al., 2017).  The rate and shape of cognitive decline vary on an individual basis (slope and width of trajectory curves) and by type of underlying pathology (figure A, B, C).  The effects of Alzheimer pathology (amyloid plaques and p-tau) on global cognition becomes evident ≈17 years before death, with the effect doubling ≈13 years and tripling ≈10 years before death (see figure A).

The negative amyloid PET scan indicates that Mr. Girardi does not have Alzheimer disease.  Based on the pronounced atrophy of the anterior hippocampus (< 1st percentile), Mr. Girardi has hippocampal sclerosis of the elderly, which is commonly associated with TDP-43 inclusions (cannot be confirmed until autopsy).  The association of hippocampal sclerosis with cognitive decline can be seen 13 years before death and doubles and triples 10 and 3 years before death (see figure B).  The association of TDP43 becomes evident 7 years before and doubles and triples 5 and 4 years before death (figure C).



Varied effects of age-related neuropathologies on the trajectory of late life cognitive decline

Boyle PA et al. Brain 2017; 140: 804-812.

University of Southern California
1540 Alcazar Street, Suite 215, Los Angeles, CA 90089-0800 ● Tel:  323-442-7686 1054 ● 323-442-7689



In Mr. Girardi's case, cognitive changes became evident around the time of his car accident 6 years ago and have accelerated during the past 3-4 years. The rate of cognitive decline associated with hippocampal sclerosis is more variable than AD (greater width of trajectory curve) and for periods of time may not be as steep as AD.

**Conclusion:**

(1) the presence and etiology of Mr. Girardi's dementia:

Observations by most people close to Mr. Girardi say that his dementia symptoms began after his car accident in 2017. Atrophy of the temporal poles and hippocampi were present at the time he was brought to the emergency department at Huntington Hospital and indicate that pathological changes of a neurodegenerative disorder were already present and may have started years before his car accident. It is typical for people to ascribe the onset of symptoms to a dramatic event and to overlook milder symptoms that may have started earlier (so called recall bias).

Slowly progressive, short-term memory loss was the most conspicuous presenting symptoms of Mr. Girardi's illness. After age 65, the most common etiology for progressive amnesia is Alzheimer disease. The second most common cause, especially for persons over age 85, is hippocampal sclerosis of the elderly, which has now been renamed limbic predominant, age related TDP-43, encephalopathy (LATE). Other causes of memory loss and progressive dementia which have been considered, but are considered to be unlikely include: dementia with Lewy bodies, chronic traumatic encephalopathy, vascular cognitive impairment and dementia, autoimmune encephalitis, spongiform encephalopathy. In my opinion, the absence of amyloid on PET scan combined with the presence of pronounced atrophy of the hippocampi and temporal pole make LATE the most likely etiology diagnosis. At the present time, the etiological diagnosis of LATE is confirmed by positive immunocytochemical staining for phosphorylated TDP protein at autopsy.

(2) current severity of the dementia:   moderately severe, Clinical Dementia Rating  = 2.

(3) progression of Mr. Girardi's dementia:  overall slowly progressive with superimposed stepwise wise decline due to concussion in 2017.

(4) Mr. Girardi's prognosis:  There is currently no disease-modifying treatment, therefore dementia will continue to worsen.


Sincerely yours,

Helena Chang Chui, M.D.
Chair and Professor of Neurology
Raymond and Betty McCarron Chair in Neurology
Keck School of Medicine of USC

11

University of Southern California
1540 Alcazar Street, Suite 215, Los Angeles, CA 90089-0800 ● Tel:  323-442-7686 1054 ● 323-442-7689

