# Exhibit C

**UNITED STATES v. THOMAS V. GIRARDI, ET AL.**

No. CR 24-00047-JLS

GOVERNMENT'S EXHIBIT LIST

| Bates Start | Bates End | Description |
|---|---|---|
| USAO-GK_00005153 | USAO-GK_00005156 | Ruigomez Retainer Agreement |
| USAO-GK_00005175 | USAO-GK_00005180 | Ruigomez Settlement Agreement |
| USAO-GK_00003747 | USAO-GK_00003749 | Ruigomez Case Card Register |
| USAO-GK_00005090 | USAO-GK_00005094 | Consent to Settle -unsigned |
| USAO-GK_00005074 | USAO-GK_00005074 | 6/20/13 letter from Tom re Settlement Tax Free |
| USAO-GK_00005075 | USAO-GK_00005075 | 6/21/13 letter from Tom re: interest Rates |
| USAO-GK_00005078 | USAO-GK_00005079 | 7/11/14 Email from Kathleen repayments |
| USAO-GK_00005080 | USAO-GK_00005080 | 7/18/14 Letter from Tom re interest payments |
| USAO-GK_00005088 | USAO-GK_00005088 | 10/21/14 Letter to Joe Ruigomez from Tom |
| USAO_GK_00005147 | USAO_GK_00005147 | 2014-10-17 Voicemail from Tom re Justice Panelli - authority to pay out until end of the year |
| USAO-GK_00005108 | USAO-GK_00005108 | 1/5/17 email from Girardi to Joe Ruigomez re 100k trust check |
| USAO-GK_00005109 | USAO-GK_00005109 | 1/9/17 letter from Girardi to Joe Ruigomez re settlement funds and judge |
| USAO-GK_00003534 | USAO-GK_00003534 | 7-1 Ruigomez - per Tom, send interest checks to Ruigomez daughter, Joe, father & mother out of trust..pdf |
| USAO-GK_00003535 | USAO-GK_00003535 | 6/27/19 Email from Kamon to Aumais |
| USAO-GK_00001080 | USAO-GK_00001081 | 6/24/20 Memo to Tom Re Selberg Settlement Payment |
| USAO-GK_00003746 | USAO-GK_00003746 | July Selberg Case Card Register |
| USAO-GK_0000609 | USAO-GK_0000611 | Correspondence between Galloway and Selberg |
| USAO_GK_00005031 | USAO_GK_00005031 | 2020-12-05 Girardi voicemail to Eric Suethe.mp3 |
| USAO-GK_00004891 | USAO-GK_00004891 | 7/31/20 ltr from resp to cw |

1

| **Bates Start** | **Bates End** | **Description** |
|---|---|---|
| USAO_GK_00004961 | USAO_GK_00004961 | 2020-08-22 Voicemail from Tom to Hernandez re need orders signed by court and courts closed.m4a |
| USAO-GK_00003732 | USAO-GK_00003733 | Erika Saldana v. Garcia Case Card Register |
| USAO-GK_00004594 | USAO-GK_00004604 | SAR-Recaro Final Saldana Settlement Agreement and Release |
| USAO_GK_00005181 | USAO_GK_00005181 | TVG voicemail re Biden |
| USAO-GK_00004758 | USAO-GK_00004758 | Recaro Settlement |
| USAO-GK_0000468156 | USAO-GK_0000468156 | Baker,Keener & Nahra Production $4,000,000.00 money transfer |
| USAO-GK_00005136 | USAO-GK_00005136 | 7/1/19 Check from GK Nano Banc Trust Acct 0567 to Joseph Ruigomez for $2,500,000 |
| USAO-GK_0000246995 | USAO-GK_0000246995 | Torrey Bank Statements |
| USAO-GK_00002121 | USAO-GK_00002122 | 2020-06-25 Deposit into GK for $504,400 from Total Dollar Insurance |
| USAO-GK_0000588207 | USAO-GK_0000588215 | AMEX-Acct 61002  June 2020 Statement |
| USAO-GK_0000588216 | USAO-GK_0000588224 | AMEX-Acct 61002  July 2020 Statement |
| USAO-GK_00004358 | USAO-GK_00004358 | 2020-09-28 Memo from TVG.pdf |
| USAO-GK_00004359 | USAO-GK_00004359 | 2020-10-13 Memo from TVG.pdf |
| USAO-GK_00004360 | USAO-GK_00004360 | 2020-10-30 Memo from TVG.pdf |
| USAO-GK_00004361 | USAO-GK_00004361 | 2020-11-05 Memo from TVG.pdf |
| USAO_GK_00004327 | USAO_GK_00004327 | 2020-11-06 Email from Shirleen-TVG |
| USAO_GK_00004362 | USAO_GK_00004362 | 2020-11-18 Memo from TVG_01.pdf |
| USAO_GK_00004363 | USAO_GK_00004363 | 2020-11-18 Memo from TVG_02.pdf |
| USAO_GK_00004713 | USAO_GK_00004715 | 00000024 - Re%3A Question.eml |
| USAO_GK_00004716 | USAO_GK_00004716 | 00000032 - EZ_US121-6_CUSA58A93_20190601_25_usterm3-008-2337295234.eml |

