# EXHIBIT 15

# IN CAMERA