**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-47-JLS-1 |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

GOOD CAUSE having been shown, Exhibits 5, 10, 11, and 13 to Thomas Girardi's suppression motion shall be filed under seal. Exhibit 15 shall be filed <u>in camera</u>. Girardi shall also have up to 2,500 additional words for his suppression motion.

DATED: _____

                                          Hon. Josephine L. Staton
                                          United States District Judge