# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-47-JLS-1 |
| Plaintiff, | **ORDER** |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

GOOD CAUSE having been shown, Exhibits 5, 10, 11, and 13 to Thomas Girardi's suppression motion shall be filed under seal. Exhibit 15 shall be filed <u>in camera</u>. Girardi shall also have up to 2,500 additional words for his suppression motion.

DATED: June 23, 2024

Hon. Josephine L. Staton
United States District Judge