CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHARLES J. SNYDER (Bar No. 287246)
(Email: Charles_Snyder@fd.org)
SAMUEL O. CROSS (Bar No. 304718)
(Email: sam_cross@fd.org)
J. ALEJANDRO BARRIENTOS (Bar. No. 346676)
Email: Alejandro_Barrientos@fd.org
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
THOMAS VINCENT GIRARDI

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        v.<br><br>THOMAS VINCENT GIRARDI ,<br><br>            Defendant. | Case No. 2:23-cr-47-JLS-1<br><br>**DEFENDANT GIRARDI'S PARTIAL JOINDER OF GOVERNMENT'S MOTION TO ADMIT AT TRIAL EVIDENCE OF DEFENDANT KAMON'S FLIGHT** |

The government has filed a Motion in Limine to Admit at Trial Evidence of Defendant Christopher Kamon's Flight from Prosecution, ECF No. 218 ("the Motion"). Defendant Girardi joins the Motion, for the reasons stated in the Motion, except to the extent that Motion implies he was a knowing participant in the scheme.

Girardi adds only that the evidence of Kamon's flight discussed in the Motion is admissible not only by the government and for its stated reasons, but independently and by Girardi, because Kamon's flight provides further corroboration that it was Kamon, and not Girardi, who committed the fraud, and because the evidence of Kamon's flight shows an important difference between the two defendants. Flight is relevant to consciousness of guilt. United States v. Harris, 792 F.2d 866, 869 (9th Cir. 1986). Thus too, the fact that one defendant fled and sought to change his identity while the other remained is relevant as to both defendants. It tends to show Kamon's consciousness of guilt and also Girardi's lack of guilt. The evidence is therefore an important part of Girardi's core defense, and he has an independent right to present it, as tending to influence the determination of guilt. This is especially true where the government has charged a theory of joint criminal responsibility.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: July 5, 2024

By  /s/ Samuel Cross
SAMUEL O. CROSS
Deputy Federal Public Defender
Attorney for Thomas Girardi

2