UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.  2:23-cr-00047-JLS                                                                 Date:  July 15, 2024

Present:  **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Interpreter     NONE

| Charles Rojas | NONE | NOT PRESENT |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Thomas Vincent Girardi | NOT | | X | Charles Snyder | No | X | |
| | | | | J. Alejandro Barrientos | No | X | |
| | | | | Samuel Cross | No | X | |
| Christopher Kazuo Kamon | NOT | X | | Michael Severo | | | |

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER RE RESPONSE TO EX PARTE APPLICATION; ORDER SETTING STATUS CONFERENCE**

The Court has reviewed the Ex Parte Application to Continue filed on July 13, 2024 and the Supplement thereto, filed on the same date.  (*See* Docs. 274-275 (filed by Defendant).)  Defense counsel represents that Defendant Kamon joins in the application.  (*See* Doc. 274 at 1.)

The Court directs counsel for the Government to file any response no later than noon Wednesday, July 17, 2024.  (*See id.* (indicating that the Government will oppose).)

The Court sets a status conference in this matter for July 19, 2024 at 11:30 a.m.

**IT IS SO ORDERED.**

Initials of Deputy Clerk: cr