# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS VINCENT GIRARDI,<br><br>Defendant. | Case No. 2:23-cr-47-JLS-1<br><br>**ORDER** |

GOOD CAUSE having been shown, Girardi shall also have up to 7,150 words for the Reply supporting his suppression motion.

DATED: July 14, 2024

_____
Hon. Josephine L. Staton
United States District Judge