# EXHIBIT 5

# Charles Snyder

| | |
|---|---|
| **From:** | Charles Snyder |
| **Sent:** | Tuesday, July 16, 2024 9:10 AM |
| **To:** | Paetty, Scott (USACAC); Moghaddas, Ali (USACAC); Alejandro Barrientos; Sam Cross; Michael Severo |
| **Subject:** | RE: US v. Girardi, et al., CR 23-47-JLS |

Hi, Scott.

We're fine with that change.

Thanks,

Charles J. Snyder
Deputy Federal Public Defender
321 E. 2nd St. | Los Angeles, CA 90012
213.894.4407

---

**From:** Paetty, Scott (USACAC) <Scott.Paetty@usdoj.gov>
**Sent:** Tuesday, July 16, 2024 8:52 AM
**To:** Charles Snyder <Charles_Snyder@fd.org>; Moghaddas, Ali (USACAC) <Ali.Moghaddas@usdoj.gov>; Alejandro Barrientos <Alejandro_Barrientos@fd.org>; Sam Cross <Sam_Cross@fd.org>; Michael Severo <msevero@mvslaw.com>
**Subject:** RE: US v. Girardi, et al., CR 23-47-JLS

Charles,
Thanks for sending.  We agree with your proposed edits with one revision to footnote 2, i.e., "This agreement is subject to the Court's ruling on Girardi's motion in limine regarding client injuries in Docket No. 273."  Please let us know if this edit is acceptable to you.

Mike, when can we expect your position on these stipulations?
Thanks,



Scott Paetty
T: 213.894.6527 | F: 213.894.6269 | scott.paetty@usdoj.gov

---

**From:** Charles Snyder <Charles_Snyder@fd.org>
**Sent:** Monday, July 15, 2024 6:17 PM
**To:** Moghaddas, Ali (USACAC) <AMoghaddas@usa.doj.gov>; Alejandro Barrientos <Alejandro_Barrientos@fd.org>; Sam Cross <Sam_Cross@fd.org>; Michael Severo <msevero@mvslaw.com>
**Cc:** Paetty, Scott (USACAC) <spaetty@usa.doj.gov>
**Subject:** [EXTERNAL] RE: US v. Girardi, et al., CR 23-47-JLS

Hi, Ali and Scott.

I've attached our proposed edits to the stipulation.  Big picture, and especially since we do not have an exhibit list, we are willing to reciprocally agree to categories of evidence rather than specific exhibits.  I think the reason for that is

1

obvious, but in case it is not, we don't want either of us to be in a situation where one side agrees on the evidentiary foundation a helpful item of evidence in a particular category then turns around and argues, for reasons other than 401 or 403, that another thing in the same category is inadmissible.  Also, again, we don't have an exhibit list and wouldn't give it to you at this point even if we did.  See Standing Order ¶ 10.  Consistent with that general approach, I attempted to identify the categories of evidence on which we would be willing to agree, which I think covers most of your exhibit list.  There may be other categories that you want that I unintentionally missed; if so, feel free to add them and we can get back to you.  And if we come up with anything else in the meantime, we will let you know.  As we discussed on the phone a couple weeks ago, we're interested in a trial that runs smoothly and, subject to all of our various other arguments about what should and should not be presented at trial, allows each side an opportunity to reasonably present truthful evidence to the jury so that the jury can make an informed decision.

Thanks,

Charles J. Snyder
Deputy Federal Public Defender
321 E. 2nd St. | Los Angeles, CA 90012
213.894.4407

**From:** Moghaddas, Ali (USACAC) <Ali.Moghaddas@usdoj.gov>
**Sent:** Sunday, July 14, 2024 8:19 PM
**To:** Charles Snyder <Charles_Snyder@fd.org>; Alejandro Barrientos <Alejandro_Barrientos@fd.org>; Sam Cross <Sam_Cross@fd.org>; Michael Severo <msevero@mvslaw.com>
**Cc:** Paetty, Scott (USACAC) <Scott.Paetty@usdoj.gov>
**Subject:** US v. Girardi, et al., CR 23-47-JLS

Counsel,

Attached are draft stipulations we have prepared for your consideration.  Of course, these are not intended to be final and we welcome your thoughts and edits.  Additionally, if you have other stipulations to propose, please let us know.  Happy to discuss if easier.

Best,
Ali