UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES – GENERAL

Case No.  2:23-cr-00047-JLS                                          Date:  July 24, 2024

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Interpreter    NONE

| Charles Rojas | NONE | NOT PRESENT |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Thomas Vincent Girardi | NOT | | X | Charles Snyder | No | X | |
| | | | | J. Alejandro Barrientos | No | X | |
| | | | | Samuel Cross | No | X | |
| Christopher Kazuo Kamon | NOT | X | | Michael Severo | No | | X |

**PROCEEDINGS:   (IN CHAMBERS) ORDER TAKING MOTION (DOC. 219) UNDER SUBMISSION**

The Court has reviewed the parties' filings related to the Government's Motion in Limine to Introduce Defendant Kamon's Proffer Statements under certain circumstances. (Docs. 219, 239, 253, 266.)  This matter is currently set for hearing on July 26, 2024.  Although the status conference for that day remains on calendar, the Court takes this Motion under submission.

**IT IS SO ORDERED.**

Initials of Deputy Clerk: cr