UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES - GENERAL

| Case No. | LA23CR00047-JLS-1 | Date | July 26, 2024 |
|---|---|---|---|

**Present: The Honorable** JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE

**Interpreter** None

| Charles A. Rojas | Marea Woolrich | Ali Moghaddas, Scott Peatty |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Thomas Vincent Girardi | X | X | | 1) Alejandro Barrientos, DFPD, Charles Snyder, DFPD Sam Cross, DFPD; | X | X | |
| 2) Christopher K. Kamon | X | X | | 2) Michael Severo, Rtnd. | X | | X |

**PROCEEDINGS:** STATUS CONFERENCE

The matter is called and counsel state their appearances. The Court and counsel confer as stated on the record.

Defendant, Christopher K. Kamon's jury trial is continued to January 21, 2025, at 9:00 AM.

The parties are ordered to meet and confer regarding language to be added to the jury questionnaire apprising prospective jurors that the attorneys may review social media to research the prospective jurors or their responses.   The parties are to provide any requested language in that regard by noon on Monday, July 29, 2024.   A further order will issue regarding the logistics of administering the juror questionnaire.

: .55

Initials of Deputy Clerk   cr