E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
ALI MOGHADDAS (Cal. Bar No. 305654)
Assistant United States Attorney
Corporate and Securities Fraud Strikeforce
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6527/1786
     Facsimile: (213) 894-6269
     E-mail: scott.paetty/ali.moghaddas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-47-JLS |
|---|---|
| Plaintiff, | PROPOSED VERDICT FORMS |
| v. | Trial Date: August 6, 2024 |
| THOMAS VINCENT GIRARDI, | Trial Time: 8:30 a.m. |
| Defendant. | Location: Courtroom of the Hon. Josephine L. Staton |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Scott Paetty and Ali Moghaddas, hereby files the parties' proposed verdict forms.

//

While the parties agree a general verdict form is required (as opposed to a special verdict form), they disagree on the level of detail that should be included.  The government proposes a straightforward verdict form that only identifies the count and the client victim's initials (assuming the Court is disinclined to send a trial indictment back with the jury during deliberations).  The defendant's proposal includes much more detail than is typically included or necessary.  While the government will admit evidence regarding the details of each wire underlying the counts, such detail is not necessary in the verdict form.

Defendant Girardi's position is below:

It is appropriate to identify the wires alleged in the indictment because misuse of wires is the conduct prohibited by the wire fraud statute, and alleged misuse of multiple wires creates the basis for multiple counts. In the recent wire fraud case of U.S. v. Middlebrook, the government proposed, and Judge Dale S. Fischer adopted, a verdict form specifically identifying the wire underlying each count. See U.S. v. Middlebrook, 2:20-cr-00229-DSF, ECF No. 257, at 2 (government-proposed verdict form asking the jury to make a determination "with respect to a text message sent on March 16, 2020, at or about 4:53 p.m. by defendant").

Dated: July 30, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

       /s/
_____
SCOTT PAETTY
ALI MOGHADDAS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# GOVERNMENT'S PROPOSED VERDICT FORM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>         Plaintiff,  <br>              v.  <br>THOMAS V. GIRARDI,  <br>         Defendant. | No. 23-00047-JLS  <br><br>VERDICT |

    We, the jury in the above-entitled action, present the following unanimous verdict:

## COUNT ONE

(Wire Fraud, 18 U.S.C. § 1343)

We, the jury in the above-entitled action, unanimously find the defendant, Thomas V. Girardi (*check one*):

\_\_\_   NOT GUILTY

\_\_\_   GUILTY

of the offense charged in Count One of the Indictment relating to client E.S.

(*Please proceed to next count*)

## COUNT TWO

(Wire Fraud, 18 U.S.C. § 1343)

We, the jury in the above-entitled action, unanimously find the defendant, Thomas V. Girardi (*check one*):

\_\_\_   NOT GUILTY

\_\_\_   GUILTY

of the offense charged in Count Two of the Indictment relating to client J.R.

(*Please proceed to next count*)

3

## COUNT THREE

(Wire Fraud, 18 U.S.C. § 1343)

We, the jury in the above-entitled action, unanimously find the defendant, Thomas V. Girardi (*check one*):

          ___    NOT GUILTY

          ___    GUILTY

of the offense charged in Count Three of the Indictment relating to client J.H.

(*Please proceed to next count*)

4

## COUNT FOUR

(Wire Fraud, 18 U.S.C. § 1343)

We, the jury in the above-entitled action, unanimously find the defendant, Thomas V. Girardi (*check one*):

      \_\_\_     NOT GUILTY

      \_\_\_     GUILTY

of the offense charged in Count Four of the Indictment relating to client J.S.

(*Please sign and date this form and return it to the Court*)

Dated: _____
                          FOREPERSON OF THE JURY

5

# DEFENDANT'S PROPOSED VERDICT FORM

## COUNT ONE

(Wire Fraud, 18 U.S.C. § 1343)

We, the jury in the above-entitled action, unanimously find the defendant, Thomas V. Girardi (check one):

    \_\_\_ NOT GUILTY

    \_\_\_ GUILTY

of wire fraud as charged in Count One of the Indictment, relating to a wire transfer on June 17, 2019 of approximately $4,000,000 from City National Bank, in Los Angeles, California, through the Fedwire system to the Nano Banc IOLTA Account, in Los Angeles, California.

## COUNT TWO

(Wire Fraud, 18 U.S.C. § 1343)

We, the jury in the above-entitled action, unanimously find the defendant, Thomas V. Girardi (check one):

    \_\_\_ NOT GUILTY

    \_\_\_ GUILTY

of wire fraud as charged in Count Two of the Indictment, relating to a wire on July 1, 2019 clearing an approximately $2,500,000 check drawn on the Nano Banc IOLTA Account, in Los Angeles, California and deposited into First Century Bank, in Los Angeles, California

## COUNT THREE

(Wire Fraud, 18 U.S.C. § 1343)

We, the jury in the above-entitled action, unanimously find the defendant, Thomas V. Girardi (check one):

    \_\_\_ NOT GUILTY

    \_\_\_ GUILTY

of wire fraud as charged in Count Three of the Indictment, relating to a wire transfer on May 22, 2020 of approximately $128,250 from Bank of America, in New York,

New York, through the Fedwire system to the Torrey Pines IOLTA Account, in Los Angeles, California.

## COUNT FOUR

(Wire Fraud, 18 U.S.C. § 1343)

We, the jury in the above-entitled action, unanimously find the defendant, Thomas V. Girardi (check one):

        \_\_\_ NOT GUILTY

        \_\_\_ GUILTY

of wire fraud as charged in Count Four of the Indictment, relating to a wire on June 25, 2020 clearing a check of approximately $504,400 by drawing upon a JPMorgan Chase Bank account in Fort Washington, New York, and crediting funds to the Torrey Pines IOLTA Account in Los Angeles, California