E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
ALI MOGHADDAS (Cal. Bar No. 305654)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2400
     Facsimile: (213) 894-0141
     E-mail:    scott.paetty/ali.moghaddas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>                 v.<br><br>THOMAS V. GIRARDI,<br><br>            Defendant. | No. CR 23-47-JLS-1<br><br>*EX PARTE* APPLICATION FOR ORDER COMPELLING TESTIMONY OF BRANDI BRETHOUR PURSUANT TO TITLE 18 U.S.C § 6001 *ET SEQ.*; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF E. MARTIN ESTRADA |

     The United States Attorney hereby applies to this Honorable Court for an order compelling Brandi Brethour to testify and produce evidence pursuant to the provisions of Title 18, United States Code, Section 6001 et seq., and respectfully represents as follows:

     1.   Brandi Brethour has been subpoenaed to testify before this Court on August 6, 2024;

     2.   Counsel for Brandi Brethour has advised that if Ms. Brethour is called to the stand, she will at that time refuse to answer questions, invoking the constitutional privilege against self-incrimination;

3. In the judgment of the United States Attorney, the testimony of Ms. Brethour may be necessary to the public interest; and

4. Jennifer A.H. Hodge, an authorized Deputy Assistant Attorney General of the United States, has approved this application for an order compelling Brandi Brethour to testify pursuant to 18 U.S.C. § 6002 and 28 C.F.R. § 0.175(a).

Wherefore, pursuant to the provisions of 18 U.S.C. § 6001 et seq., the United States Attorney requests that the Court order Brandi Brethour to give testimony relating to all matters within her knowledge about which she may be interrogated in this matter.

In support of this motion, the United States Attorney submits herewith the attached declaration of E. MARTIN ESTRADA, exhibit, and proposed order.

Dated: August 5, 2024          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

         /s/
_____
SCOTT PAETTY
ALI MOGHADDAS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

The United States is applying to this court pursuant to 18 U.S.C. § 6003 for an order compelling the testimony of a witness before the Court in this matter.  Section 6003(b) provides that the United States Attorney may request such an order when in his (or her) judgment the testimony or other information from an individual may be necessary to the public interest, and such individual has refused or is likely to refuse to testify or provide other information on the basis of his privilege against self-incrimination.  The attached Declaration of E. MARTIN ESTRADA, the United States Attorney, establishes that in his judgment the testimony of this witness may be necessary to the public interest and that this witness has refused or will refuse to testify on the basis of her privilege against self-incrimination.  Section 6003(a) provides that "the United States district court . . . shall issue . . . upon the request of the United States Attorney . . . , an order requiring such individual to give testimony or provide other information which he refuses to give or provide on the basis of his privilege against self-incrimination."  The grant of the order is, therefore, mandatory upon a proper request such as the one presented here.

**DECLARATION OF E. MARTIN ESTRADA**

I, E. MARTIN ESTRADA, declare as follows:

1. I am the United States Attorney for the Central District of California.

2. I have been advised by Assistant United States Attorneys Scott Paetty and Ali Moghaddas that Rob Scroggie, counsel for Brandi Brethour has advised that if Ms. Brethour is called to the stand before the Court in this matter, she will refuse to answer certain questions, invoking the constitutional privilege against self-incrimination.

3. Assistant United States Attorneys Scott Paetty and Ali Moghaddas have presented the facts of the investigation to me, and in my judgment, the testimony of Brandi Brethour may be necessary to the public interest.

4. An authorized Deputy Assistant Attorney General of the United States has approved the application for an order instructing Brandi Brethour to testify and produce evidence under the provisions of 18 U.S.C. § 6003 and 28 C.F.R. § 0.175(a). A true copy of the letter from Jennifer A.H. Hodge, Deputy Assistant Attorney General, Criminal Division, Department of Justice, expressing said approval is attached as Exhibit 1.

5. Assistant United States Attorneys Scott Paetty and Ali Moghaddas have advised me of the following matters:

   a. Trial is currently pending in this matter and the government will require the testimony of Brandi Brethour.

//
//
//

       b.    Assistant United States Attorneys Scott Paetty and Ali Moghaddas are available to consult with the Court.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: This 5th day of August 2024.

_____
E. MARTIN ESTRADA
United States Attorney

5