UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-47-JLS-1 |
|---|---|
| Plaintiff, | **ORDER PURSUANT TO 18 U.S.C. § 6002** |
| v. | |
| THOMAS V. GIRARDI, | |
| Defendant. | |

On motion of the United States Attorney for the Central District of California, and it appearing to the satisfaction of the court:

1. That Brandi Brethour has been subpoenaed as a witness to testify before the Court in this matter on August 6, 2024; and

2. That Brandi Brethour has refused or will refuse to testify or provide other information on the basis of her privilege against self-incrimination; and

3. That in the judgment of the said United States Attorney, the testimony or other information from said Brandi Brethour may be necessary to the public interest; and

4. That the aforesaid motion filed herein has been made with the approval of the Deputy Assistant Attorney General in charge of the Criminal Division of the Department of Justice, pursuant to the

authority vested in her by 18 U.S.C. § 6003, and 28 C.F.R. § 0.175(a).

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Brandi Brethour give testimony or provide other information which she refuses to give or to provide on the basis of her privilege against self-incrimination as to all matters about which she may be interrogated in the course of these proceedings.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or information, shall be used against Brandi Brethour in any criminal case, except that she shall not be exempted by this order from prosecution for perjury, giving a false statement, or otherwise failing to comply with this order.

August 5, 2024
DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE