FILED
CLERK, U.S. DISTRICT COURT

AUG 27 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-00047-JLS |
| Plaintiff, | VERDICT |
| v. | |
| THOMAS V. GIRARDI, | |
| Defendant. | |

We, the jury in the above-entitled action, present the following unanimous verdict:

COUNT ONE

(Wire Fraud, 18 U.S.C. § 1343)

We, the jury in the above-entitled action, unanimously find the defendant, Thomas V. Girardi (*check one*):

_____ NOT GUILTY

_X_ GUILTY

of the offense charged in Count One of the Indictment relating to client E.S.

(*Please proceed to next count*)

2

COUNT TWO

(Wire Fraud, 18 U.S.C. § 1343)

We, the jury in the above-entitled action, unanimously find the defendant, Thomas V. Girardi (*check one*):

    \_\_\_    NOT GUILTY

    X    GUILTY

of the offense charged in Count Two of the Indictment relating to client J.R.

(*Please proceed to next count*)

3

COUNT THREE

(Wire Fraud, 18 U.S.C. § 1343)

We, the jury in the above-entitled action, unanimously find the defendant, Thomas V. Girardi (*check one*):

_____    NOT GUILTY


__X__    GUILTY


of the offense charged in Count Three of the Indictment relating to client J.H.

(*Please proceed to next count*)

4

1

2

3

4                              COUNT FOUR

5                    (Wire Fraud, 18 U.S.C. § 1343)

6          We, the jury in the above-entitled action, unanimously find the

7    defendant, Thomas V. Girardi (check one):

8

9                    ____    NOT GUILTY

10

11                    X     GUILTY

12

13   of the offense charged in Count Four of the Indictment relating to

14   client J.S.

15

16

17   (Please sign and date this form and return it to the Court)

18

19

20

21   Dated:

22      08/27/2024

23

24

25

26

27

28
                                      5

# DEFENDANT'S PROPOSED VERDICT FORM

## COUNT ONE

### (Wire Fraud, 18 U.S.C. § 1343)

We, the jury in the above-entitled action, unanimously find the defendant, Thomas V. Girardi (check one):

___ NOT GUILTY

X GUILTY

of wire fraud as charged in Count One of the Indictment, relating to a wire transfer on June 17, 2019 of approximately $4,000,000 from City National Bank, in Los Angeles, California, through the Fedwire system to the Nano Banc IOLTA Account, in Los Angeles, California.

## COUNT TWO

### (Wire Fraud, 18 U.S.C. § 1343)

We, the jury in the above-entitled action, unanimously find the defendant, Thomas V. Girardi (check one):

___ NOT GUILTY

X GUILTY

of wire fraud as charged in Count Two of the Indictment, relating to a wire on July 1, 2019 clearing an approximately $2,500,000 check drawn on the Nano Banc IOLTA Account, in Los Angeles, California and deposited into First Century Bank, in Los Angeles, California

## COUNT THREE

### (Wire Fraud, 18 U.S.C. § 1343)

We, the jury in the above-entitled action, unanimously find the defendant, Thomas V. Girardi (check one):

___ NOT GUILTY

X GUILTY

of wire fraud as charged in Count Three of the Indictment, relating to a wire transfer on May 22, 2020 of approximately $128,250 from Bank of America, in New York,

New York, through the Fedwire system to the Torrey Pines IOLTA Account, in Los
Angeles, California.

## COUNT FOUR

(Wire Fraud, 18 U.S.C. § 1343)

We, the jury in the above-entitled action, unanimously find the defendant, Thomas
V. Girardi (check one):

      \_\_\_ NOT GUILTY

      X GUILTY

of wire fraud as charged in Count Four of the Indictment, relating to a wire on
June 25, 2020 clearing a check of approximately $504,400 by drawing upon a
JPMorgan Chase Bank account in Fort Washington, New York, and crediting funds
to the Torrey Pines IOLTA Account in Los Angeles, California