CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHARLES J. SNYDER (Bar No. 287246)
Email: Charles_Snyder@fd.org
SAMUEL CROSS (Bar No. 304718)
Email: Samuel_Cross@fd.org
J. ALEJANDRO BARRIENTOS (Bar No. 346676)
Email: Alejandro_Barrientos@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012
Tel: 213-894-2854
Fax: 213-894-0081

Attorneys for Defendant
Thomas Vincent Girardi

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS VINCENT GIRARDI,<br><br>Defendant. | Case No. CR-23-47-JLS-1<br><br>**THOMAS GIRARDI'S RENEWAL OF TRIAL MOTIONS FOR JUDGMENT OF ACQUITTAL [FED. R. CRIM. P. 29(a)] AND POST-VERDICT MOTION FOR JUDGMENT OF ACQUITTAL [FED. R. CRIM. P. 29(c)]** |

During trial, Tom Girardi presented a lengthy Rule 29 argument after the government's case-in-chief, made another Rule 29 motion after the defense case, and moved again under Rule 29 after the government's rebuttal.[1]  Because the Court reserved ruling on those motions, it must decide them "on the basis of the evidence at the time the ruling was reserved."  Fed. R. Crim P. 29(b).  Girardi also separately

---

[1] At the Court's request, the parties also provided supplemental briefing related to Girardi's argument under *Parr v. United States*, 363 U.S. 370 (1960).  Docket Nos. 352, 354.

1

moves now for judgment of acquittal under Rule 29(c), which empowers the Court to acquit him post-verdict.  As previously argued, the Court must grant a judgment of acquittal as to all counts because no rational juror could've found that the government proved each element of each offense, or any element of any offense, beyond a reasonable doubt.  In addition, or in the alternative, the Court should grant Girardi a new trial under Rules 29(d)(1) and/or Rule 33.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: October 8, 2024          By  */s/ Charles J. Snyder*

CHARLES J. SNYDER
Attorney for Thomas Girardi

## CERTIFICATE OF COMPLIANCE

I, the undersigned, counsel of record for Defendant Thomas Girardi, certify that this brief contains approximately 143 words, which complies with the word limit of Civil L.R. 11-6.1, incorporated by reference into the local rules for criminal cases by L.Cr.R. 57-1, as well as this Standing Order. In making this certification, I have relied on the computer program used to prepare this brief (Microsoft Word).

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: August 8, 2024         By  */s/ Charles J. Snyder*

CHARLES J. SNYDER
Attorney for Thomas Girardi