CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHARLES J. SNYDER (Bar No. 287246)
Email: Charles_Snyder@fd.org
SAMUEL CROSS (Bar No. 304718)
Email: Sam_Cross@fd.org
J. ALEJANDRO BARRIENTOS (Bar. No. 346676)
Email: Alejandro_Barrientos@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
THOMAS VINCENT GIRARDI

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS VINCENT GIRARDI,<br><br>    Defendant. | Case No 2:23-cr-00047-JLS-1<br><br>**UNOPPOSED *EX PARTE* APPLICATION TO FILE EXHIBIT A AND PORTIONS OF EXHIBIT B TO DEFENDANT'S MOTION FOR NEW TRIAL UNDER SEAL** |

//
//
//

1 | Thomas V. Girardi, by undersigned counsel, applies an order that exhibit A and
2 | portions of exhibit B to Mr. Girardi's motion for new trial, lodged herewith, be filed
3 | under seal.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: October 8, 2024      By: /s/ J. Alejandro Barrientos
CHARLES J. SNYDER
SAMUEL CROSS
J. ALEJANDRO BARRIENTOS
Deputy Federal Public Defenders
Attorneys for Thomas V. Girardi

## MEMORANDUM OF POINTS AND AUTHORITIES

A court has supervisory powers over its records and files to seal documents under appropriate circumstances. *See United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987). Local Rule 79-5.1 provides that a party may request that documents be filed under seal. Exhibit A to defendant's motion for new trial includes a declaration that the defense previously attempted to submit in camera on August 21, 2024. *See* ECF No. 351. The declaration includes sensitive information, including defense counsel's observations of Mr. Girardi during trial. Exhibit B, a declaration by Mr. Girardi's caretaker, similarly references some sensitive information regarding her caretaking of Mr. Girardi during trial and his personal hygiene. The defense therefore respectfully requests an order permitting the under seal filing of exhibit A and portions of exhibit B referencing Mr. Girardi's hygiene. It is submitted that the attached declaration of counsel is sufficient to justify that such documents be filed under seal. The government does not oppose this application.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: October 8, 2024        By: /s/ *J. Alejandro Barrientos*
CHARLES J. SNYDER
SAMUEL CROSS
J. ALEJANDRO BARRIENTOS
Deputy Federal Public Defenders
Attorneys for Thomas V. Girardi

3

**DECLARATION OF COUNSEL**

I, J. Alejandro Barrientos, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender representing Mr. Thomas V. Girardi in the above-captioned case.

2. Exhibit A to defendant's motion for new trial includes a declaration that the defense previously attempted to submit in camera on August 21, 2024. *See* ECF No. 351. The declaration includes sensitive information, such defense counsel's observations of Mr. Girardi during trial. Exhibit B is a declaration by Mr. Girardi's caretaker that similarly references sensitive information regarding her caretaking of Mr. Girardi during trial and his personal hygiene. The defense therefore requests an order permitting the under seal filing of exhibit A and portions of exhibit B referencing Mr. Girardi's hygiene at trial.

3. I conferred with counsel for the government regarding this *ex parte* application. Government counsel confirmed that the government does not oppose this application.

4. The defense therefore asks the Court to grant this application.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: October 8, 2024       By: */s/ J. Alejandro Barrientos*
                             J. ALEJANDRO BARRIENTOS
                             Deputy Federal Public Defender