CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHARLES J. SNYDER (Bar No. 287246)
Email: Charles_Snyder@fd.org
SAMUEL CROSS (Bar No. 304718)
Email: Sam_Cross@fd.org
J. ALEJANDRO BARRIENTOS (Bar. No. 346676)
Email: Alejandro_Barrientos@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
THOMAS VINCENT GIRARDI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS VINCENT GIRARDI,<br><br>Defendant. | Case No. 2:23-cr-47-JLS-1<br><br>**EX PARTE APPLICATION TO CONTINUE SENTENCING DATE TO DECEMBER 20, 2024, OR, ALTERNATIVELY, TO EXTEND THE DEADLINE FOR FILING SENTENCING POSITIONS TO NOVEMBER 29, 2024** |

Tom Girardi, through counsel, applies <u>ex parte</u> to continue the sentencing date in this case from December 6 to December 20, 2024. In the alternative, Girardi asks the Court to extend his deadline to file a sentencing position to November 29, 2024. Girardi bases this application on the attached declaration, the files and records in this case, and any other argument or evidence that the Court may consider. The government opposes a continuance. If the Court denies a continuance but grants

Girardi's alternative request for an extended filing deadline, the government asks that it be allowed to file its sentencing position on the same day.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: November 14, 2024    By  */s/ Charles J. Snyder*

CHARLES J. SNYDER
Attorney for Thomas Girardi

# DECLARATION OF CHARLES J. SNYDER

I, Charles J. Snyder, declare as follows:

1. I am a California-licensed DFPD appointed to represent Tom Girardi in this matter. Unless otherwise stated, I make this declaration based on personal knowledge and, if called as a witness, would attest to its contents under oath.

2. Trial in this matter concluded on August 27, 2024, at which time the Court set a sentencing date of December 6, 2024. The PSR was disclosed on November 1, 2024, the last possible day under the Rules of Criminal Procedure.

3. This is a large and complicated matter with significant public interest and potential sentencing exposure. I am requesting a brief continuance of the sentencing date because, due to professional commitments and personal life events, the remaining members of Girardi's defense team[1] need more time than presently available to work with a prison-conditions consultant, gather letters, and draft Girardi's sentencing submission, including a response to the recently disclosed PSR.

4. On November 12 and 13, 2024, I communicated with the government about the requested continuance; the government indicated that it opposes a continuance of the sentencing hearing. If a continuance is granted to a date other than the one proposed, however, the government indicated that it is unavailable between December 23, 2024 and January 10, 2025.[2]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed November 14, 2024 at Los Angeles, California.

                                                    /s/ Charles J. Snyder
                                                    Charles J. Snyder

---

[1] J. Alejandro Barrientos is leaving the FPDO on November 18, 2024.

[2] Though I believe we need more than one additional week, if the Court is not inclined to grant a continuance, I would alternatively ask that the Court allow Girardi's defense team to file his sentencing position one week before the hearing, on November 29, rather than two weeks. If the Court allows that, the government has asked that it also be allowed to file its sentencing position on November 29.