# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-47-JLS-1 |
| Plaintiff, | **ORDER RE: SEALING UNREDACTED EXHIBITS** |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

GOOD CAUSE having been shown, Thomas Girardi may file Exhibits 2-1 and 2-3 to his Sentencing Position publicly with redactions and under seal without redactions.

DATED: December 8, 2024

_____
Hon. Josephine L. Staton
United States District Judge