UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>THOMAS VINCENT GIRARDI,<br><br>　　　　Defendant. | No. CR 23-47-JLS-1<br><br>**ORDER GRANTING IN PART GOVERNMENT REQUEST TO SEAL DOCUMENTS** |

　　　　For good cause shown, IT IS HEREBY ORDERED THAT:

　　　　The Declaration of Scott Paetty and the documents attached thereto in support of sentencing in the above-titled case are HEREBY ORDERED to be filed under seal. However, the *ex parte* application for the sealing order does not contain any information that cannot be filed publicly and the request to file the application under seal is DENIED.

　　　　IT IS SO ORDERED.

December 8, 2024　　　　　　　　　　　　　　　　　　／s／ Joseph Staton
DATE　　　　　　　　　　　　　　　　　　　HONORABLE JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE