UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.  2:23-cr-00047                                                       Date:  December 18, 2024

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Interpreter      NONE

| Kelly Davis | NONE | NOT PRESENT |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Thomas Vincent Girardi | NOT | | X | Charles J. Snyder | No | X | |
| | | | | Samuel Cross | No | X | |

**PROCEEDINGS:   (IN CHAMBERS) ORDER VACATING SENTENCING HEARING AND SETTING STATUS CONFERENCE**

Having reviewed the parties' responses to this Court's Order Requiring Briefing on the Applicability of 18 U.S.C. § 4244 (*see* Docs. 431, 435, 436), the Court concludes that a hearing pursuant to § 4244 is required to determine whether "defendant should be committed to a suitable facility in lieu of imprisonment." *United States v. Buker*, 902 F.2d 769, 770 (9th Cir. 1990); *see also United States v. Lizama*, 13 F. App'x 738, 740 (9th Cir. 2001). Accordingly, the Sentencing Hearing set for December 20, 2024 at 1:30 p.m. is vacated.  In its place, and at that same time, the Court will hold a status conference to determine an appropriate schedule for a psychiatric or psychological examination pursuant to 18 U.S.C. §§ 4244(b) and 4247(b), (c), and a subsequent hearing pursuant to 18 U.S.C. § 4247(d).

Defendant is ordered to appear.

**IT IS SO ORDERED.**

Initials of Deputy Clerk: kd