# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS VINCENT GIRARDI,<br><br>    Defendant. | Case No. 2:23-CR00047-JLS<br><br>**ORDER TEMPORARILY COMMITING DEFENDANT TO THE CUSTODY OF THE ATTORNEY GENERAL PURSUANT TO 18 U.S.C. §§ 4244, 4247(b)** |

    The Court, having concluded that a hearing pursuant to 18 U.S.C. § 4244 is required to determine whether Defendant should be committed to a suitable facility in lieu of imprisonment, HEREBY ORDERS Defendant Girardi committed to the custody of the Attorney General for placement in a suitable facility for the purposes of an examination under sections 4244(b) and 4247. Specifically, the Court ORDERS AS FOLLOWS:

1. The examination shall be conducted by a licensed or certified psychiatrist or psychologist at the Federal Medical Center in Butner, North Carolina ("Butner Medical Center"). No later than **January 3, 2025**, the Government shall file with the Court the name and qualifications of this person with the Court.

2. As provided in 18 U.S.C. § 4247(b), the examination shall be conducted for a reasonable period, **not to exceed 30 days**. A maximum 15-day extension will be granted only upon application by the director of the facility showing good cause that additional time is necessary to observe and evaluate the Defendant.

**cc:** **USMS**

3. Pursuant to 18 U.S.C. § 4247(c), the report shall be filed with the court promptly upon completion with copies provided to Defendant's counsel and the attorney for the Government and shall include:

   a. Defendant's history and present symptoms;

   b. A description of the psychiatric, psychological, and medical tests that were employed and their results;

   c. The examiner's findings; and

   d. The examiner's opinions as to diagnosis, prognosis, and whether Defendant is suffering from a mental disease or defect as a result of which he is in need of custody for care or treatment in a suitable facility. If the report includes an opinion that Defendant is presently suffering from a mental disease or defect but that it is not such as to require his custody for care or treatment in a suitable facility, the report shall also include an opinion concerning the sentencing alternatives that could best accord the defendant the kind of treatment he does need.

4. Defendant shall surrender to the United States Marshal at the Los Angeles office, located within the First Street United States Courthouse, 350 West 1st Street, Suite 3001, Los Angeles, CA 90012-4545, no later than **7 a.m. on Wednesday, January 7, 2025** for secure medical air transport to the Butner Medical Center. The transportation shall be direct and completed within one day. Defendant may not be placed in custody or kept overnight at any facility other than the Butner Medical Center. If, between now and the date of surrender, the United States Marshal becomes aware of any logistical difficulty with compliance with this Order, notice shall be provided to the Court promptly. Upon completion of the examination, Defendant shall be returned to Los Angeles, California in the same manner.

Upon receipt of the report described in Section 3, above, the Court shall set a date for a hearing, which shall be conducted pursuant to 18 U.S.C. § 4247(d).

**IT IS SO ORDERED.**

DATED: December 20, 2024

_____
HON. JOSEPHINE L. STATON
United States District Judge

**CC: USMS**