JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 279714)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6527
     Facsimile: (213) 894-6269
     E-mail:   scott.paetty@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-47-JLS-1 |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR HEARING DATE RE 18 U.S.C. § 4244; DECLARATION OF SCOTT PAETTY; PROPOSED ORDER |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Scott Paetty, hereby applies ex parte for a hearing date regarding the evaluation of defendant Thomas Vincent Girardi ("defendant") pursuant to 18 U.S.C. § 4244. Defendant opposes the government's proposed date for the hearing (April 11, 2025) and instead proposes that the hearing be held on May 16, 2025. The parties agree that no pre-hearing briefing is warranted.

//

//

This ex parte application is based upon the attached memorandum of points and authorities, the declaration of Scott Paetty, the files and records in this case, and any additional argument the Court may permit.

Dated: March 17, 2025                Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division


         /s/
_____
SCOTT PAETTY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

On March 11, 2025, the Bureau of Prisons submitted its evaluation of defendant Thomas Vincent Girardi ("defendant") under 18 U.S.C. § 4244 (the "BOP report"). Pursuant to the Court's order (docket 448), the parties met and conferred in good faith regarding the schedule for a hearing and any briefing regarding the BOP report. The parties agree that no pre-hearing briefing is warranted; however, the parties could not agree on a date for the hearing. The government believes that a hearing no later than April 11, 2025 is appropriate and gives defendant adequate time to prepare for the hearing while keeping these proceedings moving timely.

The government's proposed schedule is warranted for the following reasons. First, the parties have known about the BOP report since December when the Court ordered an examination of defendant under 18 U.S.C. § 4244. (See Docket 439.) Defendant has had ample time to retain any expert to review and evaluate the BOP report, the subject matter of which was clearly stated in the Court's December order. In fact, defense counsel previously submitted a report by a former BOP employee in support of its briefing on the § 4244 issue. (Docket 421-1.) Second, the BOP report is neither complex nor voluminous, it is less than thirty pages, and does not recommend further testing or evaluation of defendant. Indeed, during a meet and confer email exchange, defense counsel initially proposed a mid-April date for the hearing. (Paetty Declaration ¶ 4.) Finally, the parties agree that no additional briefing in advance of the hearing is needed. (Id. ¶ 5.)

Defendant objects to the government's proposed date and requests that the hearing be held on May 16 in order "to consult with already-

1  retained expert witnesses regarding the BOP report the parties
2  received, and to consult with other potential expert and lay
3  witnesses regarding that report." (Id. ¶ 6.)  Defendant does not
4  object to the ex parte nature of this application. (Id. ¶ 7.)

**DECLARATION OF SCOTT PAETTY**

I, Scott Paetty, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am the attorney representing the government in this case.

2. On March 11, 2025, the parties and the Court received a report from the Bureau of Prisons in response to the Court's order for an evaluation of defendant Thomas Vincent Girardi under 18 U.S.C. § 4244 (the "BOP report").

3. Pursuant to the Court's order the parties met and conferred in good faith regarding scheduling for a hearing and any briefing on the BOP report. The government's position is that a hearing no later than April 11, 2025 is appropriate.

4. During the meet and confer process, defense counsel initially proposed a "mid-April" date for the hearing. However, the parties were unable to agree on a hearing date.

5. The parties agree that no pre-hearing briefing is warranted.

6. Defendant objects to the government's proposed date and requests that the hearing be held on May 16, 2025 in order "to consult with already-retained expert witnesses regarding the BOP report the parties received, and to consult with other potential expert and lay witnesses regarding that report."

7. I have communicated with defendant's attorney, Samuel Cross, who opposes the government's proposed date for the hearing for the reasons stated above but does not oppose the ex parte nature of this application.

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on March 17, 2025.

_____
SCOTT PAETTY

4