UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-47-JLS-1 |
|---|---|
| Plaintiff, | ORDER SETTING HEARING RE 18 U.S.C. § 4244 |
| v. | |
| THOMAS VINCENT GIRARDI, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, a hearing regarding the evaluation of defendant THOMAS VINCENT GIRARDI pursuant to 18 U.S.C. § 4244 is scheduled for April 11, 2025, at 1:00 p.m.

Defense counsel is ORDERED to provide notice of any expert and a disclosure of that expert's expected testimony related to the hearing no later than one week before the hearing.

IT IS SO ORDERED.

March 18, 2025
DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE