CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHARLES J. SNYDER (Bar No. 287246)
(E-Mail: Charles_Snyder@fd.org)
SAMUEL CROSS (Bar No. 304718)
Email: Sam_Cross@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
THOMAS VINCENT GIRARDI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS VINCENT GIRARDI,<br><br>　　　　　Defendant. | Case No. 2:23-cr-47-JLS-1<br><br>**STIPULATION TO CONTINUE DATE OF HEARING UNDER 18 U.S.C. §§ 4244 and 4247** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through Assistant United States Attorney Scott Paetty, and defendant Thomas Girardi, by and through his attorneys of record, Deputy Federal Public Defenders Charles Snyder and Samuel Cross, that:

　　　　1.　　On March 18, 2025, the Court set a hearing for April 11, 2025, at 1:00 p.m. ECF No. 451. The hearing was ordered pursuant to 18 U.S.C. §§ 4244 and 4247 to determine whether Mr. Girardi should be committed to a suitable facility in lieu of imprisonment.

　　　　2.　　The parties have conferred regarding the scheduling and availability of

witnesses.  In order to make certain witnesses available for testimony at the contemplated hearing, and based on the schedule of those witnesses, the parties, and the Court, the parties agree the hearing described in Paragraph 1 of this Stipulation should be continued to May 8, 2025, at 2:00 p.m.

      3.    Counsel for Mr. Girardi agrees to provide notice of any expert and a disclosure of that expert's testimony related to the hearing no later than April 24, 2025.

      For all these reasons, the parties hereby stipulate that the Court should continue the hearing currently set for April 11, 2025 at 1:00 p.m. to May 8, 2025 at 2:00 p.m.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: April 4, 2025    By  */s/ Samuel Cross*
    SAMUEL O. CROSS
    CHARLES J. SNYDER
    Deputy Federal Public Defenders
    Attorneys for THOMAS GIRARDI

BILAL A. ESSAYLI
United States Attorney

DATED: April 4, 2025    By */s/ Scott Paetty* (by email authority 4/4/25)
    SCOTT PAETTY
    Assistant United States Attorney