# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS VINCENT GIRARDI,<br><br>　　　　Defendant. | Case No. . 2:23-cr-47-JLS-1<br><br>**ORDER GRANTING DEFENDANT GIRARDI'S APPLICATION FOR UNDER SEAL FILING [498]** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant Thomas Girardi may file under seal the three expert reports sought to be filed under seal.

DATED: May 2, 2025

_____
HON. JOSEPHINE L. STATON
United States District Judge