CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHARLES J. SNYDER (Bar No. 287246)
Email: Charles_Snyder@fd.org
SAMUEL CROSS (Bar No. 304718)
Email: Sam_Cross@fd.org
J. ALEJANDRO BARRIENTOS (Bar. No. 346676)
Email: Alejandro_Barrientos@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
THOMAS VINCENT GIRARDI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS VINCENT GIRARDI,<br><br>Defendant. | Case No. 2:23-cr-47-JLS-1<br><br>**THOMAS GIRARDI'S UNOPPOSED EX PARTE APPLICATION TO SEAL THE DECLARATION OF ALEJANDRA GOMEZ** |

Thomas Girardi, through counsel, applies <u>ex parte</u> to seal the concurrently-filed Declaration of Alejandra Gomez. Girardi bases this application on the attached declaration, the files and records in this case, and any other argument or evidence that the Court may consider.

Respectfully submitted,
CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: May 7, 2025        By */s/ Charles J. Snyder*

CHARLES J. SNYDER
Attorney for Thomas Girardi

# DECLARATION OF CHARLES J. SNYDER

I, Charles J. Snyder, declare as follows:

1. I am a California-licensed DFPD appointed to represent Thomas Girardi in this matter. Unless otherwise stated, I make this declaration based on personal knowledge and, if called as a witness, would attest to its contents under oath.

2. Concurrently with this application, I filed an ex parte application to continue the evidentiary hearing set for tomorrow. In support of the continuance application, I am seeking to file a sealed declaration prepared by Alejandra Gomez, an investigator at the Federal Public Defender's Office. I believe that sealing is appropriate because Ms. Gomez's declaration contains Mr. Girardi's private medical information and related photos.

3. On May 7, 2025, I communicated with the government, which indicated that it neither objects to the ex parte nature of this application nor the request to seal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on May 7, 2025 at Los Angeles, California.

                                                     */s/ Charles J. Snyder*
                                                     Charles J. Snyder