# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS VINCENT GIRARDI,<br><br>Defendant. | Case No. 2:23-cr-47-JLS-1<br><br>**[PROPOSED] ORDER** |

[GOOD CAUSE having been shown, the evidentiary hearing set for May 8, 2025 is VACATED and will be rescheduled upon receipt of further information from the defense. Defense counsel is ordered to notify the Court upon the defendant's release from the hospital or, if earlier, by 5 p.m. on May 9, 2025]

[GOOD CAUSE having been shown, the evidentiary hearing set for May 8, 2025 is CONTINUED to May [15/22], 2025. If that date does not work for the witnesses, the parties are ordered to submit a stipulation with a new proposed hearing date by 5 p.m. on May 9, 2025.]

DATED:

_____
Hon. Josephine L. Staton
United States District Judge