**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS VINCENT GIRARDI,<br><br>Defendant. | Case No. 2:23-cr-47-JLS-1<br><br>**ORDER RE EVIDENTIARY HEARING**<br><br>**ORDER SETTING STATUS CONFERENCE** |

Having been informed by defense counsel that Defendant is unavailable due to a documented medical emergency and that, when queried, Defendant indicated that he did not wish to waive his right to appear at the evidentiary hearing set for May 8, 2025, the Court VACATES the evidentiary hearing. The Court sets a status conference requiring the presence of counsel for the same date and time, **May 8, 2025 at 2:00 p.m.** in Courtroom 8A.

**IT IS SO ORDERED.**

DATED: May 8, 2025

　　　　　　　　　　　　　　　　　　　　Hon. Josephine L. Staton
　　　　　　　　　　　　　　　　　　　　United States District Judge