CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHARLES J. SNYDER (Bar No. 287246)
Email: Charles_Snyder@fd.org
SAMUEL CROSS (Bar No. 304718)
(E-Mail: sam_cross@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
THOMAS VINCENT GIRARDI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS VINCENT GIRARDI,<br><br>Defendant. | Case No. 2:23-cr-47-JLS-1<br><br>**THOMAS GIRARDI'S EX PARTE APPLICATION TO FILE UPDATE REGARDING HEALTH STATUS UNDER SEAL** |

Thomas Girardi, through counsel, applies <u>ex parte</u> and without opposition to file under seal an update regarding his health and medical treatment, as previously ordered by this Court. Girardi bases this application on the attached declaration, the files and records in this case, and any other argument or evidence that the Court may consider.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: May 12, 2025        By  */s/ Charles J. Snyder*
                                SAMUEL CROSS
                                CHARLES J. SNYDER
                                Deputy Federal Public Defender
                                Attorneys for Thomas Girardi

1

# DECLARATION OF CHARLES J. SNYDER

I, Charles J. Snyder, declare as follows:

1. I am a California-licensed Deputy Federal Public Defender appointed to represent Thomas Girardi in this matter. Unless otherwise stated, I make this declaration based on personal knowledge and, if called as a witness, would attest to its content under oath.

2. At hearing held on May 8, 2025, the Court ordered Mr. Girardi to file, by today, an update on his health and medical treatment. As previously noted by counsel and via the declaration of a defense investigator, Mr. Girardi was taken from the memory-care facility at which he had been residing and ultimately hospitalized, due to liver dysfunction, on May 7, 2025. ECF Nos. 501, 506.

3. In conformity with the Court's May 8, 2025, order, Mr. Girardi seeks leave to file under seal a declaration prepared by Natalie Degrati, an investigator at the Federal Public Defender's office, regarding Mr. Girardi's current health status. I believe sealing is appropriate because Ms. Degrati's declaration contains Mr. Girardi's private medical information.

4. On May 12, 2025, Sam Cross communicated with the government by email. The government's attorney, Scott Paetty, indicated that the government does not oppose to the <u>ex parte</u> nature of this request or the request to seal itself.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief. Executed May 12, 2025, at Los Angeles, California .

                                                                           */s/ Charles J. Snyder*
                                                                            Charles J. Snyder