UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.  2:23-cr-00047-JLS                                     Date:  May 14, 2025

Present:  **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Interpreter   NONE

| Kelly Davis | NONE | NOT PRESENT |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Thomas Vincent Girardi | NOT | | X | Charles Snyder | No | X | |
| | | | | Samuel Cross | No | X | |

**PROCEEDINGS:   (IN CHAMBERS) ORDER RE FURTHER UPDATE OF DEFENDANT'S CONDITION**

   Defense counsel is directed to file a declaration updating the Court regarding Defendant's condition upon the earlier of (1) Defendant's release from the hospital or (2) five days from the entry of this order.

   Such declaration may be filed under seal without further Order of the Court, and the caption should notate the following: "FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED May 14, 2025."

   **IT IS SO ORDERED.**

                                                                        Initials of Deputy Clerk: kd