UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR 23-00047-JLS |
| Date | May 8, 2025 |

Present: The Honorable JOSEPHINE L. STATON, United States District Judge

Interpreter n/a

| Kelly Davis | Terri Hourigan | Scotty Paetty |
|---|---|---|
| *Courtroom Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Thomas Vincent Girardi, | NOT | | | Charles Snyder, DFPD<br>Sam Cross, DFPD | X<br>X | X<br>X | |

**Proceedings:** STATUS CONFERENCE

The matter is called and counsel state their appearances. The defendant is not present. The Court resets the Status Conference re: Evaluation of Defendant pursuant to 18 USC 4244 to June 2, 2025, at 8:00 a.m. The Sentencing date is reset to June 3, 2025, at 9:30 a.m.

 : 10

Initials of Deputy Clerk  kd