UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR 23-00047-JLS |
| Date | June 2, 2025 |

Present: The Honorable JOSEPHINE L. STATON, United States District Judge

Interpreter n/a

| Kelly Davis | CourtSmart | Scotty Paetty |
|---|---|---|
| Courtroom Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Thomas Vincent Girardi | X | | X | Charles Snyder, DFPD | X | | X |
| | | | | Sam Cross, DFPD | X | | X |

**Proceedings:** HEARING pursuant to 18 USC 4244 (Evidentiary hearing; Held and Completed)

The matter is called and counsel state their appearances. The evidentiary hearing is held. The Court accepts the witness reports as their direct testimony. The following witnesses are called, sworn, and testify via Zoom: Dr. Tracy O'Connor Pennuto, Dr. Brianna Grover, Dr. Laura Mosqueda, and Nicole English. Mr. Thomas Girardi testifies in person. Government Exhibit 1(Inspection of the Federal Bureau of Prisons' Federal Medical Center Devens Report) is admitted into evidence. Closing arguments made by the parties. Court rules that Defendant Girardi may be housed at an appropriate facility within the federal Bureau of Prisons. A written order will follow.

2 : 29

Initials of Deputy Clerk  kd