UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 23-00047-JLS |
| Date | June 3, 2025 |

Present: The Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE

Interpreter n/a

| Kelly Davis | Terri Hourigan | Scott Paetty |
|---|---|---|
| *Courtroom Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Thomas Vincent Girardi | X | | X | Charles Snyder, DFPD | X | X | |
| | | | | Sam Cross, DFPD | X | X | |

**Proceedings:** **SENTENCING**

The matter is called and counsel state their appearances. Sentencing hearing held. Refer to separate Judgment and Commitment Order.

|  |  |
|---|---|
| 1 | 09 |

Initials of Deputy Clerk  kd