| | |
|---|---|
| Name | Charles J. Snyder, Bar No. 287246 |
| Address | 321 East 2nd Street |
| City, State, Zip | Los Angeles, California 90012 |
| Phone | (213) 894-2854 |
| Fax | (213) 894-0081 |
| E-Mail | charles_snyder@fd.org |

☒ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☐ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF(S), <br><br> v. <br><br> THOMAS VINCENT GIRARDI, <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:23-47-JLS-1 <br><br> **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _Thomas Vincent Girardi_ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☒ Judgment

☐ Interlocutory Appeals

☒ Bail status:
    Pending surrender by 7/17/25

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on  6/3/2025 . Entered on the docket in this action on  6/4/2025 .

A copy of said judgment or order is attached hereto.

| 6/5/2025 | /s/ Charles J. Snyder |
|---|---|
| Date | Signature |
| | ☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk |

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).