# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| | | | |
|---|---|---|---|
| 1a. Contact Person for this Order | Diana Miner | 2a. Contact Phone Number | 213-894-2997 |
| 3a. Contact E-mail Address | diana_miner@fd.org | | |
| 1b. Attorney Name (if different) | Charles J. Snyder | 2b. Attorney Phone Number | 213-894-4407 |
| 3b. Attorney E-mail Address | charles_snyder@fd.org | | |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)

Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012

5. Name & Role of Party Represented: Thomas V. Girardi, Defendant
6. Case Name: USA v. Thomas V. Girardi
7a. District Court Case Number: 2:23-cr-47-JLS-1
7b. Appeals Court Case Number: 25-3577

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:

[x] DIGITALLY RECORDED    [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Court Smart

9. THIS TRANSCRIPT ORDER IS FOR: [x] Appeal  [ ] Non-Appeal    [ ] Criminal  [ ] Civil    [ ] CJA  [ ] USA  [x] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/6/2023 | 26 | KLS | Indictment Hearing | ○ | ○ | ○ | ○ | ● | ○ | ● ____ | ORDINARY (30-day) |
| 2/6/2023 | 38 | KLS | Post Indictment Arraignment | ○ | ○ | ○ | ○ | ● | ○ | ● ____ | ORDINARY (30-day) |
| 6/2/2025 | 530 | JLS | Evidentiary Hearing | ○ | ○ | ○ | ○ | ● | ○ | ● ____ | ORDINARY (30-day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ____ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.    Date: June 13, 2025    Signature: /s Charles J. Snyder

G-120 (06/18)