FILED
CLERK, U.S. DISTRICT COURT

06/24/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___KD___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, PLAINTIFF(S) v. Thomas Vincent Girardi, DEFENDANT(S) | CASE NUMBER: 2:23-cr-00047-JLS-1 |
|---|---|
| | RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, Exhibit 1 (Inspection of the Federal BOP FMC Devens   is hereby being returned to government counsel.

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

6/24/25
Date

Scott Paetty
Counsel for: ☒Plaintiff ☐Defendant ☐

_____
Signature

213-894-6527
Telephone Number

_____
Date

Counsel for: ☐Plaintiff ☐Defendant ☐

_____
Signature

Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

Clerk, U.S. District Court

6/24/2025
Date

By   Kelly Davis
       Deputy Clerk

G-38 (08/16)   RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT JUDGMENT AT TRIAL / AFTER HEARING