# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  2:23-cr-00047-JLS                                              Date:  July 10, 2025

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Interpreter     NONE

| Kelly Davis | NONE | NOT PRESENT |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Thomas Vincent Girardi | NOT | | X | Samuel Cross | No | X | |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER RE MOTION FOR BOND PENDING APPEAL AND SELF-SURRENDER DATE**

   Pending before the Court is Defendant's Motion for Bond Pending Appeal. Defendant did not file the motion until a month after the Court issued its Judgment and Commitment Order requiring Defendant to self-surrender on July 17, 2025.  Defendant noticed the motion for hearing on August 14, 2025, which is (1) after Defendant's surrender date; and (2) not a hearing date cleared by the Courtroom Deputy Clerk as required under the Court's procedures.  (Doc. 554.)

   The Notice of Motion indicates that the Government will oppose the Motion.  (*See* Doc. 554 at 2.)  The Notice specifies a due date for opposition by the Government, and specifies a due date for a Reply brief (August 25, 2025), which the Court assumes is erroneous and that Defendant meant to specify July 25, 2025.  (*See id.*)

   The parties are directed to confer with each other to identify hearing dates when counsel for both sides are available.  Thereafter, and no later than July 14, 2025, counsel must consult with the CRD to clear a date and time identified by all counsel as an available date and time slot.

   Defendant's July 17, 2025 self-surrender date is before the briefing on Defendant's Motion is expected to be complete. (Doc. 533.)  The parties have not addressed the issue of Defendant's self-surrender.  The Court therefore directs the parties to confer regarding this issue, and to present it for the Court's consideration no later than July 14, 2025.

   **IT IS SO ORDERED.**

                                                                                Initials of Deputy Clerk: kd

---

**CRIMINAL MINUTES – GENERAL**                                                                           1