1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  SAMUEL CROSS (Bar No. 304718)
   (E-Mail:  sam_cross@fd.org)
3  Deputy Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone:  (213) 894-2854
5  Facsimile:  (213) 894-0081

6  Attorneys for Defendant
   THOMAS VINCENT GIRARDI

7

8

9                    **UNITED STATES DISTRICT COURT**

10                  **CENTRAL DISTRICT OF CALIFORNIA**

11                        **WESTERN DIVISION**

12

13  UNITED STATES OF AMERICA,              Case No. 2:23-cr-00047-JLS-1

14              Plaintiff,
                                           **NOTICE REGARDING COURT'S**
15         v.                              **ORDER OF JULY 10, 2025 [ECF NO.**
                                           **561]**
16  THOMAS VINCENT GIRARDI,

17              Defendant.

18

19         Defendant Thomas Girardi, by and through his counsel, Deputy Federal Public

20  Defender Samuel Cross, and the United States, by and through its counsel, Assistant

21  United States Attorney Scott Paetty, hereby submit the following Notice in compliance

22  with the Court's Order of July 10, 2025.  ECF No. 561.

23         The Court's Order directed the parties to meet and confer and inform the Court:

24  1)     of a mutually agreeable date upon which Defendant's Motion for Bond on

25         Appeal ("the Motion"), ECF No. 554, may be heard, a date cleared with the

26         Courtroom Deputy; and

27  2)     of the parties' respective positions on whether Girardi's self-surrender date

28

                                          1

1    should remain, as currently set, July 17, 2025.

2        The parties have met and conferred.  The parties request that the Court calendar a

3    hearing on the Motion on September 11, 2025, at 1:30 p.m.  This date is agreeable to

4    counsel for the parties and has been cleared with the Courtroom Deputy.

5        Neither party seeks to change the currently set date for Girardi's self-surrender.

6    The parties agree that, should the Court order bond on appeal at a hearing conducted

7    after Girardi's self-surrender, the Court could order Girardi's release from Bureau of

8    Prisons custody on bond, pending resolution of his appeal.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED:  July 14, 2025        By   /s/ Samuel Cross
                                SAMUEL CROSS
                                Deputy Federal Public Defender
                                Attorney for THOMAS VINCENT GIRARDI


BILAL A. ESSAYLI
United States Attorney

DATED:  July 14, 2025        By   /s/ Scott Paetty (by email authority)
                                SCOTT PAETTY
                                Assistant United States Attorney

2