CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
SAMUEL CROSS (Bar No. 304718)
(E-Mail: sam_cross@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
THOMAS VINCENT GIRARDI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>THOMAS VINCENT GIRARDI,<br><br>  Defendant. | Case No. 2:23-cr-00047-JLS-1<br><br>**EXHIBIT 1 AND 2 IN SUPPORT OF MOTION FOR BAIL PENDING APPEAL** |

Thomas Vincent Girardi, through his counsel of record, Deputy Federal Public Defender Samuel Cross, hereby submits Exhibits 1 and 2 in support of his bail pending appeal for the Court's consideration in this case.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: August 25, 2025       By  /s/ Samuel Cross
                              SAMUEL CROSS
                              Deputy Federal Public Defender
                              Attorney for THOMAS VINCENT GIRARDI

1