UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 23-00047-JLS | Date | September 11, 2025 |
|---|---|---|---|

Present: The Honorable    JOSEPHINE L. STATON, United States District Judge

Interpreter    n/a

| Kelly Davis | Court Smart | Scotty Paetty |
|---|---|---|
| *Courtroom Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Thomas Vincent Girardi, | APP WAIVED | | | Sam Cross, DFPD | X | X | |

**Proceedings:** **Motion for Bond Pending Appeal filed by Defendant Thomas Vincent Girardi [554]**

    The matter is called and counsel state their appearances. Defendant's appearance has been waived. The Court hears argument from counsel on the Motion for Bond. The Court takes the matter under submission. The Court's order will issue.

| | : | 18 |
|---|---|---|

Initials of Deputy Clerk    kd