

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT**

To:      Chief Deputy/Fiscal

**Re:      Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number: ___2:23−cr−00047−JLS___
Defendant's Name: ___Thomas Vincent Girardi___

The above−named defendant was ordered to self−surrender to begin serving their sentence of imprisonment on ___7/17/2025___. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of : ___12/17/2025___, it was verified the defendant:**

___has surrendered to the Bureau of Prisons___.

**Verified via Bureau of Prisons website.**

_December 17, 2025_
Date

By _____/s/ *Jenny Lam*_____
Deputy Clerk

CR−86 (11/08)                     VERIFICATION OF SURRENDER