| Bates Start | Bates End | Description |
|---|---|---|
| USAO_GK_00004593 | USAO_GK_00004593 | 00000042 - Saldana%2FMartinez Setttlement Agreement (Final).DOCX.eml |
| USAO_GK_00004594 | USAO_GK_00004604 | 00000042 - Attachment to Email - SAR-Recaro (Final)(3) |
| USAO_GK_00004717 | USAO_GK_00004718 | 00000051 - Re%3A RE%3A.eml |
| USAO_GK_00004719 | USAO_GK_00004719 | 00000055 - Re%3A RE%3A.eml |
| USAO_GK_00004720 | USAO_GK_00004721 | 00000061 - Re%3A Settlement Check.eml |
| USAO_GK_00004722 | USAO_GK_00004722 | 00000062 - EZ_US123-24_CUSA58A93_20190701_28_usterm3-007-2484478630.eml |
| USAO_GK_00004723 | USAO_GK_00004723 | 00000063 - EZ_US45-15_CUSA58A93_20190801_0_usterm3-002-2504921992.eml |
| USAO_GK_00004724 | USAO_GK_00004724 | 00000064 - EZ_US160-6_CUSA58A93_20191001_2_usterm3-005-2816583672.eml |
| USAO_GK_00004725 | USAO_GK_00004726 | 00000071 - Re%3A RE%3A RE%3A RE%3A.eml |
| USAO_GK_00004727 | USAO_GK_00004727 | 00000074 - Re%3A.eml |
| USAO_GK_00004728 | USAO_GK_00004728 | 00000079 - Re%3A Question.eml |
| USAO_GK_00004729 | USAO_GK_00004729 | 00000087 - Re%3A.eml |
| USAO_GK_00004730 | USAO_GK_00004730 | 00000089 - RE%3A.eml |
| USAO_GK_00004731 | USAO_GK_00004731 | 00000090 - Erika.eml |
| USAO_GK_00004732 | USAO_GK_00004732 | 00000091 - EZ_US119-16_CUSA58A93_20200101_29_usterm3-008-3376604946.eml |
| USAO_GK_00004733 | USAO_GK_00004733 | 00000092 - EZ_US124-11_CUSA58A93_20200201_5_usterm3-007-3417360333.eml |
| USAO_GK_00004734 | USAO_GK_00004734 | 00000094 - Re%3A.eml |
| USAO_GK_00004735 | USAO_GK_00004735 | 00000095 - EZ_US124-11_CUSA58A93_20200201_12_usterm3-003-3458496513.eml |
| USAO_GK_00004736 | USAO_GK_00004737 | 00000100 - Re%3A Updates.eml |
| USAO_GK_00004738 | USAO_GK_00004739 | 00000114 - RE%3A Update.eml |
| USAO_GK_00004740 | USAO_GK_00004740 | 00000116 - Plan.eml |

| Bates Start | Bates End | Description |
|---|---|---|
| USAO_GK_00004741 | USAO_GK_00004741 | 00000117 - Question.eml |
| USAO_GK_00004742 | USAO_GK_00004742 | 00000118 - Home.eml |
| USAO_GK_00004605 | USAO_GK_00004605 | 00000129 - CONSENT - Parents (Final Revised) (2).pdf.eml |
| USAO_GK_00004606 | USAO_GK_00004607 | 00000129 - Attachment to Email |
| USAO_GK_00004743 | USAO_GK_00004743 | 00000133 - RE%3A In Re The Matter of%3A  ALBERT EVAN MARTINEZ.eml |
| USAO_GK_00004744 | USAO_GK_00004745 | 00000139 - Re%3A.eml |
| USAO_GK_00004608 | USAO_GK_00004608 | 00000141 - Final SAR - Recaro (signed).PDF.eml |
| USAO_GK_00004609 | USAO_GK_00004619 | 00000141 - Attachment to Email |
| USAO_GK_00004746 | USAO_GK_00004748 | 00000144 - RE%3A Re%3A.eml |
| USAO_GK_00004749 | USAO_GK_00004749 | 00000147 - RE%3A Appointment.eml |
| USAO_GK_00004750 | USAO_GK_00004750 | 00000151 - Appointment.eml |
| USAO_GK_00004751 | USAO_GK_00004752 | 00000160 - Re%3A Albert Evan Martinez 2020 Special Needs Trust.eml |
| USAO_GK_00004753 | USAO_GK_00004753 | 00000161 - Erika Saldana.eml |
| USAO_GK_00004754 | USAO_GK_00004754 | 00000164 - Erika Saldana.eml |
| USAO_GK_00004755 | USAO_GK_00004755 | 00000173 - Confirmation.eml |
| USAO_GK_00004756 | USAO_GK_00004756 | 00000176 - Update.eml |
| USAO_GK_00004757 | USAO_GK_00004757 | 00000179 - Question.eml |
| USAO_GK_00004758 | USAO_GK_00004758 | 00000182 - Recaro Settlement.eml |
| USAO_GK_00004761 | USAO_GK_00004761 | 00000189 - Update.eml |
| USAO_GK_00004620 | USAO_GK_00004620 | 00000192 - Consent to Settlement (Garcia).eml |
| USAO_GK_00004621 | USAO_GK_00004621 | 00000192 - Attachment to Email |
| USAO_GK_00004622 | USAO_GK_00004622 | 00000193 - Re%3A Consent to Settlement (Garcia).eml |
| USAO_GK_00004623 | USAO_GK_00004623 | 00000193 - Attachment to Email |
| USAO_GK_00004762 | USAO_GK_00004762 | 00000196 - Confirmation.eml |

| Bates Start | Bates End | Description |
|---|---|---|
| USAO_GK_000 04763 | USAO_GK_000 04763 | 00000199 - Updates....eml |
| USAO_GK_000 04764 | USAO_GK_000 04764 | 00000202 - Confirmation.eml |
| USAO_GK_000 04765 | USAO_GK_000 04765 | 00000205 - Waiting....eml |
| USAO_GK_000 04766 | USAO_GK_000 04766 | 00000212 - RE%3A Question.eml |
| USAO_GK_000 04767 | USAO_GK_000 04767 | 00000213 - ....eml |
| USAO_GK_000 04768 | USAO_GK_000 04768 | 00000216 - Appointment.eml |
| USAO_GK_000 04769 | USAO_GK_000 04770 | 00000217 - Meeting with Tom%3A.eml |
| USAO_GK_000 04771 | USAO_GK_000 04771 | 00000218 - Shirleen.  Erika can do 11am in November 4.  Pls cal for Tom..eml |
| USAO_GK_000 04772 | USAO_GK_000 04772 | 00000219 - Confirmation.eml |
| USAO_GK_000 04773 | USAO_GK_000 04773 | 00000223 - RE%3A Confirmation.eml |
| USAO_GK_000 04774 | USAO_GK_000 04774 | 00000228 - Pick up.eml |
| USAO_GK_000 04775 | USAO_GK_000 04775 | 00000232 - Re%3A Message from Tom Girardi RE%3A Pick up.eml |
| USAO_GK_000 04776 | USAO_GK_000 04776 | 00000234 - Question.eml |
| USAO_GK_000 04777 | USAO_GK_000 04777 | 00000236 - Question.eml |
| USAO_GK_000 05082 | USAO_GK_000 05082 | 2014-08-04 Attachment to email - letter to Joe Ruigomez from Tom re Court.pdf |
| USAO_GK_000 05083 | USAO_GK_000 05083 | 2014-08-04 Email from Girardi to Joe Ruigomez with letter to Joe Ruigomez attached.pdf |
| USAO_GK_000 05088 | USAO_GK_000 05088 | 2014-10-21 Attachment to email - letter to Joe Ruigomez from Tom re Panelli.pdf |
| USAO_GK_000 05089 | USAO_GK_000 05089 | 2014-10-21 Email from Girardi to Joe Ruigomez with letter attached (Finnerty CCed).pdf |
| USAO_GK_000 04794 | USAO_GK_000 04802 | 2014-11-12 Signed Hernandez - Girardi Keese Retainer Agreement.pdf |
| USAO_GK_000 05097 | USAO_GK_000 05097 | 2015-04-29 Email from Joe Ruigomez to Tom and Finnerty re purchase of home.pdf |
| USAO_GK_000 05098 | USAO_GK_000 05098 | 2015-05-05 Attachment to email - letter to Joe Ruigomez from Tom re Panelli.pdf |

| Bates Start | Bates End | Description |
|---|---|---|
| USAO_GK_00005099 | USAO_GK_00005099 | 2015-05-05 Email from Girardi to Joe Ruigomez with letter to Joe Ruigomez attached.pdf |
| USAO_GK_0004314 | USAO_GK_0004314 | 2015-06-10 Attachment to email - letter to Joe Ruigomez from Tom re Panelli.pdf |
| USAO_GK_00005101 | USAO_GK_00005101 | 2015-06-10 Email from Girardi to Joe Ruigomez with letter to Joe Ruigomez attached (Finnerty CCed).pdf |
| USAO_GK_00648874 | USAO_GK_00648874 | 2015-07-28 Attachment to email - letter to Joe Ruigomez from Tom re Panelli.pdf |
| USAO_GK_00005104 | USAO_GK_00005104 | 2015-07-28 Email from Girardi to Joe Ruigomez with letter to Joe Ruigomez attached (Finnerty CCed).pdf |
| USAO_GK_00005009 | USAO_GK_00005009 | 2019-08-19 Selberg - GK Contingency Fee Agreement.pdf |
| USAO_GK_00004803 | USAO_GK_00004814 | 2020-01-10 Email from Hernandez to Arin Scapa with signed consent to settle and signed BK agreement.pdf |
| USAO_GK_00004815 | USAO_GK_00004818 | 2020-01-10 Hernandez Signed Bk Agreement (signature page provided with 01.10.2020 email).pdf |
| USAO_GK_00004819 | USAO_GK_00004820 | 2020-01-10 Hernandez Signed Consent to Settlement and disburse funds (signature page provided with 01.10.2020 email).pdf |
| USAO_GK_00004821 | USAO_GK_00004841 | 2020-02-10 Hernandez BK Court Motion to Approve Settlement (all figures identified in motion).pdf |
| USAO_GK_00004842 | USAO_GK_00004844 | 2020-03-05 Hernandez BK Court Order Approving Compromise of Settlement.pdf |
| USAO_GK_00005010 | USAO_GK_00005015 | 2020-03-05 Selberg - GK Client Accounting and Net due to Client.pdf |
| USAO_GK_00005016 | USAO_GK_00005017 | 2020-03-27 Selberg - GK Signed Settlement Agreementt.pdf |
| USAO_GK_00004845 | USAO_GK_00004845 | 2020-05-22 Email from David Bigelow confirming GK received Hernandez settlement funds of $128,250.00.pdf |
| USAO_GK_00675924 | USAO_GK_00675924 | 2020-05-22 Email from David Bigelow to Kamon and Rouillard re Hernandez settlement funds received.pdf |
| USAO_GK_00004846 | USAO_GK_00004848 | 2020-05-22 Wire into GK (WAB IOLTA 5859) for $128,250.00 from Aphrodite Womens Health (Josefina Hernandez settlement).pdf |
| USAO_GK_00004849 | USAO_GK_00004854 | 2020-06-10 Email from Arin Scapa to Hernandez re payments to be made for liens and Bk Trustee.pdf |

6

| Bates Start | Bates End | Description |
|---|---|---|
| USAO_GK_00675925 | USAO_GK_00675927 | 2020-06-10 Email from David Bigelow to Kamon re check to BK Trustee - if we have the money lets pay.pdf |
| USAO_GK_00675928 | USAO_GK_00675931 | 2020-06-10 Email from Kamon to Fujimoto re Tom asked to get his approval before cutting checks.pdf |
| USAO_GK_00005018 | USAO_GK_00005018 | 2020-06-25 Deposit into GK (WAB IOLTA 5859) for $504,400 from Total Dollar Insurance (Judy Selberg settlement).pdf |
| USAO_GK_00004964 | USAO_GK_00004969 | 2020-07-13 Emails between Selberg and Galloway (Tom meeting with presiding judge).pdf |
| USAO_GK_00675932 | USAO_GK_00675937 | 2020-07-23 Email from Kamon to Jack Girardi re Hernandez checks being cut.pdf |
| USAO_GK_00004970 | USAO_GK_00004970 | 2020-07-23 Emails between Galloway and Kamon re Selberg (Tom meeting with presiding judge).pdf |
| USAO_GK_00004971 | USAO_GK_00004973 | 2020-07-23 Emails between Selberg and Galloway (Tom meeting with presiding judge).pdf |
| USAO_GK_00004855 | USAO_GK_00004862 | 2020-07-24 Email from Arlan Salonga to Scapa re Hernandez check being cut.pdf |
| USAO_GK_00004863 | USAO_GK_00004871 | 2020-07-24 Email from Scapa to Hernandez re follow-up on payment of settlement funds to Hernandez.pdf |
| USAO_GK_00004974 | USAO_GK_00004974 | 2020-07-24 Emails from Galloway to Fujimoto re Selberg.pdf |
| USAO_GK_00002123 | USAO_GK_00002123 | 2020-07-28 Check to Judy Selberg (Case# 2018095) for $50,000 from GK (Nano IOLTA 0567) into Wells Fargo Bank.pdf |
| USAO_GK_00675938 | USAO_GK_00675944 | 2020-07-28 Email from Salonga to Kamon re 3 checks needing to be cut.pdf |
| USAO_GK_00004872 | USAO_GK_00004872 | 2020-07-29 Email Cory to Kamon re redo checks for Hernandez - I will try to get him (Tom) to sign it.pdf |
| USAO_GK_00675945 | USAO_GK_00675952 | 2020-07-29 Email from Cory to Kamon re 3 checks - reissue and Ill try to get him to sign.pdf |
| USAO_GK_00675953 | USAO_GK_00675959 | 2020-07-29 Email from Kamon to Cory re 3 checks - do I need to reissue.pdf |
| USAO_GK_00004873 | USAO_GK_00004880 | 2020-07-30 Email chain from Salonga to Kamon and Kim Cory re Hernandez checks being cut on 06.17.2020.pdf |

| Bates Start | Bates End | Description |
|---|---|---|
| USAO_GK_00004881 | USAO_GK_00004889 | 2020-07-31 1 Email from Salonga to Cory and Kamon re checks cut and waiting on Toms signature.pdf |
| USAO_GK_00004890 | USAO_GK_00004890 | 2020-07-31 2 Email from Cory to Hernandez (Salonga Scapa Fujimoto CCed) with letter attached from Tom.pdf |
| USAO_GK_00004891 | USAO_GK_00004891 | 2020-07-31 Attachment to email - Letter from Tom to Hernandez (Lies re amounts to Bk Trustee).pdf |
| USAO_GK_00004892 | USAO_GK_00004892 | 2020-07-31 Email from Scapa to Cory in re to Toms letter - re Hernandez knows BK Trustee amount already.pdf |
| USAO_GK_00004893 | USAO_GK_00004893 | 2020-08-03 Email from Salonga to Cory re BK Trustee inquing about settlement check from GK.pdf |
| USAO_GK_00004894 | USAO_GK_00004941 | 2020-08-20 Email from Scapa to Hernandez re follow-up on payments.pdf |
| USAO_GK_00004975 | USAO_GK_00004975 | 2020-08-26 Emails from Galloway to Fujimoto and Cory re Selberg.pdf |
| USAO_GK_00004976 | USAO_GK_00004977 | 2020-09-02 Emails from Galloway to Fujimoto and Cory re Selberg (judge referenced).pdf |
| USAO_GK_00004962 | USAO_GK_00004962 | 2020-09-04 Voicemail from Tom to Hernandez re calling in to clear all liens.m4a |
| USAO_GK_00004963 | USAO_GK_00004963 | 2020-09-13 Voicemail from Tom to Hernandez re approval needed from courts and courts closed.m4a |
| USAO_GK_00004942 | USAO_GK_00004943 | 2020-09-14 Email from Hernandez to Cory (for Tom) re follow-up on payments.pdf |
| USAO_GK_00675960 | USAO_GK_00675961 | 2020-10-06 Email from Salonga to Kamon and Rouillard re critical clients to pay.pdf |
| USAO_GK_00675962 | USAO_GK_00675964 | 2020-10-08 Email from Salonga to Kamon and Rouillard re critical cases - Franklin will go to bar.pdf |
| USAO_GK_00675965 | USAO_GK_00675967 | 2020-10-15 Email from Salonga to Kamon and Rouillard re TXI client on critical cases - Tom called and left message re special master.pdf |
| USAO_GK_00675968 | USAO_GK_00675970 | 2020-10-15 Email from Tamrowski to Salonga re TXI client on critical cases - Tom called and left message re special master.pdf |
| USAO_GK_00002124 | USAO_GK_00002124 | 2020-10-19 Check to Judy Selberg (Case# 2018096) for $100,000 from GK |

| Bates Start | Bates End | Description |
|---|---|---|
| | | (Nano IOLTA 0567) into Chase Bank.pdf |
| USAO_GK_00004978 | USAO_GK_00004978 | 2020-10-19 Email Attachment (Memo to Tom from Galloway re Selberg not getting her funds).pdf |
| USAO_GK_00004979 | USAO_GK_00004979 | 2020-10-19 Email Attachment from Selberg email to Galloway (Demand for pament from Galloway).pdf |
| USAO_GK_00004980 | USAO_GK_00004980 | 2020-10-19 Email Attachment from Selberg email to Galloway (Demand for pament from Tom).pdf |
| USAO_GK_00004981 | USAO_GK_00004981 | 2020-10-19 Email from Galloway to Fujimoto and Cory with Memo for Tom re Selberg.pdf |
| USAO_GK_00004982 | USAO_GK_00004982 | 2020-10-19 Email from Galloway to Griffin with Memo for Tom re Selberg.pdf |
| USAO_GK_00004983 | USAO_GK_00004983 | 2020-10-19 Email from Selberg to Galloway with letter attached (demand for payment) to Galloway and Tom.pdf |
| USAO_GK_00004984 | USAO_GK_00004984 | 2020-10-19 Emails between Galloway and Kamon re Selberg.pdf |
| USAO_GK_00004985 | USAO_GK_00004987 | 2020-10-19 Emails between Galloway and Selberg (Galloway tells Selberg to look at June 25 email - GK recd funds).pdf |
| USAO_GK_00004988 | USAO_GK_00004988 | 2020-10-20 Email Attachment from Tom to Selberg (Letter re taxability of settlement.pdf |
| USAO_GK_00004989 | USAO_GK_00004989 | 2020-10-20 Email with Memo for Selberg re taxability of payments.pdf |
| USAO_GK_00004990 | USAO_GK_00004990 | 2020-10-21 Attachment re Selberg settlement to Email from Galloway to personal Galloway email.pdf |
| USAO_GK_00004991 | USAO_GK_00004991 | 2020-10-21 Email from Galloway to personal Galloway email with memo to Tom re Selberg attached.pdf |
| USAO_GK_00004360 | USAO_GK_00004360 | 2020-10-30 Memo from TVG.PNG |
| USAO_GK_00675971 | USAO_GK_00675974 | 2020-11-10 Email from Tamrowski to Kamon and Rouillard re TXI client on critical cases - Tom called and left message re special master.pdf |
| USAO_GK_00005029 | USAO_GK_00005029 | 2020-11-10 Girardi voicemail to Eric Suethe.mp3 |
| USAO_GK_00675975 | USAO_GK_00675978 | 2020-11-16 Email from Wakatsuki to Cory re TXI client on critical cases |

9

| Bates Start | Bates End | Description |
|---|---|---|
| | | - Tom called and left message re special master.pdf |
| USAO_GK_00005030 | USAO_GK_00005030 | 2020-11-28 Girardi voicemail to Eric Suethe.mp3 |
| USAO_GK_00004992 | USAO_GK_00004992 | 2020-12-05 Attachment to email from Galloway to personal Galloway email - 08.24.20 memo re Selberg.pdf |
| USAO_GK_00004993 | USAO_GK_00004993 | 2020-12-05 Attachment to email from Galloway to personal Galloway email - 10.21.20 memo re Selberg.pdf |
| USAO_GK_00004994 | USAO_GK_00004994 | 2020-12-05 Attachment to email from Galloway to personal Galloway email - 11.16.20 memo re Selberg.pdf |
| USAO_GK_00004995 | USAO_GK_00004995 | 2020-12-05 Attachment to email from Galloway to personal Galloway email - 12.01.20 memo re Selberg.pdf |
| USAO_GK_00004996 | USAO_GK_00004996 | 2020-12-05 Email from Galloway to personal Galloway email with several memos to Tom re Selberg attached.pdf |
| USAO_GK_00000940 | USAO_GK_00000940 | 2020-12-05 Attachment to email from Galloway to personal Galloway email- Memo to Tom re lawsuit 11.09.2020.docx |
| USAO_GK_00004996 | USAO_GK_00004996 | Memo to TVG re out of office |
| USAO_GK_00000951 | USAO_GK_00000951 | Memo to TVG re Selberg 12.03 |
| USAO_GK_00004996 | USAO_GK_00004996 | Memo to TVG re Selberg Malpractice Complaint |
| USAO_GK_00000949 | USAO_GK_00000949 | Memo to TVG re Selberg Representation 11 24 |
| USAO_GK_00004996 | USAO_GK_00004996 | Selberg v  Girardi et al  - Motion to Compel |
| USAO_GK_00005022 | USAO_GK_00005024 | 2020-12-08 Letter from Eric Suethe to Girardi (documents Girardi lies).pdf |
| USAO_GK_00004944 | USAO_GK_00004945 | 2020-12-11 Email from Hernandez to Cory (for Tom) re follow-up on payments.pdf |
| USAO_GK_00004946 | USAO_GK_00004947 | 2020-12-11 Email from Scapa to Jack Girardi re Hernandez not being paid.pdf |
| USAO_GK_00005032 | USAO_GK_00005032 | 2020-12-11 Girardi voicemail to Eric Suethe.mp3 |
| USAO_GK_00675923 | USAO_GK_00675923 | 2020.9.28 TVG Memo.pdf |
| USAO_GK-00001203 | USAO_GK-00001203 | DRAFT - 11.16.20 another Girardi ltr to Eric Seuthe re_ Judy Selberg re_ Taxes.pdf |

10

| Bates Start | Bates End | Description |
|---|---|---|
| USAO_GK_00003732 | USAO_GK_00003733 | Erika Saldana v. Garcia rptCaseCardRegister (8).PDF |
| USAO_GK_00005108 | USAO_GK_00005108 | Exhibit 11_2017-01-05 Email from Girardi to Joe Ruigomez re $100K trust check and lack of interest payments.pdf |
| USAO_GK_00001267 | USAO_GK_00001267 | Fujimoto letter to Judy Selberg 10.29.20 re 100k.pdf |
| USAO_GK_00001269 | USAO_GK_00001269 | Galloway Email and attached memo to Tom on Nov 18.20.pdf |
| USAO_GK_00000946 | USAO_GK_00000946 | Attachment 11-18-Memo |
| USAO_GK_00001270 | USAO_GK_00001335 | Galloway Emails and Memos to Tom and his assistants.pdf |
| USAO_GK_00001336 | USAO_GK_00001336 | Galloway Memo to Tom re Selberg 10.13.2020.pdf |
| USAO_GK_00001337 | USAO_GK_00001337 | Galloway Memo to Tom re Selberg 11.16.20.pdf |
| USAO_GK_00001339 | USAO_GK_00001342 | Galloway Memo to Tom re Selberg Dec 1, 2020.pdf |
| USAO_GK_00000396 | USAO_GK_00000397 | Galloway Oct Letter to GK.pdf |
| USAO_GK_00001344 | USAO_GK_00001344 | Galloway Resignation 12.6.20.pdf |
| USAO_GK_00001338 | USAO_GK_00001338 | Galloway memo to Tom re Selberg 11.20.20.pdf |
| USAO_GK_00003743 | USAO_GK_00003745 | Josefina Hernandez (TVTS) rptCaseCardRegister (13).PDF |
| USAO_GK_00001355 | USAO_GK_00001355 | Nov 10, 2020 Email Kimi Requesting Check with Draft Girardi Letter .pdf |
| USAO_GK_00001351 | USAO_GK_00001354 | Nov 10, 2020 email from Chris Kamon re 100k paid & breakdown of payment .pdf |
| USAO_GK_00001356 | USAO_GK_00001356 | Nov 16, 2020 Draft letter from Tom to Seuthe draft re tax law .JPG.pdf |
| USAO_GK_00000433 | USAO_GK_00000434 | Selberg v. Girardi Email from Jack 11.9.20.pdf |
| USAO_GK_00005077 | USAO_GK_00005077 | 2014-01-28 Letter from Tom re checks being reissued.pdf |
| USAO_GK_00675902 | USAO_GK_00675902 | 2019-04-30 Email from Lira to Finnerty in re to Ruigomez matter - first Ive heard of this.pdf |
| USAO_GK_00675886 | USAO_GK_00675887 | 2014-01-30 Email from Faust to Finnerty re will ask Chris for a check for Jaime.pdf |
| USAO_GK_00005150 | USAO_GK_00005150 | 2017-02-24 Voicemail from Tom re meeting at Ritz Carlton.amr |
| USAO_GK_00675880 | USAO_GK_00675880 | 2013-07-11 Email attachment - signed retainer agreement dated 10.01.2010.pdf |

11

| Bates Start | Bates End | Description |
|---|---|---|
| USAO_GK_00675874 | USAO_GK_00675875 | 2013-07-01 Email from Finnerty to Faust re send Kathleen the Retainer agreement again.pdf |
| USAO_GK_00649017 | USAO_GK_00649017 | 2019-04-30 Email from Lira to Fujimoto - please make sure Tom see this.pdf |
| USAO_GK_00005055 | USAO_GK_00005057 | 2013-01-24 Wire Transfer from PG&E to GK Trust Acct (Torrey Pines Acct 5859) for $28,000,000.00.pdf |
| USAO_GK_00005102 | USAO_GK_00005102 | 2015-07-24 Letter from Tom re Panelli and house.pdf |
| USAO_GK_00675891 | USAO_GK_00675891 | 2014-07-18 Email from Cory to Kathleen RG with Finnerty CCed with letter from Tom attached.pdf |
| USAO_GK_00005054 | USAO_GK_00005054 | 2013-01-24 Wire Confirmation from Torrey Pines bank for GK Trust Acct (Torrey Pines Acct 5859) for $28,000,000.00.pdf |
| USAO_GK_00675884 | USAO_GK_00675884 | 2014-01-27 Email from Kathleen to Finnerty re RG family missing checks and attachment of letter from Finnerty .pdf |
| USAO_GK_00005114 | USAO_GK_00005118 | 2019-04-15 Attachment to email from Faust to Finnerty (10.30.2014 Ruigomez unsigned consents to settle).pdf |
| USAO_GK_00675912 | USAO_GK_00675912 | 2019-05-03 Email from Fujimoto to Kamon re Tom asked for acctg of Joe and Kathleen RG.pdf |
| USAO_GK_00005107 | USAO_GK_00005107 | 2016-12-20 Email from Danielle Hoover (Fkkblaw) to Kathleen re settlement agreement and discussion w Tom.pdf |
| USAO_GK_00005076 | USAO_GK_00005076 | 2014-01-15 Letter from Finnerty re interst payments.pdf |
| USAO_GK_00675883 | USAO_GK_00675883 | 2014-01-27 Email attachment - letter from Finnerty with checks issued to RG family .pdf |
| USAO_GK_00649007 | USAO_GK_00649007 | 2017-01-09 Letter from Girardi to Joe Ruigomez re settlement funds and Judge.pdf |
| USAO_GK_00675881 | USAO_GK_00675881 | 2013-07-11 Email from Kathleen to Faust with signed agreement dated in 2010.pdf |
| USAO_GK_00005086 | USAO_GK_00005086 | 2014-08-11 Email from Fujimoto to Kathleen in response to Kathleen.pdf |
| USAO_GK_00005132 | USAO_GK_00005132 | 2019-05-07 Telephone Withdrawal from Girardi Nano Banc Personal Acct 2209 for $5,000,000.00.pdf |

| Bates Start | Bates End | Description |
|---|---|---|
| USAO_GK_00675896 | USAO_GK_00675896 | 2019-04-15 Email from Finnerty to Tom - Question Mark - in re to Joe RG asking for checks.pdf |
| USAO_GK_00005034 | USAO_GK_00005034 | 2013-01-24 Email from PG&E to Finnerty re both wires being sent for Ruigomez.pdf |
| USAO_GK_00005078 | USAO_GK_00005079 | 2014-07-11 Email from Kathleen re payments.pdf |
| USAO_GK_00675882 | USAO_GK_00675882 | 2014-01-14 Email from Faust to Kathleen with Finnerty CCed re RG family missing checks.pdf |
| USAO_GK_00675892 | USAO_GK_00675893 | 2014-07-18 Email from Kathleen RG to Tom re following up on checks and interest payments.pdf |
| USAO_GK_00005033 | USAO_GK_00005033 | 2013-01-24 Email from Norina to Kamon with $28M wire confirmation and message Tom knows.pdf |
| USAO_GK_00649003 | USAO_GK_00649003 | 2015-02-23 Letter from Tom re Panelli and interest payments.pdf |
| USAO_GK_00005129 | USAO_GK_00005129 | 2019-05-04 Email from Shirleen to Ruigomez re Tom calling.pdf |
| USAO_GK_00005151 | USAO_GK_00005151 | 2019-04-27 Voicemail from Tom re these things due on the 30th.amr |
| USAO_GK_00005113 | USAO_GK_00005113 | 2019-04-12 Deposit into Girardi Nano Banc Personal Acct 2209 from Bicycle Hotel and Casino for $5,000,000.00.pdf |
| USAO_GK_00648847 | USAO_GK_00648848 | 2013-01-28 Letter from Finnerty to Ruigomez famil re financial advisor.pdf |
| USAO_GK_00005135 | USAO_GK_00005135 | 2019-06-26 Email from Joe to GK attorneys re settlement funds and breach of duties.pdf |
| USAO_GK_00005131 | USAO_GK_00005131 | 2019-05-07 Deposit into GK Nano Banc Acct 0096 from Girardi Nano Banc Personal Acct 2209 for $5,000,000.00.pdf |
| USAO_GK_00648877 | USAO_GK_00648877 | 2017-05-18 Letter from Kathleen to Girardi re settlement agreement and proceeds.pdf |
| USAO_GK_00646760 | USAO_GK_00646761 | 2017-08-11 Email from Kamon to Finnerty re payments to Joe RG (attachment of payments).pdf |
| USAO_GK_00651289 | USAO_GK_00651290 | 2014-01-30 Email from Finnerty to Faust re ask Chris to resend check for Jaime Ruigomez.pdf |
| USAO_GK_00005130 | USAO_GK_00005130 | 2019-05-07 Check from GK Nano banc Acct 0096 to Joseph Ruigomez for $5,000,000.00.pdf |

| Bates Start | Bates End | Description |
|---|---|---|
| USAO_GK_00648886 | USAO_GK_00648890 | 2019-05-02 Emails between Joe Girardi Finnerty and Lira re settlement funds with attachment of funds due.pdf |
| USAO_GK_00675895 | USAO_GK_00675895 | 2017-08-11 Email attachment - Payments from GK to Joe RG.pdf |
| USAO_GK_00648850 | USAO_GK_00648851 | 2013-05-31 Email from Finnerty to Faust re RG family - I am fine without a hard copy.pdf |
| USAO_GK_00005111 | USAO_GK_00005112 | 2017-05-23 Letter from Tom to Michele Bissada (Kathleen divorce attny) re settlement issues.pdf |
| USAO_GK_00649018 | USAO_GK_00649018 | 2019-04-30 Email from Lira to Kamon - heads up.pdf |
| USAO_GK_00638420 | USAO_GK_00638420 | 2013-06-18 Letter from Finnerty re retainer agreement signature.pdf |
| USAO_GK_00675899 | USAO_GK_00675899 | 2019-04-19 Email from Lira to Tom and Fujimoto in re to Joe RG asking for checks.pdf |
| USAO_GK_00649020 | USAO_GK_00649021 | 2019-06-26 Email from Aumais to Fujimoto in re to Joe RG email GK breached duties - super important.pdf |
| USAO_GK_00005133 | USAO_GK_00005134 | 2019-06-14 Email from Joe to Girardi Finnerty and Lira re settlement funds with attachment of funds due.pdf |
| USAO_GK_00005085 | USAO_GK_00005085 | 2014-08-08 Email from Kathy re payments.pdf |
| USAO_GK_00005087 | USAO_GK_00005087 | 2014-08-25 Letter from Tom re tax free annuity.pdf |
| USAO_GK_00675900 | USAO_GK_00675900 | 2019-04-22 Email from Joe RG to Finnerty and Tom - following up on checks.pdf |
| USAO_GK_00675903 | USAO_GK_00675904 | 2019-04-30 Email from Lira to Finnerty in re to Ruigomez matter - I suppose you knew.pdf |
| USAO_GK_00675917 | USAO_GK_00675917 | 2019-06-26 Email from Finnerty to Amanda McClintock in re to Joe RG email GK breached duties - guess they looking for help.pdf |
| USAO_GK_00675867 | USAO_GK_00675867 | 2013-01-18 Email from Kathleen to Faust with Joes signed Annuity docs.pdf |
| USAO_GK_00005074 | USAO_GK_00005074 | 2013-06-20 Letter from Tom re settlement tax free.pdf |
| USAO_GK_00005137 | USAO_GK_00005137 | 2019-07-01 Check from GK Torrey Pines Trust Acct 5859 to Joseph Ruigomez for $2,500,000.00.pdf |

| Bates Start | Bates End | Description |
|---|---|---|
| USAO_GK_00675890 | USAO_GK_00675890 | 2014-07-15 Email from Joe RG to Tom re following up on checks and interest payments.pdf |
| USAO_GK_00005119 | USAO_GK_00005119 | 2019-04-15 Email from Tracey Faust to Finnerty with unsigned Ruigomez consents to settle.pdf |
| USAO_GK_00649019 | USAO_GK_00649019 | 2019-06-14 Email from Lira to Fujimoto - make sure Tom sees this.pdf |
| USAO_GK_00675905 | USAO_GK_00675905 | 2019-05-02 Email from Finnerty to Kathleen and Joe re got your message for funds and will pass along to Tom.pdf |
| USAO_GK_00005149 | USAO_GK_00005149 | 2016-07-06 Voicemail from Tom re settlement payment.amr |
| USAO_GK_00648862 | USAO_GK_00648862 | 2014-08-04 Letter to Tom and Finnerty from Ruigomez family re docs requested.pdf |
| USAO_GK_00648873 | USAO_GK_00648873 | 2015-04-29 Email from Finnerty to Joe RG - will follow-up on interest payments.pdf |
| USAO_GK_00675897 | USAO_GK_00675897 | 2019-04-19 Email from Finnerty to Lira and Jack Girardi in re to Joe RG asking for checks.pdf |
| USAO_GK_00005081 | USAO_GK_00005081 | 2014-07-29 Letter from Tom re Meeting Aug 4 and all our lives will be terrific.pdf |
| USAO_GK_00675901 | USAO_GK_00675901 | 2019-04-30 Email from Finnerty to Lira and Jack Girardi in re Ruigomez - this needs to be addressed.pdf |
| USAO_GK_00005152 | USAO_GK_00005152 | 2013-04-03 Voicemail from Tom re authority to distribute.wma |
| USAO_GK_00648880 | USAO_GK_00648881 | 2019-04-30 Email from Finnerty to Lira in re to Ruigomez matter - I found out from Archie letter.pdf |
| USAO_GK_00675872 | USAO_GK_00675873 | 2013-06-27 Email from Kathleen to Finnerty re collections and provide settlement agreements.pdf |
| USAO_GK_00675920 | USAO_GK_00675920 | 2019-06-26 Email from Fujimoto to Kamon in re to Joe RG email GK breached duties.pdf |
| USAO_GK_00649013 | USAO_GK_00649016 | 2019-04-30 Email from Joe to Girardi and Finnerty re settlement funds with attachment of funds due.pdf |
| USAO_GK_00675914 | USAO_GK_00675914 | 2019-06-26 Email from Amanda McClintock to Jake Courtney in re to Joe RG email GK breached duties.pdf |
| USAO_GK_00675898 | USAO_GK_00675898 | 2019-04-19 Email from Lira to Aumais in re to Joe RG asking for checks.pdf |

15

| Bates Start | Bates End | Description |
|---|---|---|
| USAO_GK_00651834 | USAO_GK_00651905 | (2017-2018) Deposited Items from GK into Nikita Management (Rokita) (BofA Acct 3781) |
| USAO_GK_00651939 | USAO_GK_00651987 | Deposited Items from GK into Bravo's Construction Nikkei Acct 3989.pdf |
| USAO_GK_00005743 | USAO_GK_00005743 | Bravo Construction Invoice 2014-12-23 |
| USAO_GK_00005742 | USAO_GK_00005742 | Bravo Construction Invoice 2014-12-12 |
| USAO_GK_00005741 | USAO_GK_00005741 | Bravo Construction Invoice 2014-12-11 |
| USAO_GK_00005738 | USAO_GK_00005738 | Bravo Construction Invoice 2014-11-25 |
| USAO_GK_00005739 | USAO_GK_00005739 | Bravo Construction Invoice 2014-11-25 |
| USAO_GK_00005737 | USAO_GK_00005737 | Bravo Construction Invoice 2014-11-21 |
| USAO_GK_00005681 | USAO_GK_00005681 | Bravo Construction Invoice 2014-12-15 |
| USAO_GK_00005664 | USAO_GK_00005680 | Bravos_Construction_Invoice_Ledger.pdf |
| USAO_GK_00651906 | USAO_GK_00651906 | 2020-08-13 Wire Transfer from GK (Torrey Pines Acct 9821) to Porsche for $121,494.23 (for Chris Kamon).p |

16